

Case 5:14-cv-00087-EJD   Document 1-4   Filed 01/07/14   Page 1 of 1