

| 🔲 Author | Topic: HashFast announces specs for new ASIC: 400GH/s  (Read 204948 times) |
|---|---|

**HashFast**
Full Member
🟢🟢🟢

Activity: 154

♟️ 🟢

Ignore

◇ **Re: HashFast announces specs for new ASIC: 400GH/s**                                    #661
August 11, 2013, 10:35:56 AM

Quote from: AussieHash on August 11, 2013, 08:07:11 AM
> Quote from: Simon Barber on August 11, 2013, 02:59:18 AM
>> The original design work on this chip started in 2011. The architecture work started then. The current version of the RTL code started in May 2013. The team have been working non stop 18 hour days, 7 days a week since then. We understand the importance of schedule. **The chip design is almost complete.**
>> ....
>
> Hi Simon,
>
> Can you confirm that you are still on track for an August tapeout ?
> https://www.hashfast.com/uniquifystatemen/
>
> Can you confirm that you have chosen and signed with a fab ?
> Can you tell us what your fab time estimate is ? Do you have a rocket priority run ?
> Have you chosen and signed with bumping, dicing and packaging partners and what is your timeline for these ?
> Have you already finalised your PCB design, contracted partners and started manufacturing ?
> Have you finalised your rig design, cooling, PSU and contracted a manufacturer ?
>
> If you ship in December - your customers will take a bath on this.

=====================================
Can you confirm that you are still on track for an August tapeout ?
https://www.hashfast.com/uniquifystatemen/
- Yes

Can you confirm that you have chosen and signed with a fab ?
- Yes

Can you tell us what your fab time estimate is ? Do you have a rocket priority run ?
- Cannot publish details. have 3-way NDA between ourselves, Uniquify and the Fab

Have you chosen and signed with bumping, dicing and packaging partners and what is your timeline for these ?
- Yes.  Many of these tasks are carried out in the fab.  See above.

Have you already finalized your PCB design, contracted partners and started manufacturing ?
- Yes, yes, no.

Have you finalized your rig design, cooling, PSU and contracted a manufacturer ?
- Yes, yes, yes, negotiating with several.

If you ship in December - your customers will take a bath on this.
- We wont.  And we'll protect our customer's against hashrate increases.
Expect details on Monday

Thanks!

Eduardo deCastro
Founder and CEO,
HashFast Technologies

_HashFast Technologies_28 nm mining
**Producer of High Performance ASICS**
BabyJets & Sierras On Sale today!

Advertisement: **Your ad here.**

WastedLTC                                    ◇ Re: HashFast announces specs for new ASIC: 400GH/s