1  JEREMY J. GRAY (SBN 150075)
   jgray@zuberlaw.com
2  MICHAEL D. RESNICK (SBN 245215)
   mresnick@zuberlaw.com
3  ZUBER LAWLER & DEL DUCA LLP
   777 S. Figueroa Street, 37th Floor
4  Los Angeles, California 90017
   Telephone: (213) 596-5620
5  Facsimile: (213) 596-5621

6  Attorneys for Defendants,
   Hashfast Technologies LLC, Hashfast LLC,
7  Simon Barber, and Eduardo deCastro

8
                    UNITED STATES DISTRICT COURT
9
           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
10

11 | PETE MORICI, an individual,              | CASE NO. 5:14-cv-00087-HRL
12 |                                           |
   |             Plaintiff,                    |
13 |                                           | **STIPULATION TO EXTEND TIME
   |        v.                                 | TO RESPOND TO COMPLAINT**
14 |                                           |
   | HASHFAST TECHNOLOGIES LLC, a              |
15 | California limited liability company,     |
   | HASHFAST LLC, a Delaware limited          |
16 | liability company, SIMON BARBER,          |
   | an individual, and EDUARDO                |
17 | deCASTRO, an individual,                  |
18 |                                           |
   |             Defendants.                   |
19

20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Defendants HashFast Technologies LLC, HashFast LLC, Simon Barber, and Eduardo deCastro (hereinafter collectively referred to as "Defendants") and Plaintiff Pete Morici ("Plaintiff") hereby stipulate that Defendants shall have a 21-day extension on their time to respond to Plaintiff's Complaint, so that Defendants' response, which was originally due on February 21, 2014, is now due on March 14, 2014.

**IT IS SO STIPULATED.**

Dated: March 6, 2014                    Respectfully submitted:

**ZUBER LAWLER & DEL DUCA LLP**
JEREMY J. GRAY
MICHAEL D. RESNICK


By: /s/ *Michael D. Resnick*
Attorneys for Defendants
HashFast Technologies LLC, HashFast LLC, Simon Barber, and Eduardo deCastro


Dated: March 6, 2014                    Respectfully submitted:

**FOCAL PLLC**
VENKAT BALASUBRAMANI


By: /s/ *Venkat Balasubramani*
Attorneys for Plaintiff
Pete Morici

## Attestation Regarding Signatures

I, Michael D. Resnick, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 6, 2014

/s/*Michael D. Resnick*
JEREMY J. GRAY (SBN 150075)
*jgray@zuberlaw.com*
MICHAEL D. RESNICK (SBN 245215)
*mresnick@zuberlaw.com*
ZUBER LAWLER & DEL DUCA LLP
777 S. Figueroa Street, 37th Floor
Los Angeles, California 90017
Telephone: (213) 596 5620
Facsimile: (213) 596 5621
Attorneys for Defendants
HashFast Technologies LLC, HashFast LLC, Simon Barber, and Eduardo deCastro

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2014, I caused a copy of the **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** to be filed on the CM/ECF system, which shall cause a copy of the foregoing to be delivered upon:

> Venkat Balasubramani, Esq.
> FOCAL PLLC
> 800 Fifth Avenue, Suite 4100
> Seattle, WA 98104
> Telephone: (206) 529-4827
> Facsimile: (206) 260-3966
> Email: venkat@focallaw.com

_/s/ Debbie Ellis_
Declarant, Debbie Ellis