UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Pete Morici, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>HashFast Technologies LLC , et. al.,<br><br>    Defendants._____/ | No. C14-00087<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: March 20, 2014                                  RICHARD W. WIEKING,
                                                                         United States District Court


                                                                          */s/ Patty Cromwell*
                                                                         By: Patty Cromwell
                                                                         Courtroom Deputy Clerk to
                                                                         Magistrate Judge Howard R. Lloyd

1  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Jeremy James Frederick Gray    jgray@zuberlaw.com, dellis@zuberlaw.com

Venkat Balasubramani    venkat@focallaw.com