JEREMY J. GRAY (SBN 150075)
jgray@zuberlaw.com
MICHAEL D. RESNICK (SBN 245215)
mresnick@zuberlaw.com
**ZUBER LAWLER & DEL DUCA LLP**
777 S. Figueroa Street, 37th Floor
Los Angeles, California 90017
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendants,
Hashfast Technologies LLC, Hashfast LLC,
Simon Barber, and Eduardo deCastro

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>Defendants. | CASE NO. 5:14-cv-00087-EJD<br><br>**NOTICE OF BANKRUPTCY AND SUGGESTION OF STAY** |

///
///
///
///
///
///
///
///
///

1
NOTICE OF BANKRUPTCY AND SUGGESTION OF STAY

1  U.S.C. § 362).

2      Additionally, the Alleged Debtor, and defendants Hashfast LLC, Simon
3  Barber, and Eduardo deCastro, respectfully suggest that this Court should stay all
4  proceedings pending the conclusion of Alleged Debtor's bankruptcy proceedings.

5      First, it would be a waste of judicial resources for the Court to stay the
6  proceedings against the Alleged Debtor, but to allow plaintiff Pete Morici's case
7  against the remaining defendants to proceed, as this course of action would
8  potentially result in two separate trials on essentially the same issues.

9      Second, plaintiff Morici has alleged that the Alleged Debtor and Hashfast
10 LLC have an alter-ego relationship, and that "[t]hey have the same name, brand,
11 principal offices in California, and share founders and executives (*i.e.*, [defendants]
12 Mr. deCastro and Mr. Barber)". (Doc. 20, page 6:10-12.) As such, the Alleged
13 Debtor is a necessary and indispensable party to this action. Moreover, based on the
14 allegations contained within plaintiff's Complaint, there is such identity between the
15 Alleged Debtor and the remaining defendants, that the Alleged Debtor may be said
16 to be the real party defendant. Therefore, a judgment against the remaining
17 defendants will in effect be a judgment or finding against the Alleged Debtor.

Dated: May 16, 2014    Respectfully submitted:
                                     ZUBER LAWLER & DEL DUCA LLP
                                     JEREMY J. GRAY
                                     MICHAEL D. RESNICK

                         By:  */s/ Jeremy J. Gray*
                             Attorneys for Defendants,
                             Hashfast Technologies LLC, Hashfast LLC, Simon
                             Barber, and Eduardo deCastro

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 777 S. Figueroa Street, 37th Floor, Los Angeles, California 90017.

On May 16, 2014, I served true copies of the following document(s) described as **NOTICE OF BANKRUPTCY AND SUGGESTION OF STAY** on the interested parties in this action as follows:

Venkat Palasubramani
FOCAL PLLC
800 Fifth Avenue
Suite 4100
Seattle, WA 98104
Tel: 206-529-4827
Fax: 206-260-3966
Email: venkat@focallaw.com
Attorneys for Plaintiff PETE MORICI

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 16, 2014, at Los Angeles, California.

_/s/Debbie Ellis_
Debbie Ellis