**EXHIBIT A**

B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Northern District of California | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>**HASHFAST TECHNOLOGIES LLC** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>649 Mission Street, 5th Floor<br>San Francisco, California 94105<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>San Francisco<br>ZIP CODE **94105** | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br>ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) ||
| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED<br><br>☑ Chapter 7    ☐ Chapter 11 ||

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>   Bitcoin Mining Hardware/Software Manufacturer |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

| PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER<br>OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.) |||
|---|---|---|
| Name of Debtor | Case Number | Date |
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>    or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2                           Name of Debtor  HASHFAST TECHNOLOGIES, LLC

                                                                 Case No. _____

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _____<br>Signature of Petitioner or Representative (State title)<br>Koi Systems<br>Name of Petitioner                          Date Signed  May 9 2014 | x  *Ashley M. M__* 5/9/14<br>Signature of Attorney                                    Date<br>Baker Hostetler LLP<br>Name of Attorney Firm (If any)<br>11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025<br>Address<br>(310) 820-8800<br>Telephone No. |
|---|---|
| Name & Mailing Address of Individual Signing in Representative Capacity: Brian Edgeworth, 1191 Center Point Dr., Henderson, NV 89074 | |
| x _____<br>Signature of Petitioner or Representative (State title)<br>UBE Enterprises<br>Name of Petitioner                          Date Signed | x _____<br>Signature of Attorney                                    Date<br>Name of Attorney Firm (If any)<br>Address<br>Telephone No. |
| Name & Mailing Address of Individual Signing in Representative Capacity: Sam D. Thompson, 7425 Creek Rd., Sandy, UT 84093 | |
| x _____<br>Signature of Petitioner or Representative (State title)<br>Timothy Lam<br>Name of Petitioner                          Date Signed | x _____<br>Signature of Attorney                                    Date<br>Name of Attorney Firm (If any)<br>Address<br>Telephone No. |
| Name & Mailing Address of Individual Signing in Representative Capacity: Timothy Lam, 6156 Temple City Blvd., Temple City, CA 91780 | |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Koi Systems, Units 1403-5, 14/F, 173 Des Voeux Rd. Central, Hong Kong | Unsecured | 280,366.00 |
| UBE Enterprises, 7425 Creek Rd., Sandy, UT 84093 | Unsecured | 38,250.00 |
| Timothy Lam, 6156 Temple City Blvd., Temple City, CA 91780 | Unsecured | 6,696.66 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Subtotal of Petitioners' Claims | 325,312.66 |

___1___ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2    Name of Debtor __HASHFAST TECHNOLOGIES, LLC__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title)<br>Kal Systems | Signature of Attorney                                 Date<br>Baker Hostetler LLP |
| Name of Petitioner                         Date Signed | Name of Attorney Firm (if any)<br>11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Brian Edgeworth<br>1191 Center Point Dr<br>Henderson, NV 89074 | Address<br>(310) 820-8800<br>Telephone No. |

| x_____ 5.09.14 | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title)<br>UBE Enterprises | Signature of Attorney                                 Date |
| Name of Petitioner                         Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Sam D. Thompson<br>7425 Creek Rd.<br>Sandy, UT 84093 | Address<br><br>Telephone No. |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title)<br>Timothy Lam | Signature of Attorney                                 Date |
| Name of Petitioner                         Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Timothy Lam<br>6156 Temple City Blvd.<br>Temple City, CA 91780 | Address<br><br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Kal Systems, Units 1403-6, 14/F, 173 Des Voeux Rd. Central, Hong Kong | Unsecured | 280,366.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| UBE Enterprises, 7425 Creek Rd., Sandy, UT 84093 | Unsecured | 38,250.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Timothy Lam, 6156 Temple City Blvd., Temple City, CA 91780 | Unsecured | 6,696.66 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Subtotal of Petitioners' Claims | 325,312.66 |

