IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, | CASE NO. 5:14-cv-00087 EJD |
| Plaintiff(s), | **ORDER STAYING CASE** |
| v. | |
| HASHFAST TECHNOLOGIES LLC, et. al., | |
| Defendant(s). | |

Having reviewed the Notice filed on May 16, 2014 (see Docket Item No. 22), the court has determined that this action is subject to the mandatory stay provisions contained in 11 U.S.C. § 362. Accordingly, this action is STAYED in favor of Defendant's bankruptcy proceedings as to all claims asserted against all Defendants until further order of the court. All pending motions are therefore terminated and the clerk shall ADMINISTRATIVELY CLOSE this file.

The court schedules this action for a Status Conference on **November 21, 2014, at 10:00 a.m.** On or before **November 14, 2014**, the parties shall file a Joint Status Conference Statement which provides, *inter alia*, an update as to Defendant's bankruptcy proceeding and any adversarial proceeding between the parties.

**IT IS SO ORDERED.**

Dated: May 20, 2014

EDWARD J. DAVILA
United States District Judge