UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>  Plaintiff,<br>v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>  Defendants. | Case No. 5:14-cv-00087-EJD<br><br>**[PROPOSED] ORDER PETE MORICI'S MOTION FOR RELIEF FROM STAY WITH RESPECT TO SIMON BARBER AND EDUARDO deCASTRO**<br><br>**HEARING DATE**:<br><br>Date:      October 10, 2014<br>Time:      09:00 AM<br>Courtroom: 4, 5th Floor, San Jose<br>Before:    Hon. Edward J. Davila |

The Court, having considered the Motion for Relief From Stay filed by Pete Morici, the supporting documentation, and any response and reply, hereby grants the Motion:

The stay previously entered by the Court is dissolved as to the individual defendants and Plaintiff may pursue his claims against them. Further, Plaintiff is granted leave to file an amended complaint, and shall do so within fourteen (14) days of entry of this Order.

[PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM STAY    1    Case No. 5:14-cv-00087-EJD

IT IS SO ORDERED

Dated: this __ day of _____, 2014

_____
HONORABLE EDWARD J. DAVILA,
UNITED STATES DISTRICT JUDGE