Venkat Balasubramani (SBN 189192)
**Focal PLLC**
800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax: (206) 260-3966
*venkat@focallaw.com*
Attorneys for Plaintiff
PETE MORICI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>　　　　　　Defendants. | Case No. 5:14-cv-00087-EJD<br><br>**DECLARATION OF VENKAT BALASUBRAMANI IN SUPPORT OF PETE MORICI'S MOTION FOR RELIEF FROM STAY**<br><br>**HEARING DATE**:<br><br>Date:　　　October 10, 2014<br>Time:　　　09:00 AM<br>Courtroom:　4, 5th Floor, San Jose<br>Before:　　　Hon. Edward J. Davila |

I, Venkat Balasubramani, hereby declare:

1.　　I am an attorney of law, duly authorized to practice before this Court and with the law firm of Focal PLLC and counsel to Plaintiff, Pete Morici. I make this declaration in support of the Motion for Relief from Stay with Respect to Simon Barber and Eduardo deCastro, and Memorandum and Points of Authorities in Support of Motion, in case no. 5:14-cv-00087-EJD.

2.　　I have personal knowledge of the facts in this declaration, except those facts that are based upon information and belief, and, as to those facts, I believe such facts to be true.

3.　　My firm has obtained transcripts of the meeting of creditors held in the

bankruptcy cases of the Hashfast Defendants, In re Hashfast Technologies, LLC, case no. 14-30725 and In re Hashfast, LLC, Case No. 14-30866, as filed with the bankruptcy court as part of the Motion for Substantive Consolidation of the Official Committee of Unsecured Creditors. Upon information and belief, a true and correct copy of relevant pages from the transcript of the meeting of creditors held on July 8, 2014 is attached as **Exhibit A** (filed as docket number 148 in In re Hashfast Technologies, LLC, case no. 14-30725).

4. A true and correct copy of Schedule G – Executory Contracts and Unexpired Leases to Hashfast Technologies, LLC's bankruptcy petition, In re Hashfast Technologies, LLC, case no. 14-30725, is attached as **Exhibit B** (filed as docket number 88 in In re Hashfast Technologies, LLC, case no. 14-30725).

5. Attached as **Exhibit C** hereto is a true and correct copy of the Motion to Consolidate (excluding attachments) filed by the Official Committee of Unsecured Creditors in the Hashfast bankruptcy proceeding (filed as docket number 148 in In re Hashfast Technologies, LLC, case no. 14-30725).

6. Attached as **Exhibit D** hereto is a true and correct copy of the Memorandum of Points and Authorities in Support of the United States Trustee's Motion to Appoint Chapter 11 Trustee, as filed in the Hashfast bankruptcy proceeding (filed as docket number 169 in In re Hashfast Technologies, LLC, case no. 14-30725).

7. The foregoing documents are all publicly available documents filed in the Hashfast bankruptcy proceeding and were accessible via the online PACER database for filings in that proceeding. As such, the fact of their filing and the fact that certain arguments were raised in those filings are properly the subject of judicial notice.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on August 15, 2014 at Seattle, Washington.

*/s/ Venkat Balasubramani*
Venkat Balasubramani

BALASUBRAMANI DECL. IN SUPP. OF MOT. FOR RELIEF FROM STAY

Case No. 5:14-cv-00087-EJD