Meeting of Creditors - 7/8/2014

Page 1

```
                UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF CALIFORNIA


IN RE: HASHFAST, LLC / CASE NO. 14-30866

IN RE: HASHFAST TECHNOLOGIES, LLC / CASE NO. 14-30725

  *     *    *    *    *    *    *    *    *    *    *    *

    STENOGRAPHICALLY TRANSCRIBED VIA PRE-RECORDED AUDIO

          MEETING OF CREDITORS BEFORE JULIE GLOSSON

DATE TAKEN:           JULY 8, 2014

TIME:                 11:00 A.M.

TRANSCRIBED BY:       ALISON PRESLEY
                      STENOGRAPHIC SHORTHAND REPORTER
                      NOTARY PUBLIC STATE OF FLORIDA
                      COMMISSION NO. FF111939
                      EXPIRES: APRIL 22, 2018
```

Meeting of Creditors - 7/8/2014

Page 2

```
 1                          CONTENTS

 2     PROCEEDINGS                                              3

 3     TESTIMONY OF SIMON BARBER AND MONICA HUSHEN
           Examination by Ms. Glosson.........................11
 4         Examination by Ms. McDow...........................28
           Examination by Mr. Gallo...........................97
 5         Examination by Mr. Kozachenko.....................106
           Further Examination by Ms. Glosson................157
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Meeting of Creditors - 7/8/2014

Page 3

1              P R O C E E D I N G S

2                      - - -

3          MS. GLOSSON:  This is the meeting of creditors

4      in the Chapter 11 bankruptcy case for Hashfast

5      Technologies, LLC.  The case number is 14-30725.

6          This case was commenced as an involuntary

7      petition that was filed on May 9th, 2014.  The

8      debtor consented to the order for relief and

9      converted this case to Chapter 11 on June 6th, 2014

10     -- I'm sorry, June 4th, 2014.

11         Today is July 8th, 2014, and it is a little

12     before 11:00 in the morning.  We are at 235 Pine

13     Street in San Francisco, California.  Today -- this

14     is the place and time for this meeting of creditors.

15     My name is Julie Glosson.  I am an attorney with the

16     United States Trustees Office, and I will be

17     conducting today's meeting of creditors.

18         This case is jointly administered with the

19     Chapter 11 case In Re: Hashfast, LLC; the case

20     number is 14-30866.  That meeting and that case is

21     also scheduled for this morning.  But I will be

22     calling that upon the conclusion of the meeting in

23     Hashfast Technologies, LLC.  When I call for

24     examination by creditors, if you could, please limit

25     your questions to the respective cases.

First Choice Reporting & Video Services
www.firstchoicereporting.com          Worldwide Scheduling          800.939.0093
Case: 14-30725   Doc# 148   Filed: 07/23/14   Entered: 07/23/14 19:01:10   Page 14 of 326

Electronically signed by Alison Presley (001-159-987-5451)                    92be47ea-a665-4c9d-be42-899f3e91c918

Meeting of Creditors - 7/8/2014

Page 21

1    might not be accurate, I think we need to know that
2    today.  Because I am going to be asking questions
3    about the accuracy of these documents.
4         MS. MICKELSEN:  Okay.  So there are two items
5    of which I believe that we are still confirming to
6    some extent.  And the first is the bonuses, a bonus
7    that Eduardo, I believe, received in Christmas of
8    last year.
9         MS. GLOSSON:  Okay.
10        MS. MICKELSEN:  And that Simon received
11   Christmas of last year.
12        MS. HUSHEN:  And the Bitcoin transactions.
13        MS. GLOSSON:  And then Bitcoin transactions?
14        MS. HUSHEN:  That was a Bitcoin transaction.
15        MS. GLOSSON:  Oh, those were -- the bonuses
16   were paid in Bitcoin?
17        MS. MICKELSEN:  Five each.
18        MS. HUSHEN:  Right.
19        MS. GLOSSON:  Okay.
20        MS. HUSHEN:  And the bonuses that are listed in
21   here were asking for dollar payments.  And so there
22   is a nuance as to where do you record the Bitcoin
23   payments.  And we provided that to you subsequently
24   through the Bitcoin transactions.
25

First Choice Reporting & Video Services
www.firstchoicereporting.com    Worldwide Scheduling    800.939.0093
Case: 14-30725   Doc# 148   Filed: 07/23/14   Entered: 07/23/14 19:01:10   Page 32 of 326
Electronically signed by Alison Presley (001-159-987-5451)    92be47ea-a665-4c9d-be42-899f3e91c918

Meeting of Creditors - 7/8/2014

Page 31

