B6G (Official Form 6G) (12/07)

In re  **HashFast Technologies LLC**                                    , Case No.  __14-30725__
                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Allan N. Hessenflow<br>23097 Summit Road<br>Los Gatos, CA 95033-9318 | Independent Contractor |
| Amanda Van Nuys Consulting<br>845 Montgomery Street<br>Unit 1<br>San Francisco, CA 94133 | Independent Contractor |
| AQS<br>401 Kato Terrace<br>Fremont, CA 94539 | Electronics manufacturing and engineering solutions |
| Avram Cheaney<br>1305 Laguna Street<br>Apt. 4<br>San Francisco, CA 94115 | Independent Contractor |
| Ciara Technologies<br>9300 Transcanada Highway<br>Saint-Laurent, Montreal, Quebec<br>H4S 1K5, Canada | Manufacture, sale and distribution of electronics products and accessories |
| Dan Das Mann | Independent Contractor |
| DXCorr Design Inc.<br>121 West Washington Ave.<br>Suite 212<br>Sunnyvale, CA 94086 | Memorandum of Understanding regarding design of digital currency-related microchips dated August 21, 2013 |
| DXCorr Design Inc.<br>121 West Washington Ave.<br>Suite 212<br>Sunnyvale, CA 94086 | Proposal for G1.5 Design Projected dated December 1, 2013 |
| Federal Express Corporation<br>942 South Shady Grove Road<br>Memphis, TN 38120 | Pricing Agreement regarding shipping dated April 9, 2014 |
| Future Electronics Corp.<br>3255 Paysphere Circle<br>Chicago, IL 60674 | Purchase of parts dated November 26, 2013 |
| Future Electronics Corp.<br>3255 Paysphere Circle<br>Chicago, IL 60674 | Purchase of parts dated December 5, 2013 |

__2__ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re  **HashFast Technologies LLC**                                                    , Case No. **14-30725**
                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Hawk Ridge Systems<br>4 Orinda Way<br>Orinda, CA 94563 | Professional subscription support and service dated March 13, 2014 |
| International Rectifier<br>101 N Sepulveda Bldv.<br>El Segundo, CA 90245 | Parts and schematics |
| Kaloopy Media<br>Attn: Kurt Heim, President<br>2510 Main St.<br>Santa Monica, CA 90405 | Website development dated October 3, 2013 |
| Linear Technology Corporation<br>1630<br> McCarthy Blvd<br>Milpitas, CA 95035-7417 | Manufacturing of analog integrated circuits dated September 2012 |
| Liquidbits Corporation<br>20201 E. Country Club Drive, #1502<br>Aventura, FL 33180 | Evaluation to assit in optimizing software and hardware dated January 13, 2014 |
| Monsoon Company, Inc.<br>1714 Franklin Street<br>#100-142<br>Oakland, CA 94612 | Website design dated December 9, 2013 |
| Package Science Services LLC<br>3287 Kifer Road<br>Santa Clara, CA 95051 | Design, analysis and generation of manufacturing documents and files for processor dated January 7, 2014 |
| Peter Henrickson<br>773 East El Camino Real<br>#142<br>Sunnyvale, CA 94087-2919 | Independent Contractor |
| Richard G. Bahr<br>[email address only] | Advisory Services Agreement and Proprietary Information Agreement |
| Robert Alkire Consulting<br>1081 Neptune Lane<br>La Grande, WA 98348 | Independent Contractor |
| Sandgate Technologies<br>595 Fellowship Road<br>Chester Springs, PA 19425 | Manufacturing support agreement |
| Sonic Manufacturing Technologies<br>P.O. Box 225<br>Santa Clara, CA 95052-0225 | Invoice for hardware manufacturing dated February 17, 2014 |

Sheet   **1**   of   **2**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                                                           Best Case Bankruptcy

In re  **HashFast Technologies LLC**                                ,   Case No.   **14-30725**
                                          Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Sonic Manufacturing Technologies**<br>P.O. Box 225<br>Santa Clara, CA 95052-0225 | **Quotation for hardware manufacturing dated January 8, 2014** |
| **Sonny Mirador**<br>Miratek Design<br>706 Michael Street<br>Milpitas, CA 95035 | **Nondisclosure Agreement** |
| **Stacy Robinson**<br>3876 Muirwood Lane<br>Roseville, CA 95747 | **Independent Contractor** |
| **Stephen Hamner**<br>51 Gladys St.<br>San Francisco, CA 94110 | **Independent Contractor** |
| **Strategic Counsel Corp**<br>227 Broadway, Suite 306<br>Santa Monica, CA 90401 | **Independent Contractor** |
| **Tommy E. Contreras**<br>855 Folsom Street<br>#514<br>San Francisco, CA 94107 | **Independent Contractor** |
| **Uniquify, Inc.**<br>2030 Fortune Drive<br>#200<br>San Jose, CA 95131 | **Manufacturing services for TSMC 28HPM ASIC Project: "G1" dated September 6, 2013** |
| **Uniquify, Inc.**<br>2030 Fortune Drive<br>#200<br>San Jose, CA 95131 | **Master Design, Manufacturing, Operations Services & Consulting Agreement dated April 9, 2013** |

Sheet   **2**   of   **2**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases