JEREMY J. GRAY (SBN 150075)
  jgray@zuberlaw.com
MICHAEL D. RESNICK (SBN 245215)
  mresnick@zuberlaw.com
**ZUBER LAWLER & DEL DUCA LLP**
777 S. Figueroa Street, 37th Floor
Los Angeles, California 90017
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendants,
Hashfast Technologies LLC, Hashfast LLC,
Simon Barber, and Eduardo deCastro

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>　　　　　Defendants. | CASE NO. 5:14-cv-00087-EJD (HRL)<br><br>**SIMON BARBER, AND EDUARDO DECASTRO'S OPPOSITION TO PLAINTIFF PETE MORICI'S MOTION FOR RELIEF FROM STAY WITH RESPECT TO SIMON BARBER AND EDUARDO DECASTRO**<br><br>Date:　　　　October 10, 2014<br>Time:　　　　9:00 a.m.<br>Courtroom: 4, 5th Floor<br>　　　　　　　280 South 1st Street<br>　　　　　　　San Jose, CA 95113 |

/ / /

/ / /

/ / /

/ / /

/ / /

1975-1005 / 384432.1

1

SIMON BARBER, AND EDUARDO DECASTRO'S OPPOSITION TO PLAINTIFF PETE MORICI'S MOTION
FOR RELIEF FROM STAY WITH RESPECT TO SIMON BARBER AND EDUARDO DECASTRO

## I. INTRODUCTION

Pursuant to Northern District of California Local Rule 11-5, Zuber Lawler & Del Duca LLP ("ZLD") will move for an order relieving it as counsel for defendants Simon Barber and Eduardo deCastro ("Defendants") on the grounds that Defendants have failed to make timely payment of ZLD's attorney's fees, and have repeatedly failed to return ZLD's phone calls and e-mails[1]. Out of an abundance of caution however, ZLD files this opposition to plaintiff Pete Morici's ("Plaintiff") motion for relief from stay with respect to Defendants (the "Motion").

## II. THE COURT SHOULD CONTINUE TO STAY ALL PROCEEDINGS PENDING THE CONCLUSION OF THE ALLEGED DEBTOR'S BANKRUPTCY PROCEEDINGS, AND DENY PLAINTIFF'S MOTION

On May 9, 2014, an involuntary petition (the "Involuntary Petition") under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") was filed against defendant HashFast Technologies LLC (the "Alleged Debtor") in the United States Bankruptcy Court for the Northern District of California – San Francisco Division, Case No. 14-30725. Pursuant to section 362 of the Bankruptcy Code (11 U.S.C. § 362), the filing of the Involuntary Petition operates as an automatic stay of this action regarding the Alleged Debtor.

Because this action should only resume once the Alleged Debtor's bankruptcy proceedings have concluded, the Defendants respectfully request that this Court deny Plaintiff's motion for relief from stay with respect to Defendants.

First, it would be a waste of judicial resources for the Court to stay the proceedings against the Alleged Debtor, but to allow Plaintiff's case against the

---

[1] ZLD's Motion to Withdraw as Counsel for Defendants Simon Barber, and Eduardo deCastro will be filed on Wednesday, September 24, 2014.

1975-1005 / 384432.1

2

SIMON BARBER, AND EDUARDO DECASTRO'S OPPOSITION TO PLAINTIFF PETE MORICI'S MOTION FOR RELIEF FROM STAY WITH RESPECT TO SIMON BARBER AND EDUARDO DECASTRO

Defendants to proceed, as this course of action would potentially result in two separate trials on essentially the same issues.

Second, Plaintiff has alleged that the Alleged Debtor and Defendants have an alter-ego relationship (Doc. 1, page 2:4; 3:1-6.), and that the Defendants are the "founder and executives" of the Alleged Debtor. (Doc. 20, page 6:10-12.)  As such, the Alleged Debtor is a necessary and indispensable party to this action.  Moreover, based on the allegations contained within Plaintiff's complaint, there is such identity between the Alleged Debtor and the Defendants, that the Alleged Debtor may be said to be the real party defendant.  Therefore, a judgment against the Defendants will in effect be a judgment or finding against the Alleged Debtor.

## III. CONCLUSION

For the foregoing reasons, defendants Simon Barber and Eduardo deCastro respectfully request that this Court deny Plaintiff's Motion.

Dated: September 19, 2014                         Respectfully submitted:

**ZUBER LAWLER & DEL DUCA LLP**
JEREMY J. GRAY
MICHAEL D. RESNICK

By:   */s/ Jeremy J. Gray*
Attorneys for Defendants,
Hashfast Technologies LLC, Hashfast LLC, Simon Barber, and Eduardo deCastro

1975-1005 / 384432.1

3
SIMON BARBER, AND EDUARDO DECASTRO'S OPPOSITION TO PLAINTIFF PETE MORICI'S MOTION
FOR RELIEF FROM STAY WITH RESPECT TO SIMON BARBER AND EDUARDO DECASTRO

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 777 S. Figueroa Street, 37th Floor, Los Angeles, California 90017.

On September 19, 2014, I served true copies of the following document(s) described as **SIMON BARBER, AND EDUARDO DECASTRO'S OPPOSITION TO PLAINTIFF PETE MORICI'S MOTION FOR RELIEF FROM STAY WITH RESPECT TO SIMON BARBER AND EDUARDO DECASTRO** on the interested parties in this action as follows:

Venkat Palasubramani
FOCAL PLLC
800 Fifth Avenue
Suite 4100
Seattle, WA 98104
Tel: 206-529-4827
Fax: 206-260-3966
Email: venkat@focallaw.com
Attorneys for Plaintiff PETE MORICI

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 19, 2014, at Los Angeles, California.

  */s/ Lani Martinez*
  Lani Martinez

1975-1005 / 384432.1

SIMON BARBER, AND EDUARDO DECASTRO'S OPPOSITION TO PLAINTIFF PETE MORICI'S MOTION FOR RELIEF FROM STAY WITH RESPECT TO SIMON BARBER AND EDUARDO DECASTRO