JEREMY J. GRAY (SBN 150075)
jgray@zuberlaw.com
MICHAEL D. RESNICK (SBN 245215)
mresnick@zuberlaw.com
**ZUBER LAWLER & DEL DUCA LLP**
777 S. Figueroa Street, 37th Floor
Los Angeles, California 90017
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendants,
Hashfast Technologies LLC, Hashfast LLC,
Simon Barber, and Eduardo deCastro

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>Defendants. | CASE NO. 5:14-cv-00087-EJD (HRL)<br><br>**DECLARATION OF JEREMY J. GRAY IN SUPPORT OF ZUBER LAWLER & DEL DUCA LLP'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS SIMON BARBER, AND EDUARDO DECASTRO**<br><br>(Civil L.R. 11-5)<br><br>Date:     December 5, 2014<br>Time:     9:00 a.m.<br>Courtroom: 4, 5th Floor<br>          280 South 1st Street<br>          San Jose, CA 95113<br><br>*(Filed Concurrently with Notice of Motion and Motion; and [Proposed] Order)* |

/ /
/ / /
/ / /
/ / /
/ / /
/ / /

1975-1005 / 384132.1

DECLARATION OF JEREMY J. GRAY IN SUPPORT OF ZUBER LAWLER & DEL DUCA LLP'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT SIMON BARBER AND EDUARDO DECASTRO

# DECLARATION OF JEREMY J. GRAY

I, Jeremy J. Gray, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Zuber Lawler & Del Duca LLP ("ZLD"), attorneys of record for defendants Hashfast Technologies LLC, Hashfast LLC, Simon Barber and Eduardo deCastro. I make this declaration of my own personal knowledge, and, if called as witness I could, and would, testify competently to the matters set forth herein.

2. I make this declaration in support of ZLD's motion to withdraw as counsel for defendants Simon Barber and Eduardo deCastro ("Defendants") in the above-captioned action.

3. Defendants have failed and refused to pay for attorney's fees and costs pursuant to the fee agreement between the Defendants and ZLD.

4. Defendants have repeatedly failed to return ZLD's phone calls and e-mails.

5. The only method of communication between the Defendants and ZLD has been by e-mail or telephone, and the Defendants have never provided ZLD with their residential addresses.

6. By way of e-mails transmitted on August 22, 2014, I provided the Defendants with written notice of ZLD's intent to file this motion based on the Defendants' non-payment of ZLD's attorney's fees. Attached as Exhibit 1 is a true and correct copy of the August 22, 2014 e-mail transmitted to defendant Eduardo deCastro, along with its attachments. Attached as Exhibit 2 is a true and correct copy of the August 22, 2014 e-mail transmitted to defendant Simon Barber, along with its attachments.

7. Within a day or so of delivering the August 22, 2014 written notice to Mr. Barber, his lawyer, Mr. Ori Katz, of Sheppard, Mullin, Richter & Hampton LLP, and I spoke by telephone. Mr. Katz acknowledged that Mr. Barber received

1975-1005 / 384132.1

2

DECLARATION OF JEREMY J. GRAY IN SUPPORT OF ZUBER LAWLER & DEL DUCA LLP'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT SIMON BARBER AND EDUARDO DECASTRO

the Written Notice our office delivered to him. Mr. Katz asked that I send him a copy of the retainer agreement between Mr. Barber and our firm. I sent it to him on August 26, 2014. Although I asked Mr. Katz for Mr. Barber to execute a substitution of counsel, as of the date of this filing, we have not received any substitution signed by Mr. Barber.

8. Mr. deCastro never responded to the August 22, 2014 written notice.

9. By way of e-mails transmitted on September 19, 2014, I provided the Defendants (and their respective bankruptcy counsel) with further written notice of ZLD's intent to file this motion based on the Defendants' non-payment of ZLD's attorney's fees. Attached as Exhibit 3 is a true and correct copy of the September 19, 2014 e-mail transmitted to defendant Eduardo deCastro (and his bankruptcy counsel), along with its attachment. Attached as Exhibit 4 is a true and correct copy of the September 19, 2014 e-mail transmitted to defendant Simon Barber (and his bankruptcy counsel), along with its attachment.

10. On September 19, 2014, at 3:52 p.m., Mr. Barber replied to my September 19, 2014 written notice, but only stated that "[i]f this is meant to be directed to myself as a personal matter, please resend to my personal email...[i]f this is regarding Hashfast business, then this email is OK." Attached as Exhibit 5 is a true and correct copy of Mr. Barber's September 19, 2014 e-mail.

11. Mr. Barber's bankruptcy counsel, Mr. Ori Katz, never responded to my September 19, 2014 written notice, and Mr. Barber did not respond further.

12. On September 19, 2014, at 4:12 p.m., Mr. deCastro's bankruptcy counsel, Mr. Craig Stuppi, acknowledged receipt of my September 19, 2014 written notice, however he stated that he does not intend to represent Mr. deCastro in this action. Attached as Exhibit 6 is a true and correct copy of Mr. Stuppi's September 19, 2014 e-mail.

13. Mr. deCastro never responded to my September 19, 2014 written notice.

1975-1005 / 384132.1

3

DECLARATION OF JEREMY J. GRAY IN SUPPORT OF ZUBER LAWLER & DEL DUCA LLP'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT SIMON BARBER AND EDUARDO DECASTRO

14. On September 16, 2014, my associate, Michael D. Resnick, provided counsel for plaintiff Pete Morici, Mr. Venkat Palasubramani, with written notice of ZLD's intent to file this motion. Attached as Exhibit 7 is a true and correct copy of the written notice provided to Mr. Palasubramani.

15. On September 19, 2014, I provided Mr. Palasubramani with further written notice of ZLD's intent to file this motion. Attached as Exhibit 8 is a true and correct copy of the further written notice provided to Mr. Palasubramani.

16. On September 23, 2014, Mr. Palasubramani sent me an e-mail stating that Plaintiff will not oppose this motion. Attached as Exhibit 9 is a true and correct copy of Mr. Palasubramani's September 23, 2014 e-mail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed September 24, 2014, at Los Angeles, California.

_____
Jeremy J. Gray

4

DECLARATION OF JEREMY J. GRAY IN SUPPORT OF ZUBER LAWLER & DEL DUCA LLP'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT SIMON BARBER AND EDUARDO DECASTRO

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 777 S. Figueroa Street, 37th Floor, Los Angeles, California 90017.

On September 24, 2014, I served true copies of the following document(s) described as **DECLARATION OF JEREMY J. GRAY IN SUPPORT OF ZUBER LAWLER & DEL DUCA LLP'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS SIMON BARBER, AND EDUARDO DECASTRO** on the interested parties in this action as follows:

Venkat Palasubramani
FOCAL PLLC
800 Fifth Avenue
Suite 4100
Seattle, WA 98104
Tel: 206-529-4827
Fax: 206-260-3966
E-mail: venkat@focallaw.com
Attorneys for Plaintiff PETE MORICI

Defendant Simon Barber
simon@hashfast.com

Defendant Eduardo deCastro
eduardo.decastro@gmail.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 24, 2014, at Los Angeles, California.

_/s/ Elena A. Swatek_
Elena A. Swatek

1975-1005 / 3841321

DECLARATION OF JEREMY J. GRAY IN SUPPORT OF ZUBER LAWLER & DEL DUCA LLP'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT SIMON BARBER AND EDUARDO DECASTRO