**EXHIBIT 4**

## Michael Resnick

**From:** Elena A. Swatek
**Sent:** Friday, September 19, 2014 3:46 PM
**To:** simon@hashfast.com
**Cc:** Michael Resnick; Jeremy J. Gray; okatz@sheppardmullin.com
**Subject:** Re: Morici v. HashFast Technologies LLC

Attached please find the latest correspondence from Jeremy Gray.

Elena A. Swatek
Legal Assistant
**Zuber Lawler & Del Duca LLP**
777 South Figueroa Street • 37th Floor
Los Angeles, California 90017
Phone: (213) 596-5620 • Fax: (213) 596-5621
Eswatek@Zuberlaw.com
www.zuberlaw.com

IRS CIRCULAR 230 DISCLOSURE: Pursuant to compliance with requirements of the Internal Revenue Service, you are hereby informed that, to the extent any advice relating to a Federal tax issue is contained in this communication, or in any other communications from Zuber Lawler & Del Duca LLP not explicitly identified as a "covered opinion," including in any attachments to such communication/s, such advice was not written or intended to be used, and cannot be used, for the purpose of: (a) avoiding any tax related penalties that may be imposed on you or any other person under the Internal Revenue Code, or (b) promoting, marketing or recommending to another person any transaction or matter addressed in this communication. CONFIDENTIALITY NOTICE: The information contained in this email message and any attachments may be confidential and privileged, and exempt from disclosure under applicable law. This email message is intended only for the exclusive use of the person or entity to whom it is addressed. If you are not the intended recipient (or someone responsible for delivering this email message to the intended recipient), please be aware that any use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return email or by telephone and delete or destroy this email message and any attachments to it. Thank you.

## Michael Resnick

| | |
|---|---|
| **From:** | Elena A. Swatek |
| **Sent:** | Friday, September 19, 2014 3:49 PM |
| **To:** | simon@hashfast.com |
| **Cc:** | okatz@sheppardmullin.com; Jeremy J. Gray; Michael Resnick |
| **Subject:** | Morici v. HashFast |
| **Attachments:** | 20140919 JJG letter to Simon Barber.pdf |

Attached please find the latest correspondence from Jeremy Gray.

---

Elena A. Swatek
Legal Assistant
**Zuber Lawler & Del Duca LLP**
777 South Figueroa Street • 37th Floor
Los Angeles, California 90017
Phone: (213) 596-5620 • Fax: (213) 596-5621
Eswatek@Zuberlaw.com
www.zuberlaw.com

---

IRS CIRCULAR 230 DISCLOSURE: Pursuant to compliance with requirements of the Internal Revenue Service, you are hereby informed that, to the extent any advice relating to a Federal tax issue is contained in this communication, or in any other communications from Zuber Lawler & Del Duca LLP not explicitly identified as a "covered opinion," including in any attachments to such communication/s, such advice was not written or intended to be used, and cannot be used, for the purpose of: (a) avoiding any tax related penalties that may be imposed on you or any other person under the Internal Revenue Code, or (b) promoting, marketing or recommending to another person any transaction or matter addressed in this communication. CONFIDENTIALITY NOTICE: The information contained in this email message and any attachments may be confidential and privileged, and exempt from disclosure under applicable law. This email message is intended only for the exclusive use of the person or entity to whom it is addressed. If you are not the intended recipient (or someone responsible for delivering this email message to the intended recipient), please be aware that any use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return email or by telephone and delete or destroy this email message and any attachments to it. Thank you.

**Zuber Lawler & Del Duca**

777 S Figueroa Street 37th Floor Los Angeles, CA 90017
Phone (213) 596-5620 Fax (213) 596-5621 www.zuberlaw.com

jgray@zuberlaw.com

September 19, 2014

***SENT VIA EMAIL (simon@hashfast.com)***

Simon Barber
simon@hashfast.com

Re: Pete Morici v. HashFast Technologies LLC, et al., N.D. Cal. Case No. 5:14-cv-00087-EJD (HRL) (the "*Morici* Federal Court Action")

<u>NOTICE OF MOTION TO WITHDRAW AS YOUR COUNSEL OF RECORD</u>

Dear Simon:

On August 22, 2014, I wrote you to advise that plaintiff Pete Morici ("Plaintiff") had filed a motion in the *Morici* Federal Court Action, in which he asks the Court to lift the stay of the proceedings with respect to his claims against you and Eduardo deCastro.[1] This letter also asked you to provide me with the contact information for your new counsel in order to effectuate a substitution of attorney, and advised that Zuber Lawler & Del Duca LLP ("ZLD") will be moving to withdraw as your counsel of record on the basis of non-payment of $35,438.42 in ZLD's attorney's fees and costs. You never responded.

**PLEASE TAKE NOTICE** that ZLD's motion to withdraw as your counsel of record in the *Morici* Federal Court Action (the "Motion") will be filed on <u>September 24, 2014</u>.

**PLEASE TAKE FURTHER NOTICE** that the Motion will be heard on <u>December 5, 2014 at 9:00 a.m.</u>, or as soon thereafter as counsel may be heard, in Courtroom 4 of the United States District Court (Northern District Of California, San Jose Division), located at 280 South 1st Street, 5th Floor, San Jose, California 95113, the Honorable Howard R. Lloyd, United States District Court Judge, presiding.

Very truly yours,

ZUBER LAWLER & DEL DUCA LLP

Jeremy J. Gray, Esq.

CC: OKatz@sheppardmullin.com

---

[1] In addition to providing you with the hearing date for Plaintiff's motion, and your opposition deadline (which I prophylactically filed on your behalf today), I advised that Plaintiff's claims against you in the *Morici* Federal Court Action match those asserted by Plaintiff and others of potential criminality in the Bankruptcy proceeding (and perhaps elsewhere).