**EXHIBIT 5**

## Michael Resnick

**From:** Simon Barber [simon@hashfast.com]
**Sent:** Friday, September 19, 2014 3:52 PM
**To:** Elena A. Swatek
**Cc:** Michael Resnick; Jeremy J. Gray; okatz@sheppardmullin.com
**Subject:** Re: Morici v. HashFast Technologies LLC

Hi Elena,

The attachment is missing. If this is meant to be directed to myself as a personal matter, please resend to my personal email, simon@barber.net, rather than this email. If this is regarding Hashfast business, then this email is OK.

Kind regards,

Simon Barber

---

Confidentiality Notice: This email message is for the sole use of the intended recipient(s) and contains confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you for your cooperation.

On Fri, Sep 19, 2014 at 3:46 PM, Elena A. Swatek <ESwatek@zuberlaw.com> wrote:

> Attached please find the latest correspondence from Jeremy Gray.
>
> ---
>
> Elena A. Swatek
>
> Legal Assistant
>
> **Zuber Lawler & Del Duca LLP**
> 777 South Figueroa Street • 37th Floor
>
> Los Angeles, California 90017
> Phone: (213) 596-5620 • Fax: (213) 596-5621
>
> Eswatek@Zuberlaw.com
> www.zuberlaw.com
>
> ---
>
> IRS CIRCULAR 230 DISCLOSURE: Pursuant to compliance with requirements of the Internal Revenue Service, you are hereby informed that, to the extent any advice relating to a Federal tax issue is contained in this communication, or in any other communications from Zuber Lawler & Del Duca LLP not explicitly identified as a "covered opinion," including in any attachments to such communication/s, such advice was not written or intended to be used, and cannot be used, for the purpose of: (a) avoiding any tax related penalties that may be imposed on you or any other person under the Internal Revenue Code, or (b) promoting, marketing or recommending to another person any transaction or matter addressed in this communication.

9/22/2014

CONFIDENTIALITY NOTICE: The information contained in this email message and any attachments may be confidential and privileged, and exempt from disclosure under applicable law. This email message is intended only for the exclusive use of the person or entity to whom it is addressed. If you are not the intended recipient (or someone responsible for delivering this email message to the intended recipient), please be aware that any use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return email or by telephone and delete or destroy this email message and any attachments to it. Thank you.

9/22/2014