# EXHIBIT 6

## Michael Resnick

**From:** Craig Stuppi [craig@stuppilaw.com]
**Sent:** Friday, September 19, 2014 4:12 PM
**To:** Elena A. Swatek; eduardo.decastro@gmail.com
**Cc:** Michael Resnick; Jeremy J. Gray; Sarah Stuppi
**Subject:** Re: Morici v. HashFast

Jeremy, Receipt of a copy of your letter is acknowledged. As I told you a few weeks ago, we do not, and do not intend to represent Mr. deCastro with regard to the Morici Federal Court Action. Regards, Craig

--
Craig Stuppi
Law Offices of Stuppi & Stuppi
1630 N. Main Street, #332
Walnut Creek, CA 94596
Mobile: (415) 786-4465
Facsimile: (925) 287-8113
craig@stuppilaw.com

This message may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message.

Circular 230 Notice:  Any tax advice given herein is not intended to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending any transaction or matter addressed herein.

**From:** "Elena A. Swatek" <ESwatek@zuberlaw.com>
**Date:** Friday, September 19, 2014 3:55 PM
**To:** "eduardo.decastro@gmail.com" <eduardo.decastro@gmail.com>
**Cc:** Craig Stuppi <craig@stuppilaw.com>, Michael Resnick <mresnick@zuberlaw.com>, "Jeremy J. Gray" <jgray@zuberlaw.com>
**Subject:** Morici v. HashFast

Attached please find the latest correspondence from Jeremy Gray.

Elena A. Swatek
Legal Assistant
**Zuber Lawler & Del Duca LLP**
777 South Figueroa Street • 37th Floor
Los Angeles, California 90017
Phone: (213) 596-5620 • Fax: (213) 596-5621
Eswatek@Zuberlaw.com
www.zuberlaw.com

IRS CIRCULAR 230 DISCLOSURE: Pursuant to compliance with requirements of the Internal Revenue Service, you are hereby informed that, to the extent any advice relating to a Federal tax issue is contained in this communication, or in any other communications from Zuber Lawler & Del Duca LLP not explicitly identified as a "covered opinion," including in any attachments to such communication/s, such advice was not written or intended to be used, and cannot be used, for the purpose of: (a) avoiding any tax related penalties that may be imposed on you or any other person under the Internal Revenue Code, or (b) promoting, marketing or

recommending to another person any transaction or matter addressed in this communication.
CONFIDENTIALITY NOTICE: The information contained in this email message and any attachments may be confidential and privileged, and exempt from disclosure under applicable law. This email message is intended only for the exclusive use of the person or entity to whom it is addressed. If you are not the intended recipient (or someone responsible for delivering this email message to the intended recipient), please be aware that any use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return email or by telephone and delete or destroy this email message and any attachments to it. Thank you.