**EXHIBIT 7**

# Michael Resnick

| | |
|---|---|
| **From:** | Michael Resnick |
| **Sent:** | Tuesday, September 16, 2014 11:20 AM |
| **To:** | 'Venkat Balasubramani' |
| **Subject:** | Morici v. Hashfast, et al. - Written Notice of ZLD's Intent to File Motion to Withdraw as Counsel for Defendants Simon Barber and Eduardo deCastro |

Dear Mr. Balasubramani,

As I explained to you yesterday over the phone, this shall serve as written notice to you of Zuber Lawler & Del Duca LLP's ("ZLD") intent to file a motion to withdraw as counsel for defendants Simon Barber and Eduardo deCastro (the "Defendants") based on the Defendants' non-payment of ZLD's attorney's fees, and the Defendants' failure to communicate with ZLD.

As I stated to you over the phone yesterday, none of the parties to this action will be prejudiced by ZLD's withdrawal at this state of litigation - which is in its infancy - as no trial date has been set, and a bankruptcy stay against all parties is currently in effect.

Please advise if you intend to oppose ZLD's motion.

Best Regards,

Michael Resnick, Esq.
**Zuber Lawler & Del Duca LLP**
777 S. Figueroa St. • 37th Floor • Los Angeles, California 90017
Phone: (213) 596-5620 • Fax: (213) 596-5621
mresnick@zuberlaw.com
www.zuberlaw.com

IRS CIRCULAR 230 DISCLOSURE: Pursuant to compliance with requirements of the Internal Revenue Service, you are hereby informed that, to the extent any advice relating to a Federal tax issue is contained in this communication, or in any other communications from Zuber Lawler & Del Duca LLP not explicitly identified as a "covered opinion," including in any attachments to such communication/s, such advice was not written or intended to be used, and cannot be used, for the purpose of: (a) avoiding any tax related penalties that may be imposed on you or any other person under the Internal Revenue Code, or (b) promoting, marketing or recommending to another person any transaction or matter addressed in this communication. CONFIDENTIALITY NOTICE: The information contained in this email message and any attachments may be confidential and privileged, and exempt from disclosure under applicable law. This email message is intended only for the exclusive use of the person or entity to whom it is addressed. If you are not the intended recipient (or someone responsible for delivering this email message to the intended recipient), please be aware that any use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return email or by telephone and delete or destroy this email message and any attachments to it. Thank you.