**EXHIBIT 8**

## Michael Resnick

| | |
|---|---|
| **From:** | Elena A. Swatek |
| **Sent:** | Friday, September 19, 2014 4:04 PM |
| **To:** | venkat@focallaw.com |
| **Cc:** | Michael Resnick; Jeremy J. Gray |
| **Subject:** | Morici v. HashFast |
| **Attachments:** | 20140919 JJG letter to Palasubramani.pdf |

Please see the latest correspondence from Jeremy Gray attached.

Thank you.

---

Elena A. Swatek
Legal Assistant
**Zuber Lawler & Del Duca LLP**
777 South Figueroa Street • 37th Floor
Los Angeles, California 90017
Phone: (213) 596-5620 • Fax: (213) 596-5621
Eswatek@Zuberlaw.com
www.zuberlaw.com

---

IRS CIRCULAR 230 DISCLOSURE: Pursuant to compliance with requirements of the Internal Revenue Service, you are hereby informed that, to the extent any advice relating to a Federal tax issue is contained in this communication, or in any other communications from Zuber Lawler & Del Duca LLP not explicitly identified as a "covered opinion," including in any attachments to such communication/s, such advice was not written or intended to be used, and cannot be used, for the purpose of: (a) avoiding any tax related penalties that may be imposed on you or any other person under the Internal Revenue Code, or (b) promoting, marketing or recommending to another person any transaction or matter addressed in this communication. CONFIDENTIALITY NOTICE: The information contained in this email message and any attachments may be confidential and privileged, and exempt from disclosure under applicable law. This email message is intended only for the exclusive use of the person or entity to whom it is addressed. If you are not the intended recipient (or someone responsible for delivering this email message to the intended recipient), please be aware that any use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return email or by telephone and delete or destroy this email message and any attachments to it. Thank you.

## Zuber Lawler & Del Duca

777 S. Figueroa Street    37th Floor    Los Angeles, CA 90017
Phone: (213) 596-5620 · Fax: (213) 596-5621    www.zuberlaw.com

jgray@zuberlaw.com

September 19, 2014

*SENT VIA US MAIL and EMAIL (venkat@focallaw.com)*

Venkat Palasubramani
FOCAL PLLC
800 Fifth Avenue
Suite 4100
Seattle, WA 98104

Re:   Pete Morici v. HashFast Technologies LLC, et al., N.D. Cal. Case No. 5:14-cv-00087-EJD (HRL)

### NOTICE OF ZUBER LAWLER & DEL DUCA LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR SIMON BARBER AND EDUARDO DECASTRO

Dear Venkat:

**PLEASE TAKE NOTICE** that Zuber Lawler & Del Duca LLP ("ZLD") will file a motion to withdraw as counsel of record for defendants Simon Barber and Eduardo deCastro (the "Motion") in the above-referenced action on **September 24, 2014**.

**PLEASE TAKE FURTHER NOTICE** that the Motion will be heard on **December 5, 2014 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, in Courtroom 4 of the United States District Court (Northern District Of California, San Jose Division), located at 280 South 1st Street, 5th Floor, San Jose, California 95113, the Honorable Howard R. Lloyd, United States District Court Judge, presiding.

Very truly yours,

ZUBER LAWLER & DEL DUCA LLP

Jeremy J. Gray, Esq.