**EXHIBIT 9**

## Michael Resnick

**From:** Venkat Balasubramani [venkat@focallaw.com]
**Sent:** Tuesday, September 23, 2014 11:28 AM
**To:** Michael Resnick
**Cc:** Jeremy J. Gray; Sean M. McChesney
**Subject:** Re: Morici v. HashFast

Just wanted to let you know that Pete does not object to your motion to withdraw from representing the two individual defendants.

venkat

From: "Elena A. Swatek" <ESwatek@zuberlaw.com>
Date: Friday, September 19, 2014 at 4:04 PM
To: Venkat Balasubramani <venkat@focallaw.com>
Cc: Michael Resnick <mresnick@zuberlaw.com>, Jeremy Gray <jgray@zuberlaw.com>
Subject: Morici v. HashFast

Please see the latest correspondence from Jeremy Gray attached.

Thank you.

Elena A. Swatek
Legal Assistant
**Zuber Lawler & Del Duca LLP**
777 South Figueroa Street • 37th Floor
Los Angeles, California 90017
Phone: (213) 596-5620 • Fax: (213) 596-5621
Eswatek@Zuberlaw.com
www.zuberlaw.com

IRS CIRCULAR 230 DISCLOSURE: Pursuant to compliance with requirements of the Internal Revenue Service, you are hereby informed that, to the extent any advice relating to a Federal tax issue is contained in this communication, or in any other communications from Zuber Lawler & Del Duca LLP not explicitly identified as a "covered opinion," including in any attachments to such communication/s, such advice was not written or intended to be used, and cannot be used, for the purpose of: (a) avoiding any tax related penalties that may be imposed on you or any other person under the Internal Revenue Code, or (b) promoting, marketing or recommending to another person any transaction or matter addressed in this communication.
CONFIDENTIALITY NOTICE: The information contained in this email message and any attachments may be confidential and privileged, and exempt from disclosure under applicable law. This email message is intended only for the exclusive use of the person or entity to whom it is addressed. If you are not the intended recipient (or someone responsible for delivering this email message to the intended recipient), please be aware that any use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return email or by telephone and delete or destroy this email message and any attachments to it. Thank you.

9/23/2014