UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>　　　　　Defendants. | CASE NO. 5:14-cv-00087-EJD (HRL)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**<br><br>(Civil L.R. 11-5)<br><br>Date:　　　December 5, 2014<br>Time:　　　9:00 a.m.<br>Courtroom: 4, 5th Floor<br>　　　　　　280 South 1st Street<br>　　　　　　San Jose, CA  95113<br><br><u>Trial Date:</u>　None Set |

1  The Court having considered Zuber Lawler & Del Duca LLP's Notice of
2  Motion and Motion to Withdraw as Counsel for Defendants Simon Barber, and
3  Eduardo deCastro (the "Motion"), and the Memorandum of Points and Authorities
4  and the Declaration of Jeremy J. Gray in support of the Motion, and good cause
5  being shown;
6      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion
7  to Withdraw as Counsel for Simon Barber and Eduardo deCastro is GRANTED.
8
9  Dated: December ___, 2014
10
11
12                                          By: _____
13                                               HONORABLE HOWARD R. LLOYD
                                                 UNITED STATES DISTRICT JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 777 S. Figueroa Street, 37th Floor, Los Angeles, California 90017.

On September 24, 2014, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW** on the interested parties in this action as follows:

| | |
|---|---|
| Venkat Palasubramani<br>FOCAL PLLC<br>800 Fifth Avenue<br>Suite 4100<br>Seattle, WA 98104<br>Tel: 206-529-4827<br>Fax: 206-260-3966<br>E-mail: venkat@focallaw.com<br>Attorneys for Plaintiff PETE MORICI | Defendant Simon Barber<br>simon@hashfast.com<br><br><br><br><br><br><br>Defendant Eduardo deCastro<br>eduardo.decastro@gmail.com |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 24, 2014, at Los Angeles, California.

_/s/ Elena A. Swatek_
Elena A. Swatek