JEREMY J. GRAY (SBN 150075)
*jgray@zuberlaw.com*
ZUBER LAWLER & DEL DUCA LLP
777 S. Figueroa Street, 37th Floor
Los Angeles, California 90017
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendants Hasfast Technologies LLC, Hashfast LLC and Simon Barber

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>Defendants. | CASE NO. 5:14-cv-00087-EJD (HRL)<br><br>**PROOF OF SERVICE RE NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL AS TO SIMON BARBER** |

## Debbie J. Ellis

| | |
|---|---|
| **From:** | Debbie J. Ellis |
| **Sent:** | Thursday, September 25, 2014 1:51 PM |
| **To:** | 'simon@hashfast.com' |
| **Subject:** | Morici v. Hashfast Technologies LLC |
| **Attachments:** | 20140925 Notice of Motion and Motion to Withdraw As Counsel.PDF; 20140925 Declaration of JJG ISO ZLD's Motion to Withdraw.PDF; 20140925 Proposed Order Granting Motion to Withdraw.PDF |

Dear Mr. Barber:

Attached for your review and file is a notice of motion and motion to withdraw as counsel and supporting documents regarding the above-referenced matter.

Regards,

Debbie J. Ellis
Legal Assistant
**Zuber Lawler & Del Duca LLP**
777 S. Figueroa Street • 37th Floor • Los Angeles, California 90017
Phone: (213) 596-5620 • Fax: (213) 596-5621
dellis@zuberlaw.com
www.zuberlaw.com

IRS CIRCULAR 230 DISCLOSURE: Pursuant to compliance with requirements of the Internal Revenue Service, you are hereby informed that, to the extent any advice relating to a Federal tax issue is contained in this communication, or in any other communications from Zuber Lawler & Del Duca LLP not explicitly identified as a "covered opinion," including in any attachments to such communication/s, such advice was not written or intended to be used, and cannot be used, for the purpose of: (a) avoiding any tax related penalties that may be imposed on you or any other person under the Internal Revenue Code, or (b) promoting, marketing or recommending to another person any transaction or matter addressed in this communication. CONFIDENTIALITY NOTICE: The information contained in this email message and any attachments may be confidential and privileged, and exempt from disclosure under applicable law. This email message is intended only for the exclusive use of the person or entity to whom it is addressed. If you are not the intended recipient (or someone responsible for delivering this email message to the intended recipient), please be aware that any use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return email or by telephone and delete or destroy this email message and any attachments to it. Thank you.

## Debbie J. Ellis

| | |
|---|---|
| From: | MAILER-DAEMON@server519.appriver.com |
| To: | simon@hashfast.com |
| Sent: | Thursday, September 25, 2014 1:51 PM |
| Subject: | Delivered: Morici v. Hashfast Technologies LLC |

## Your message has been delivered to the following recipients:

simon@hashfast.com

Subject: Morici v. Hashfast Technologies LLC

1