JEREMY J. GRAY (SBN 150075)
jgray@zuberlaw.com
MICHAEL D. RESNICK (SBN 245215)
mresnick@zuberlaw.com
**ZUBER LAWLER & DEL DUCA LLP**
777 S. Figueroa Street, 37th Floor
Los Angeles, California 90017
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendants,
Hashfast Technologies LLC, Hashfast LLC,
Simon Barber, and Eduardo deCastro

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>  Defendants. | CASE NO. 5:14-cv-00087-EJD (HRL)<br><br>**SIMON BARBER AND EDUARDO DECASTRO'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) AND 9(b)**<br><br>**HEARING DATE:**<br><br>Date:   March 5, 2015<br>Time:   9:00 a.m.<br>Courtroom: 4, 5th Floor<br>    280 South 1st Street<br>    San Jose, CA  95113<br><br>*(Filed Concurrently herewith are: Memorandum of Points and Authorities; [Proposed] Order)* |

/ / /
/ / /
/ / /
/ / /
/ / /

**PLEASE TAKE NOTICE** that on March 5, 2015 at 9:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 4 of the above-entitled Court, located at 280 South 1st Street, San Jose, California 95113, the Honorable Edward J. Davila, United States District Court Judge, presiding, defendants Simon Barber and Eduardo deCastro (collectively referred to hereinafter as "Defendants") shall move under the provisions of Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure for an order:

(1) Dismissing plaintiff Pete Morici's ("Plaintiff") second claim for relief for Fraud against Defendants; and

(2) Dismissing Plaintiff's first, third and fourth claims for relief for Breach of Contract, Violation of Cal. Bus. & Prof. Code §§ 17200, et seq., and Declaratory Relief, respectively, against Defendants.

As set forth in the accompanying Memorandum of Points and Authorities, this Motion is made on the grounds that: (1) Plaintiff's second claim for relief for Fraud against Defendants fails to meet the federal pleading standards under Fed. R. Civ. P. 9(b), *Ashcraft v. Iqbal*, 129 S.Ct. 1937 (2009), *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and their progeny; and (2) Plaintiff's first, third and fourth claims for relief for Breach of Contract, Violations of Cal. Bus. & Prof. Code §§ 17200, et seq., and Declaratory Relief, respectively, against Defendants only allege facts as against HashFast Technologies LLC, a limited liability company formed under California law ("HashFast"), and plead absolutely no facts to indicate the existence of an alter-ego relationship between Defendants and HashFast.

///
///
///
///
///
///

1  This motion is based on this Notice of Motion and Motion, the attached
2  Memorandum of Points and Authorities, all of the records and papers on file in this
3  action, and upon such other and further argument and evidence as may be presented
4  to the Court at, or in connection, with the hearing on the motion.

6  Dated: October 27, 2014             Respectfully submitted:

                                       ZUBER LAWLER & DEL DUCA LLP
                                       JEREMY J. GRAY
                                       MICHAEL D. RESNICK


                                 By:   /s/ Jeremy J. Gray
                                       ─────────────────────────────
                                       Attorneys for Defendants,
                                       Hashfast Technologies LLC, Hashfast
                                       LLC, Simon Barber, and Eduardo deCastro

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 777 S. Figueroa Street, 37th Floor, Los Angeles, California 90017.

On October 27, 2014, I served true copies of the following document(s) described as **SIMON BARBER AND EDUARDO DECASTRO'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) AND 9(b)** on the interested parties in this action as follows:

Venkat Palasubramani
FOCAL PLLC
800 Fifth Avenue
Suite 4100
Seattle, WA 98104
Tel: 206-529-4827
Fax: 206-260-3966
Email: venkat@focallaw.com
Attorneys for Plaintiff PETE MORICI

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 27, 2014, at Los Angeles, California.

_/s/ Elena A. Swatek_
Elena A. Swatek

1975-1005 / 387767.1