# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>    Defendants. | CASE NO. 5:14-cv-00087-EJD (HRL)<br><br>**[PROPOSED] ORDER RE SIMON BARBER AND EDUARDO DECASTRO'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) AND 9(b)**<br><br>Date:         March 5, 2015<br>Time:        9:00 a.m.<br>Courtroom: 4, 5th Floor<br>                    280 South 1st Street<br>                    San Jose, CA  95113<br><br>*(Filed Concurrently herewith are: Notice of Motion and Motion; Memorandum of Points and Authorities)* |

The Court, having considered the Motion to Dismiss pursuant to Rules 12(b)(6) and 9(b) brought by defendants Simon Barber and Eduardo deCastro (collectively referred to hereinafter as "Defendants"), as well as the supporting and opposing memoranda filed by Defendants and plaintiff Pete Morici ("Plaintiff"), *and* all pleadings and papers on file in this case, and good cause appearing therefor,

hereby grants the Motion in its entirety on the following grounds:

(1) Plaintiff's second claim for relief for Fraud against Defendants fails to meet the federal pleading standards under Fed. R. Civ. P. 9(b), *Ashcraft v. Iqbal*, 129 S.Ct. 1937 (2009), *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and their progeny; and

(2) Plaintiff's first, third and fourth claims for relief for Breach of Contract, Violations of Cal. Bus. & Prof. Code §§ 17200, et seq., and Declaratory Relief, respectively, against Defendants only allege facts as against HashFast Technologies LLC, a limited liability company formed under California law ("HashFast"), and fail to plead facts to indicate the existence of an alter-ego relationship between Defendants and HashFast.

Therefore, (1) Plaintiff's second claim for relief for Fraud against Defendants is dismissed with prejudice; and (2) Plaintiff's first, third and fourth claims for relief for Breach of Contract, Violation of Cal. Bus. & Prof. Code §§ 17200, et seq., and Declaratory Relief, respectively, against Defendants are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____, 2015

By: _____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 777 S. Figueroa Street, 37th Floor, Los Angeles, California 90017.

On October 27, 2014, I served true copies of the following document(s) described as **[PROPOSED] ORDER RE SIMON BARBER AND EDUARDO DECASTRO'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) AND 9(b)** on the interested parties in this action as follows:

Venkat Palasubramani
FOCAL PLLC
800 Fifth Avenue
Suite 4100
Seattle, WA 98104
Tel: 206-529-4827
Fax: 206-260-3966
Email: venkat@focallaw.com
Attorneys for Plaintiff PETE MORICI

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 27, 2014, at Los Angeles, California.

/s/ Elena A. Swatek
Elena A. Swatek