1  JEREMY J. GRAY (SBN 150075)
     *jgray@zuberlaw.com*
2  MICHAEL D. RESNICK (SBN 245215)
     *mresnick@zuberlaw.com*
3  **ZUBER LAWLER & DEL DUCA LLP**
   777 S. Figueroa Street, 37th Floor
4  Los Angeles, California  90017
   Telephone: (213) 596-5620
5  Facsimile: (213) 596-5621

6  Attorneys for Defendants,
   Hashfast Technologies LLC, Hashfast LLC,
7  Simon Barber, and Eduardo deCastro

8  Venkat Balasubramani (SBN 189192)
     *venkat@focallaw.com*
9  **FOCAL PLLC**
   800 Fifth Ave, Suite 4100
10 Seattle, Washington  98104
   Telephone: (206) 529-4827
11 Facsimile: (206) 260-3966

12 Attorneys for Plaintiff,
   Pete Morici

13

14              **UNITED STATES DISTRICT COURT**

15   **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

16

17 PETE MORICI, an individual,            CASE NO. 5:14-cv-00087-EJD (HRL)

18              Plaintiff,

19         v.                             **JOINT STATUS CONFERENCE
                                          STATEMENT & JOINT REQUEST
20 HASHFAST TECHNOLOGIES LLC, a           TO TAKE THE NOVEMBER 21,
   California limited liability company,  2014 STATUS CONFERENCE OFF-
21 HASHFAST LLC, a Delaware limited       CALENDAR**
   liability company, SIMON BARBER,
22 an individual, and EDUARDO             **STATUS CONFERENCE DATE:**
   deCASTRO, an individual,
23                                        Date:          November 21, 2014
              Defendants.                 Time:          10:00 a.m.
24                                        Courtroom:  4, 5th Floor
                                                         280 South 1st Street
25                                                       San Jose, CA  95113

26  _____

27 / / /

   / / /
28

                                          1

## I.    JOINT STATEMENT

Plaintiff Pete Morici ("Plaintiff") and defendants Simon Barber and Eduardo deCastro (collectively the "Individual Defendants") (Plaintiff and the Individual Defendants are collectively referred to herein as the "Parties") respectfully submit the following joint statement regarding (i) the status of defendants HashFast Technologies LLC and HashFast LLC's bankruptcy proceeding; and (ii) the status of adversarial proceedings between the Parties.

Furthermore, the Parties respectfully request that the November 21, 2014 Status Conference be taken off calendar for the reasons set forth *infra*.

## II.    STATUS OF DEFENDANTS HASHFAST TECHNOLOGIES LLC & HASHFAST LLC'S BANKRUPTCY PROCEEDING

Defendants HashFast Technologies LLC and HashFast LLC are still active parties to the bankruptcy action filed in the United States Bankruptcy Court for the Northern District of California – San Francisco Division, Case No. 14-30725.

Accordingly, the instant Action is still stayed as to HashFast Technologies LLC and HashFast LLC pursuant to section 362 of the Bankruptcy Code (11 U.S.C. § 362).

## III.    STATUS OF ADVERSARIAL PROCEEDINGS BETWEEN THE PARTIES

Pursuant to Northern District of California Local Rule 11-5, Zuber Lawler & Del Duca LLP ("ZLD") filed a motion to withdraw as counsel for the Individual Defendants on September 25, 2014, on the grounds that the Individual Defendants have failed to make timely payment of ZLD's attorney's fees, and have repeatedly failed to return ZLD's phone calls and e-mails. **The hearing on ZLD's motion to withdraw as counsel for Messrs. Barber and deCastro will be heard on December 5, 2014**.  Plaintiff does not oppose ZLD's motion to withdraw.

On August 15, 2014, Plaintiff filed a motion for relief from stay with respect to the Individual Defendants only, which this Court granted on October 6, 2014.

1    Accordingly, this Court ordered the Individual Defendants to file an answer, or
2    otherwise respond to the operative Complaint, on or before October 27, 2014.

3         Although it has moved to withdraw as counsel for Messrs. Barber and
4    deCastro, ZLD timely filed the Individual Defendants' motion to dismiss pursuant to
5    rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure.  Plaintiff has filed
6    his opposition to the Individual Defendants' motion to dismiss, **which is set to be**
7    **heard by this Court on March 5, 2015**.

8    IV.   **JOINT REQUEST TO TAKE THE NOVEMBER 21, 2014 STATUS**
9          **CONFERENCE OFF-CALENDAR**

10        The Parties respectfully request that this Court take the November 21, 2014
11   Status Conference off calendar on the grounds that it is unnecessary for the
12   following reasons:

13        (i)   The bankruptcy stay in this Action is still in effect with respect to
14   defendants HashFast Technologies LLC and HashFast LLC;

15        (ii)   The hearing on ZLD's motion to withdraw as counsel for the Individual
16   Defendants is set for December 5, 2014; and

17   / / /
18   / / /
19   / / /
20   / / /
21   / / /
22   / / /
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

1     (iii)    The hearing on the Individual Defendants' motion to dismiss is set for
2   March 5, 2015.

3

4   Dated:  November 14, 2014                Respectfully submitted:

5
                                            **ZUBER LAWLER & DEL DUCA LLP**
6                                            JEREMY J. GRAY
7                                            MICHAEL D. RESNICK

8
                                   By:    _/s/ Jeremy J. Gray_
9
                                            Attorneys for Defendants,
10                                           Hashfast Technologies LLC, Hashfast
                                            LLC, Simon Barber, and Eduardo deCastro
11
12  Dated:  November 14, 2014                Respectfully submitted:

13
                                            **FOCAL PLLC**
14                                           Venkat Balasubramani

15
                                   By:    _/s/ Venkat Balasubramani_
16
                                            Attorneys for Plaintiff,
17                                           Pete Morici

18

19
    I, Venkat Balasubramani, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3),
20  that the concurrence to the filing of this document has been obtained from each
    signatory hereto.
21
                                            Venkat Balasubramani
22

23
                                   By:    _/s/ Venkat Balasubramani_
24
                                            Attorneys for Plaintiff,
25                                           Pete Morici

26

27

28

1

## <u>CERTIFICATE OF SERVICE</u>

2

I certify that I caused the foregoing Statement regarding Joint Status Conference to be filed via the Court's CM/ECF system which will provide notice via email to counsel for all parties.

3

Dated this 14th day of November, 2014

4

/s/ Venkat Balasubramani

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28