UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI,<br>        Plaintiff,<br>    v.<br>HASHFAST TECHNOLOGIES LLC, et al.,<br>        Defendants. | Case No. 5:14-cv-00087 EJD<br><br>**ORDER VACATING STATUS CONFERENCE** |

Having reviewed the joint statement filed on November 14, 2014 (Docket Item No. 36) and in light of the more recent developments in this action, the court has determined that a status conference is unnecessary at this time. Accordingly, the Status Conference scheduled for November 21, 2014, is VACATED.

**IT IS SO ORDERED.**

Dated: November 18, 2014

                                        EDWARD J. DAVILA
                                        United States District Judge