1  JEREMY J. GRAY (SBN 150075)
   *jgray@zuberlaw.com*
2  ZUBER LAWLER & DEL DUCA LLP
   777 S. Figueroa Street, 37th Floor
3  Los Angeles, California  90017
   Telephone: (213) 596-5620
4  Facsimile: (213) 596-5621

5  Attorneys for Defendants Hasfast Technologies LLC,
   Hashfast LLC and Simon Barber

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>Defendants. | CASE NO. 5:14-cv-00087-EJD (HRL)<br><br>**CERTIFICATE OF SERVICE OF ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** |

1975-1005 / 391516.1

1  Michael Resnick certifies and declares as follows:

2  I am over the age of 18 years and not a party to this action.

3  My business address is 777 S. Figueroa Street, 37th Floor, Los Angeles,
4  California 90017, which is located in the city, county and state where the mailing
5  took place.

6  On November 18, 2014, I caused the Order Granting Motion to Withdraw As
7  Counsel for Defendants dated November 18, 2014, attached hereto as Exh. 1 to be
8  sent from my e-mail address mresnick@zuberlaw.com to Eduardo DeCastro at
9  eduardo.decastro@gmail.com and Simon Barber at simon@barber.net., attached
10 hereto are Exhibits 2 and 3 indicating that the transmission was successful.

11 I declare under penalty of perjury under the laws of the United States of
12 America that the foregoing is true and correct.

13 Executed on December 3, 2014, at Los Angeles, California.

                                            /s/ Michael Resnick
                                            Michael Resnick