# EXHIBIT 1

Case 5:14-cv-00087-EJD   Document 39-1   Filed 12/03/14   Page 1 of 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, <br> Plaintiff, <br> v. <br> HASHFAST TECHNOLOGIES LLC, et al., <br> Defendants. | Case No.: 5:14-cv-00087 EJD <br><br> **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** <br><br> Re: Dkt. No. 27 |

Presently before the court is the motion of Zuber, Lawler & Del Duca, LLP ("ZLD") to withdraw as counsel for individual Defendants Simon Barber and Eduardo DeCastro ("Defendants").[1] See Docket Item No. 27. To date, the court has not received written opposition from Defendants, and the time for filing such opposition has passed. ZLD represents that Defendants have failed to make timely payments of attorney's fees and have failed to effectively communicate with ZLD. Accordingly, the court finds that good cause exists for the relief requested. The motion to withdraw as counsel is therefore GRANTED.

Pursuant to Civil Local Rule 11-5(b), ZLD shall remain as counsel of record for thirty (30) days from the date of this Order solely for the purposes of receiving and providing legal documents to Defendants unless another attorney appears prior to the expiration of that period.

---

[1] ZLD has not moved to withdraw as counsel for the corporate defendants, Hashfast Technologies LLC and Hashfast LLC.

Case No.: 5:14-cv-00087 EJD
ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

1  ZLD shall serve a copy of this order on Defendants and shall file a certification of service
2  demonstrating that such service has been completed.
3  Defendants are notified that should they not retain new counsel, it will be their
4  responsibility to defend this case. To that end, Defendants must comply with all deadlines that
5  may be imposed and must make arrangements to appear for any scheduled hearings. Failure to do
6  so may result in adverse consequences, including the entry of default judgment.
7  The hearing scheduled for December 5, 2014, is VACATED.

**IT IS SO ORDERED.**

Dated: November 18, 2014

EDWARD J. DAVILA
United States District Judge