# EXHIBIT 2

## Michael Resnick

| | |
|---|---|
| **From:** | MAILER-DAEMON@server519.appriver.com |
| **To:** | eduardo.decastro@gmail.com |
| **Sent:** | Tuesday, November 18, 2014 4:56 PM |
| **Subject:** | Delivered: Morici v. HashFast, et al. - Zuber Lawler & Del Duca LLP's Motion to Withdraw as Counsel GRANTED |

## Your message has been delivered to the following recipients:

eduardo.decastro@gmail.com

Subject: Morici v. HashFast, et al. - Zuber Lawler & Del Duca LLP's Motion to Withdraw as Counsel GRANTED