# EXHIBIT 3

## Michael Resnick

**From:** MAILER-DAEMON@server519.appriver.com
**To:** simon@barber.net
**Sent:** Tuesday, November 18, 2014 4:59 PM
**Subject:** Delivered: Morici v. HashFast, et al. - Zuber Lawler & Del Duca LLP's Motion to Withdraw as Counsel GRANTED

### Your message has been delivered to the following recipients:

simon@barber.net

Subject: Morici v. HashFast, et al. - Zuber Lawler & Del Duca LLP's Motion to Withdraw as Counsel GRANTED