Venkat Balasubramani (SBN 189192)
FOCAL PLLC
800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax:     (206) 260-3966
Email: venkat@focallaw.com
Attorneys for Plaintiff
PETE MORICI

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PETE MORICI, an individual, | Case No. 14-cv-00087-EJD |
| Plaintiff, | PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT |
| v. | |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual, | Case Management Conference Scheduled for: Dec. 12, 2014 |
| Defendants. | |

Pursuant to the Court's October 6th Order (Dkt. 29) and Civil Local Rule 16.9(a) which authorizes the parties to file separate case management conference statements where at least one party is unrepresented by counsel, Plaintiff Pete Morici ("Morici") submits the following Case Management Conference Statement:

**1. Jurisdiction and Service**: The Court has jurisdiction over the claims asserted in the complaint based on diversity jurisdiction. No issues exist regarding venue or service. However, the claims against the two entity defendants have been and are currently stayed due to bankruptcy proceedings. (See Dkts. 23 & 29.)

**2. Facts**: Morici placed his order for HashFast computers in August 2013, expecting that delivery would occur between October 20, 2013 and October 30, 2013 based on statements

made by defendants. Morici alleges that delivery had not occurred by November and he cancelled his order, requesting a refund of the Bitcoin he paid. Defendants dispute these allegations.

**3. Legal Issues**: The parties dispute the extent to which the statements made regarding Morici's purchases were materially misleading and whether the individual Defendants can be held liable for such statements.

**4. Motions**: Currently pending before the Court is a Motion to Dismiss filed by the individual Defendants (Dkt. 33). No other motions are anticipated at this time.

**5. Amendment of Pleadings**: Parties are not expected to be added. If the Court grants the individual Defendants' pending motion to dismiss, Morici expects to amend the Complaint. Plaintiff proposes February 15, 2015 as the deadline for pleading amendments.

**6. Evidence Preservation**: Counsel for Morici certifies that he has reviewed the Guidelines Relating to the Discovery of Electronically Stored Information ("ESI Guidelines"). The parties have not met and conferred pursuant to Fed. R. Civ. P. 26(f) regarding reasonable and proportionate steps taken to preserve evidence relevant to the issues reasonably evident in this action but expect to do so shortly.

**7. Disclosures**: Morici is transmitting his initial disclosures required by Fed. R. Civ. P. 26 concurrent with the filing of this report.

**8. Discovery**: The parties have not taken any discovery to date. Morici does not propose any limitations or modifications of the discovery rules. The parties have not discussed possible entry into a stipulated e-discovery order or a proposed discovery plan pursuant to Fed. R. Civ. P. 26(f).

**9. Class Actions**: There are no class allegations underlying the Complaint.

**10. Related Cases**: There are no related cases or proceedings pending before another judge of this court, or before another court or administrative body. The HashFast entities and individual defendants have been sued in two other federal lawsuits (Cypher Enterprises, LLC v. HashFast Technologies LLC et al., N.D. Tx., Case No. 4:14-cv-00243-A and Lindner v. HashFast

Technologies LLC et al., E.D. Tn. Case No. 14-cv-00218-TAV-CCS) and are expected to be a party to numerous other civil proceedings.

**11. Relief**: Morici seeks a refund of the Bitcoin paid (136.40479603 BTC) converted into US Dollars as of the date of his demand for a refund. He also seeks attorney's fees and other costs expended to date.

**12. Settlement and ADR**: The parties have been engaged in informal discussions regarding settlement. Mediation after the first round of discovery would likely be productive. Morici will be filing his ADR certification contemporaneously with the filing of this status report, and believes that non-binding mediation would be the most productive form of ADR.

**13. Consent to Magistrate Judge For All Purposes**: Morici does not consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment.

**14. Other References**: The case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15. Narrowing of Issues**: Morici is not aware of issues that can be narrowed by agreement or motion and has no suggestions to expedite the presentation of evidence at trial.

**16. Expedited Trial Procedure**: This is not the type of case that can be handled under the Expedited Trial Procedure of General Order No. 64 Attachment A.

**17. Scheduling**: Plaintiff propose the following dates for scheduling purposes:

| | |
|---|---|
| designation of experts: | July 15, 2015 |
| discovery cutoff: | September 30, 2015 |
| hearing of dispositive motions: | November 1, 2015 |
| pretrial conference: | December 1, 2015 |
| trial: | December 15, 2015 |

**18. Trial**: The case will be tried to a jury. The expected length of trial is 3 days.

**19. Disclosure of Non-party Interested Entities or Persons**: No party has filed a "Certification of Interested Entities or Persons" required by Civil Local Rule 3-15. Morici is filing one contemporaneous with the filing of this report and restates that there are no persons,

firms, partnerships, corporations (including parent corporations) or other entities known by the party that have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

**20. Professional Conduct**: Counsel for Morici has reviewed the Guidelines for Professional Conduct for the Northern District of California.

**21. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter**. Plaintiff is not aware of any other matters that may facilitate the just, speedy and inexpensive disposition of this matter

Dated: December 5, 2014    Respectfully submitted,

FOCAL PLLC

By: s/Venkat Balasubramani
Venkat Balasubramani (SBN 189192)

800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax: (206) 260-3966
Email: venkat@focallaw.com

*Attorneys for Plaintiff*
PETE MORICI

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Plaintiff's Case Management Conference Statement via the Court's cm/ecf system, and have also transmitted the same to defendants deCastro and Barber via email and their last known address on file.

Dated this 5th day of December, 2014.

              By: *s/Venkat Balasubramani*
              Venkat Balasubramani (SBN 189192)