Venkat Balasubramani (SBN 189192)
FOCAL PLLC
800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax:     (206) 260-3966
Email: venkat@focallaw.com
Attorneys for Plaintiff
PETE MORICI

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual, <br><br> Plaintiff, <br><br> v. <br><br> HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual, <br><br> Defendants. | Case No. 14-cv-00087-EJD <br><br> REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER <br><br> Judge: Edward J. Davila <br> Date: December 12, 2014 <br> Time: 10:00am <br> Courtroom: 4 |

Counsel for Plaintiff Pete Morici respectfully requests to appear telephonically at the Case Management Conference scheduled for December 12, 2014 at 10:00 AM.  Counsel's place of business is in Seattle, Washington.  Requiring a personal appearance at the Case Management Conference would cause Mr. Morici to incur substantial attorneys' fees and costs for the travel and appearance.  Counsel intended to make this request more than seven days before the Case Management Conference in accordance with Civil L.R. 16-10(a) but inadvertently failed to do so.

1 | DATED: December 8, 2014                    Respectfully submitted,

2 | **Focal PLLC**

3 | By: */s/Venkat Balasubramani*
4 | Venkat Balasubramani (SBN 189192)

5 | Attorney for Plaintiff

## ORDER

Pursuant to Local Civil L.R. 16-10(a), and with good cause appearing, counsel for Pete Morici may appear by telephone at the Case Management Conference scheduled for December 12, 2014 at 10:00 AM.

IT IS SO ORDERED.

DATED: _____, 2014.

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury of the laws of the United States and the State of California that he filed the foregoing **REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** using the Court's CM/ECF system which will provide ECF notice to counsel for all parties, and also provided copies to Eduardo deCastro and Simon Barber via email and U.S. Mail at their last known addresses on file:

| Eduardo deCastro | Simon Barber |
| --- | --- |
| 100 Bush Street, Suite 625 | 100 Bush Street, Suite 625 |
| San Francisco, CA 94104 | San Francisco, CA 94104 |
| eduardo.decastro@gmail.com | simon@barber.net |

DATED: December 8, 2014

*/s/Venkat Balasubramani*
Venkat Balasubramani (SBN 189192)