1  Venkat Balasubramani (SBN 189192)
2  FOCAL PLLC
   800 Fifth Ave, Suite 4100
3  Seattle, WA 98104
   Phone: (206) 529-4827
4  Fax:    (206) 260-3966
   Email: venkat@focallaw.com
5  Attorneys for Plaintiff
   PETE MORICI
6

7
                  UNITED STATES DISTRICT COURT
8               NORTHERN DISTRICT OF CALIFORNIA
                      SAN JOSE DIVISION
9

10  PETE MORICI, an individual,              Case No. 14-cv-00087-EJD

11              Plaintiff,
          v.                                 PLAINTIFF'S CERTIFICATE OF
12                                           INTERESTED PARTIES
   HASHFAST TECHNOLOGIES LLC, a
13  California limited liability company,
   HASHFAST LLC, a Delaware limited liability
14  company, SIMON BARBER, an individual,
   and EDUARDO deCASTRO, an individual,
15
                Defendants.
16

17        Pursuant to Local Rule 3-16 of the Northern District of California, Plaintiff Pete Morici

18  files his Certification of Interested Entities or Persons.

19        The undersigned certifies that the following listed persons, associations of persons, firms,

20  partnerships, corporations (including parent corporations) or other entities (i) have a financial

21  interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-

22  financial interest in that subject matter or in a party that could be substantially affected by the

23  outcome of this proceeding:

24        As of this date, Pete Morici is unaware of any person or entity with a financial or other

25  interest that could be substantially affected by the outcome of the proceeding, other than the

26  parties named in this action and those listed as creditors In Re: HashFast Technologies LLC,

27  Case 14-30725 (jointly administered with 14-30866).

PLAINTIFF'S CERTIFICATE OF INTERESTED              Case No. 14-cv-00087-EJD
PARTIES - 1

1    These representations are made to enable the Court to evaluate possible disqualification

2    or recusal.

3

4    DATED: December 8, 2014                    Respectfully submitted,

5                                               FOCAL PLLC

6                                               By: s/Venkat Balasubramani

7                                                   Venkat Balasubramani (SBN 189192)
                                                    800 Fifth Ave, Suite 4100
8                                                   Seattle, WA 98104
                                                    Phone: (206) 529-4827
9                                                   Fax: (206) 260-3966
                                                    Email: venkat@focallaw.com
10

11                                                  *Attorneys for Plaintiff*
                                                    PETE MORICI
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies under penalty of perjury of the laws of the United States and the State of California that she served the foregoing **PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES** on all counsel of record via the CM/ECF system, and on Eduardo deCastro and Simon Barber at their last known addresses:

Eduardo DeCastro
100 Bush St., Ste 625
San Francisco, CA 94104
Eduardo.decastro@gmail.com

Simon Barber
100 Bush St., Ste 625
San Francisco, CA 94104
Simon@barber.net

DATED: December 8, 2014

                                                     /s/ Venkat Balasubramani
                                                     Venkat Balasubramani
                                                     Focal PLLC