UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PETE MORICI,

          Plaintiff,

     v.

HASHFAST TECHNOLOGIES LLC, et al.,

          Defendants.

Case No.  5:14-cv-00087 EJD

**CASE MANAGEMENT ORDER**

This case is scheduled for a Case Management Conference on December 12, 2014.  Based on Plaintiff's separate Case Management Statement and proposed schedule, the court has determined an appearance is unnecessary at this time.  Accordingly, the Case Management Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the court adopts the statement of disputed factual and legal issues as set forth in Plaintiff's Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is February 15, 2015.  The parties are instructed to comply with Federal Rule of Civil Procedure 15 in seeking joinder of parties or amendments to the pleadings prior to expiration of the deadline.  Amendments sought after the deadline must comply with Federal Rule of Civil Procedure 16.

IT IS FURTHER ORDERED that the parties shall comply with the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED that the parties shall meet and confer further in order to reach an agreement on an ADR process within 10 days of the date of this Order. Within that same timeframe, the parties shall either (1) file the form entitled "Stipulation and (Proposed) order

Selecting ADR Process" if an agreement is reached, or (2) file the form entitled "Notice of Need for ADR Phone Conference.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cutoff | September 30, 2015 |
| Designation of Opening Experts with Reports | July 15, 2015 |
| Designation of Rebuttal Experts with Reports | August 14, 2015 |
| Expert Discovery Cutoff | September 30, 2015 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions | September 15, 2015 |
| Hearing on Anticipated Dispositive Motions | 9:00 a.m. on October 29, 2015 |
| Final Pretrial Conference | 11:00 a.m. on December 3, 2015 |
| Joint Final Pretrial Conference Statement, Motions in Limine and Exchange of Exhibits | November 19, 2015 |
| Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms | November 23, 2015 |
| Jury Selection[1] | 9:00 a.m. on December 8, 2015 |
| Jury Trial | December 8-9, 2015; December 11, 2015; December 15, 2015 |
| Jury Deliberations | December 16-18, 2015 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re Pretrial Preparation, a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of pretrial submissions.

---

[1]    Commencing January, 2015, trials will be held in full day sessions on Tuesdays, Wednesdays and Fridays, unless the Court specifies otherwise. On the date set for jury selection, counsel should be prepared to commence trial proceedings immediately after a jury is identified. The final trial schedule will be confirmed at the Final Pretrial Conference.

[2]    A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order re Pretrial Preparation."

Case No.: 5:14-cv-00087 EJD
CASE MANAGEMENT ORDER

United States District Court
Northern District of California

1      IT IS FURTHER ORDERED that Zuber, Lawler & Del Duca, LLP ("ZLD") shall serve a

2  copy of this order on Defendants Simon Barber and Eduardo DeCastro pursuant to the order filed

3  on November 18, 2014.  See Docket Item No. 37.

4      The court advises the parties that this is the final case schedule.  All parties are expected to

5  comply as directed above.  This schedule will not be amended further absent the presentation of

6  good cause necessitating such an amendment.

7      **IT IS SO ORDERED**.

8

9  Dated: December 8, 2014



10                                                  EDWARD J. DAVILA
                                                   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
Northern District of California

Case No.: 5:14-cv-00087 EJD
CASE MANAGEMENT ORDER