UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETE MORICI,

    Plaintiff,

v.

HASHFAST TECHNOLOGIES LLC, et al.,

    Defendants.

Case No. 5:14-cv-00087-EJD

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 12/9/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eduardo deCastro
NO MAILING ADDRESS ON FILE

Simon Barber
9 Ignacio Ave
San Francisco, CA 94124

Dated: 12/9/2014

Richard W. Wieking
Clerk, United States District Court

By: *Elizabeth C. Garcia*
Elizabeth Garcia, Deputy Clerk to the
Honorable EDWARD J. DAVILA