Simon Barber
9 Ignacio Ave,
San Francisco, CA 94124

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>Defendants. | CASE MANAGEMENT CONFERENCE STATEMENT ON BEHALF OF SIMON BARBER<br><br>FILED<br>DEC 08 2014<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

Pursuant to the Court's October 6th Order (Dkt. 29) and Civil Local Rule 16.9(a) which authorizes the parties to file separate case management conference statements where at least one party is unrepresented by counsel, Simon Barber ("Barber") submits the following Case Management Conference Statement.

I am not a lawyer, and no longer have representation in this case. I have had discussions with Venkat, and reviewed his case management statement. While I deny having done anything wrong, his discussions of the issues seems generally reasonable to me. His proposed schedule also looks reasonable.

Dated: December 8, 2014

Respectfully submitted,

By: _____
Simon Barber

DEFENDANT'S
CMC STATEMENT OF SIMON BARBER- 1

Case No. 14-cv-00087-EJD