1  Name: Simon Barber
2  Address: 9 Ignacio Ave
   San Francisco, CA 94124
3  Phone Number: 415 577 5523
4  E-mail Address: simon@barber.net
5  Pro Se

FILED
DEC 08 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

B/C

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| PETE MORICI<br><br>Plaintiff,<br><br>vs.<br><br>SIMON BARBER<br><br>Defendant. | Case Number: 14-cv-00087 EJD<br><br>**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**<br><br>Judge _____ |

   As the (~~Plaintiff~~/Defendant) **Defendant** in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

   ☑ A computer with internet access;
   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   ☑ A scanner to convert documents that are only in paper format into electronic files;
   ☑ A printer or copier to create to create required paper copies such as chambers copies;
   ☑ A word-processing program to create documents; and
   ☑ A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 12/8/2014          Signature: _____