1 | Name:_____
2 | Address:_____
3 | _____
4 | Phone Number:_____
5 | E-mail Address:_____
  | *Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|                              | )  Case Number: _____ |
|                              | )                                       |
|                              | )  **[PROPOSED] ORDER GRANTING**        |
|                              | )  **MOTION FOR PERMISSION FOR**        |
|         Plaintiff,           | )  **ELECTRONIC CASE FILING**           |
|                              | )                                       |
|  vs.                         | )  DATE:                                |
|                              | )  TIME:                                |
|                              | )  COURTROOM:                           |
|                              | )  JUDGE:                               |
|                              | )                                       |
|         Defendant.           | )                                       |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____        _____

United States District/Magistrate Judge