___1___ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor **HASHFAST TECHNOLOGIES, LLC**

Case No. _____

| TRANSFER OF CLAIM | |
|---|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). | |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____<br>Signature of Petitioner or Representative (State title)<br>**Koi Systems** | x_____   Date<br>Signature of Attorney<br>**Baker Hostetler LLP** |
|---|---|
| Name of Petitioner                Date Signed | Name of Attorney Firm (If any)<br>11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Brian Edgeworth<br>1191 Center Point Dr<br>Henderson, NV 89074 | Address<br>(310) 820-8800<br>Telephone No. |

| x_____<br>Signature of Petitioner or Representative (State title)<br>**UBE Enterprises** | x_____   Date<br>Signature of Attorney |
|---|---|
| Name of Petitioner                Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Sam D. Thompson<br>7425 Creek Rd.<br>Sandy, UT 84093 | Address<br><br>Telephone No. |

| x_/s/_____<br>Signature of Petitioner or Representative (State title)<br>**Timothy Lam**                    5/9/2014 | x_____   Date<br>Signature of Attorney |
|---|---|
| Name of Petitioner                Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Timothy Lam<br>6156 Temple City Blvd<br>Temple City, CA 91780 | Address<br><br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Koi Systems, Units 1403-5, 14/F, 173 Des Voeux Rd. Central, Hong Kong | Unsecured | 280,366.00 |
| **Name and Address of Petitioner** | **Nature of Claim** | **Amount of Claim** |
| UBE Enterprises, 7425 Creek Rd., Sandy, UT 84093 | Unsecured | 38,250.00 |
| **Name and Address of Petitioner** | **Nature of Claim** | **Amount of Claim** |
| Timothy Lam, 6156 Temple City Blvd., Temple City, CA 91780 | Unsecured | 6,696.66 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Subtotal of Petitioners' Claims | 325,312.66 |

___1___ continuation sheets attached

B 5 (Official Form 5) (12/07) -- Page 3

Name of Debtor HASHFAST TECHNOLOGIES, LLC

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ Edward Hammond
Signature of Petitioner or Representative (State title)
Edward Hammond

Name of Petitioner: Edward Hammond
Date Signed:

Name & Mailing Address of Individual Signing in Representative Capacity:
Edward Hammond
3103 Powell Cir
Austin, TX 78704

x _____
Signature of Attorney     Date
Name of Attorney Firm (If any)
Address
Telephone No.

x _____
Signature of Petitioner or Representative (State title)
Grant Pederson

Name of Petitioner: Grant Pederson
Date Signed:

Name & Mailing Address of Individual Signing in Representative Capacity:
Grant Pederson
12538 Botanical Ln.
Frisco, TX 75035

x _____
Signature of Attorney     Date
Name of Attorney Firm (If any)
Address
Telephone No.

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner:
Date Signed:

Name & Mailing Address of Individual Signing in Representative Capacity:

x _____
Signature of Attorney     Date
Name of Attorney Firm (If any)
Address
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Edward Hammond, 3103 Powell Cir., Austin, TX 78704 | Unsecured | 1,517.94 |
| Grant Pederson, 12538 Botanical Ln., Frisco, TX 75035 | Unsecured | 3,790.01 |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 330,620.61 |

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 3

Name of Debtor  HASHFAST TECHNOLOGIES, LLC

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____<br>Signature of Petitioner or Representative (State title)<br>Edward Hammond | x_____ Date<br>Signature of Attorney |
|---|---|
| Name of Petitioner                  Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Edward Hammond<br>3103 Powell Cir.<br>Austin, TX 78704 | Address<br><br>Telephone No. |

| x  /s/ Grant Pederson<br>Signature of Petitioner or Representative (State title)<br>Grant Pederson | x_____ Date<br>Signature of Attorney |
|---|---|
| Name of Petitioner                  Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Grant Pederson<br>12538 Botanical Ln.<br>Frisco, TX 75035 | Address<br><br>Telephone No. |

| x_____<br>Signature of Petitioner or Representative (State title) | x_____ Date<br>Signature of Attorney |
|---|---|
| Name of Petitioner                  Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | | Address<br><br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Edward Hammond, 3103 Powell Cir., Austin, TX 78704 | Unsecured | 1,517.94 |
| Grant Pederson, 12538 Botanical Ln., Frisco, TX 75035 | Unsecured | 3,790.01 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | **Total Amount of Petitioners' Claims**  330,620.61 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

_____ continuation sheets attached