```
 1   problem has been fixed.  Do you believe it has been
 2   fixed?
 3        A    (By Mr. Barber) Yes.
 4        Q    Okay.  And in what way?
 5        A    (By Mr. Barber) So we -- in mid to late
 6   January, we were producing boards in volume that met
 7   specifications.  And we started shipping them in volume.
 8        Q    Did you bring on somebody new to do that or was
 9   it just your existing staff?
10        A    (By Mr. Barber) Existing staff.
11        Q    Did your hire an outside consultant or anyone
12   to help you kind of figure out what the issue was with
13   the operations?
14        A    (By Mr. Barber) No.
15        Q    Okay.  We just talked before about possibly
16   amending the schedules to include, among other things,
17   the bonus you received in December.  What was the bonus
18   you received in December?
19        A    (By Mr. Barber) I believe it was five Bitcoins.
20             (By Ms. Hushen) Five Bitcoins.
21             (By Mr. Barber) Yes.
22             (By Ms. Hushen) Everybody in the company
23   received a bonus to varying levels; five was the most,
24   some received three, some received one; based on tenure
25   and effort.
```

First Choice Reporting & Video Services
www.firstchoicereporting.com    Worldwide Scheduling    800.939.0093
Case: 14-30725   Doc# 148   Filed: 07/23/14   Entered: 07/23/14 19:01:10   Page 42 of 326
Electronically signed by Alison Presley (001-159-987-5451)    92be47ea-a665-4c9d-be42-899f3e91c918

Meeting of Creditors - 7/8/2014

Page 37

1  Q   Okay. But you said, on a cash flow basis, it
2  was positive?
3  **A   (By Ms. Hushen) Yes.**
4  Q   Do you know how positive at the close of the
5  year in 2013?
6  **A   (By Ms. Hushen) No, I would need to look.**
7       MS. GLOSSON:  Can you speak up?
8       MS. MCDOW:  Sorry.
9  BY MS. MCDOW:
10 Q   Do you know how much cash flow positive?
11 **A   (By Ms. Hushen) No, I would have to look.  I**
12 **don't keep those in memory.**
13 Q   Do you, at the close of 2013 -- perhaps you
14 know this -- do you know what the company, what the cash
15 flow was at the end of the year, close of 2013?
16 **A   (By Mr. Barber) I don't.**
17 Q   Do we have --
18 **A   (By Ms. Hushen) the company was selling its**
19 **Bitcoins weekly, thereabouts, to cover cash flow.  So I**
20 **don't imagine we ever -- I don't recall a month where we**
21 **ever had substantial cash in the bank of more than a**
22 **million or two, just in going through the bank recs.**
23 **Maybe we did, but I don't recall it.**
24 Q   Also, on the statement of financial affairs,
25 you say that through May 9th, which, I believe is when

First Choice Reporting & Video Services
www.firstchoicereporting.com     Worldwide Scheduling     800.939.0093
Case: 14-30725   Doc# 148   Filed: 07/23/14   Entered: 07/23/14 19:01:10   Page 48 of 326
Electronically signed by Alison Presley (001-159-987-5451)     92be47ea-a665-4c9d-be42-899f3e91c918

Meeting of Creditors - 7/8/2014

Page 38

```
 1   the TRO came in from LiquidBits, the income the company
 2   has made, Hashfast Technologies is about 1.4 million.
 3   What's the source of that income?
 4        A    (By Ms. Hushen) Revenue less expenses.
 5        Q    But the same -- can you put it up --
 6        A    (By Ms. Hushen) The system sales.
 7        Q    Okay.  So system sales, is any component of
 8   that chip sales?
 9        A    (By Ms. Hushen) Well, the chips are in the
10   systems.
11        Q    I understand.  But the chips, on their own
12   separately?
13        A    (By Ms. Hushen) It was nominal.  It wasn't a
14   huge.
15             (By Mr. Barber) It had to have been some
16   small --
17             (By Ms. Hushen) Yeah, it was small volume of
18   chip sales.
19        Q    And as of May 9th, what was -- was the company
20   operating at a cash plus or a cash negative as far as
21   cash flow?
22        A    (By Ms. Hushen) The company was struggling to
23   make payroll.  And we deferred payroll, you know, a few
24   days to the officers of the company until we would get
25   cash in.  And we were hand to mouth.
```

Meeting of Creditors - 7/8/2014

Page 39

1  Q   Okay. And what was the reason for that? And
2  it -- you may be the best -- whoever is best to answer:
3  What do you think the reason was?
4      A   **(By Ms. Hushen) The company had spent the cash**
5  **proceeds for the systems, and we had significant legal**
6  **claims underway, and we had significant legal bills that**
7  **had to be paid ahead of payroll because they were on**
8  **retainer.**
9      Q   What was your salary, Mr. Barber, as of January
10  1st, 2014?
11     A   **(By Ms. Hushen) Same as it is now.**
12         **(By Mr. Barber) No, right around then, I got a**
13  **raise. And I don't remember whether the raise was just**
14  **before or right after that date. So I can't tell you**
15  **exactly.**
16     Q   January -- after January 1st, you think
17  perhaps; what would the raise have been, whenever it was?
18     A   **(By Mr. Barber) So the raise was to an annual**
19  **salary of 220,000.**
20     Q   From where would it have started?
21     A   **(By Mr. Barber) Sorry, from --**
22     Q   I'm sorry. What was the raise amount itself,
23  so from 200 to 220, from 220 to --
24     A   **(By Mr. Barber) No. The raise was to 220.**
25     Q   From what?

First Choice Reporting & Video Services
www.firstchoicereporting.com    Worldwide Scheduling    800.939.0093
Case: 14-30725   Doc# 148   Filed: 07/23/14   Entered: 07/23/14 19:01:10   Page 50 of 326
Electronically signed by Alison Presley (001-159-987-5451)   92be47ea-a665-4c9d-be42-899f3e91c918

Meeting of Creditors - 7/8/2014

Page 40

1   **A   (By Mr. Barber) From, I believe, it was 144.  I**
2   **would have to check.**
3       Q    144?
4   **A   (By Mr. Barber) Yeah.**
5       Q    So when the company started having increasing
6   liabilities, you increased your pay by 70 or $80,000,
7   what was the reason for that?
8           Let me back up.  Who was responsible at the
9   company for determining who gets salary increases and
10  why?
11  **A   So Eduardo and I were responsible.**
12      Q    Okay.
13          MR. KOZACHENKO:  Same question for Eduardo.
14          MS. GLOSSON:  Okay.
15  BY MS. MCDOW:
16      Q    So in your estimation, you testified the
17  company, January or February, unsure when your raise
18  was -- what was the reason for giving yourself nearly a
19  $100,000 raise when the company was experiencing
20  significant liabilities and couldn't then, either close
21  to or before your raise, could not meet its obligations
22  as they became due?
23  **A   (By Mr. Barber) So at that point in time, I had**
24  **a choice of either leaving the company or being paid a**
25  **more appropriate salary for the role.**

First Choice Reporting & Video Services
www.firstchoicereporting.com        Worldwide Scheduling          800.939.0093

**Electronically signed by Alison Presley (001-159-987-5451)**                           92be47ea-a665-4c9d-be42-899f3e91c918

Meeting of Creditors - 7/8/2014

Page 59

1   **A   (By Mr. Barber) Yeah.  So in this Bitcoin**
2   **mining space, the value changes rapidly over time.  There**
3   **are newer, more efficient designs coming to market in the**
4   **next few months.**
5       Q   How about when you formed the company in
6   August 2013, what would have been the value of those mask
7   works in your estimation?
8       **A   (By Mr. Barber) So the mask works, when they**
9   **were created in -- they were completed at the end of**
10  **August or in -- yeah, at that point in time, they were**
11  **extremely valuable.**
12      Q   Can you just give me a ballpark?
13          MS. MICKELSEN:  This is only if it is within
14      your knowledge.
15          MR. BARBER:  Yeah, I mean -- I mean --
16  BY MS. MCDOW:
17      Q   I mean, if we were in a deposition, I would say
18  estimate, not guess.
19      **A   (By Mr. Barber) Yeah.**
20      Q   So just whatever ballpark you know having
21  experience in this area and having a pretty big stake in
22  it.
23          MS. MICKELSEN:  But it also has to be within
24      your knowledge.
25          MR. BARBER:  Yeah, I mean, one of our

First Choice Reporting & Video Services
www.firstchoicereporting.com    Worldwide Scheduling    800.939.0093
Case: 14-30725   Doc# 148   Filed: 07/23/14   Entered: 07/23/14 19:01:10   Page 70 of 326
Electronically signed by Alison Presley (001-159-987-5451)    92be47ea-a665-4c9d-be42-899f3e91c918

Meeting of Creditors - 7/8/2014

Page 60

1     competitors with not-as-good mask work design has
2     generated, I think, $80 million of revenue from such
3     a design.  And so, you know, I don't know how you
4     would estimate the exact value.  But it would have
5     significant value.
6  BY MS. MCDOW:
7     Q    Okay.  And do you think it still, even if not
8  $80 million today, still has pretty significant value?
9     **A    (By Mr. Barber) I am sure there is some**
10  **residual value.  But the Bitcoin market moves very, very**
11  **quickly.  And there is a high pressure to develop more**
12  **efficient designs.  So, also, assessing the value can be**
13  **very difficult because each customer has a different**
14  **situation in terms of operating costs and their personal**
15  **appraisal of the future income potential.  But the**
16  **expected returns would be much, much lower today than**
17  **they were in August of last year.**
18     Q    Okay.  And just really briefly, what would be
19  the cause and estimation for the decrease in value?
20     **A    (By Mr. Barber) The competition in the Bitcoin**
21  **market, Bitcoin mining market.**
22     Q    Okay.  And is that something -- excuse my, kind
23  of, ignorance in this regard -- is that something that,
24  presumably, you have people employed by Technologies, LLC
25  who are attempting to keep up with the competition, who

First Choice Reporting & Video Services
www.firstchoicereporting.com     Worldwide Scheduling     800.939.0093
Case: 14-30725   Doc# 148   Filed: 07/23/14   Entered: 07/23/14 19:01:10   Page 71 of 326
Electronically signed by Alison Presley (001-159-987-5451)     92be47ea-a665-4c9d-be42-899f3e91c918

Meeting of Creditors - 7/8/2014

Page 104

```
 1      A     (By Mr. Barber) Correct.
 2      Q     Have you seen this before?
 3      A     (By Mr. Barber) I'm sorry, this is?
 4      Q     It is some printed out exchange from Bitcoin
 5   form.
 6      A     (By Mr. Barber) Yes.  I have not seen this one
 7   before, but I am generally familiar with the Bitcoin
 8   form, yeah.
 9      Q     At the bottom left, it indicates you speaking
10   on the first page; is that you?
11      A     (By Mr. Barber) Correct.
12      Q     And are these things that you posted here?
13      A     (By Mr. Barber) Yes, they are.
14      Q     Okay.  And would you look at the top of page
15   two?
16      A     (By Mr. Barber) Indeed.
17      Q     Is that your statement, quote, Orders are taken
18   in BTC, in the unlikely event that we get to refunds,
19   they will be given in BTC?
20      A     (By Mr. Barber) Correct.
21      Q     You made that statement?
22      A     (By Mr. Barber) Correct.
23      Q     And it was intended for the benefit of Hashfast
24   customers and prospective customers?
25      A     Correct.
```

First Choice Reporting & Video Services
www.firstchoicereporting.com    Worldwide Scheduling    800.939.0093
Case: 14-30725   Doc# 148   Filed: 07/23/14   Entered: 07/23/14 19:01:10   Page 115 of 326

Electronically signed by Alison Presley (001-159-987-5451)    92be47ea-a665-4c9d-be42-899f3e91c918

Meeting of Creditors - 7/8/2014

Page 177

```
 1   developed a new substrate design, which is much lower
 2   cost.  And one of the things we have been working on is
 3   this new cheaper system design.  We would anticipate
 4   building out those wafers with the lower cost substrates.
 5       Q    Okay.
 6       A    (By Mr. Barber) And those would cost, I think,
 7   maybe $12 per --
 8            (By Ms. Hushen) That's for the substrate.
 9            (By Mr. Barber) -- chip for the substrate.  And
10   a little bit more, but I would anticipate under $20 for
11   the substrate and assembly.  This is approximate from
12   memory.
13            MS. GLOSSON:  All right.  I am going to reserve
14       the rest of my questions for another day.  So I am
15       going to put the record on pause for a moment for
16       purposes of just scheduling another time to come
17       back.
18            (Off the record.)
19            MS. GLOSSON:  Okay.  We are back on the record.
20       We are going to adjourn the Hashfast Technologies,
21       LLC case to July 15th at 11:15 a.m.  And I will note
22       that on the Court's docket.
23            Anything further, I am withholding my questions
24       until then.
25            (Pre-recorded audio was concluded.)
```

First Choice Reporting & Video Services
www.firstchoicereporting.com    Worldwide Scheduling    800.939.0093
Case: 14-30725   Doc# 148   Filed: 07/23/14   Entered: 07/23/14 19:01:10   Page 188 of 326

Electronically signed by Alison Presley (001-159-987-5451)                92be47ea-a665-4c9d-be42-899f3e91c918

Meeting of Creditors - 7/8/2014

Page 178

```
 1                  CERTIFICATE OF REPORTER

 2    STATE OF FLORIDA)

 3    COUNTY OF ORANGE)

 4

 5           I, Alison Presley, Stenographic Shorthand

 6    Reporter, Notary Public, State of Florida, CERTIFY that I

 7    was authorized to and did stenographically transcribe the

 8    foregoing proceedings from pre-recorded audio of a

 9    proceeding; and that the transcript is a true and

10    complete record to the best of my ability.

11

12           I FURTHER CERTIFY that I am not a relative,

13    employee, attorney, or counsel of any of the parties, nor

14    am I a relative or employee of any of the attorneys or

15    counsel connected with the action, nor am I financially

16    interested in the action.

17

18           DATED this 18th day of July, 2014.

19

20

21                           _____
                             ALISON PRESLEY
22                           Stenographic Shorthand Reporter
                             Notary Public, State of Florida
23

24

25
```