United States District Court
Northern District of California

1

2

3

4

5

6

7                                    UNITED STATES DISTRICT COURT

8                                  NORTHERN DISTRICT OF CALIFORNIA

9                                          SAN JOSE DIVISION

10

11    PETE MORICI,                                 Case No.  5:14-cv-00087 EJD

                      Plaintiff,
12                                                 **ORDER RE: SERVICE ADDRESS FOR
                                                   DEFENDANT EDUARDO DECASTRO**
          v.
13

14    HASHFAST TECHNOLOGIES LLC, et al.,

                      Defendants.
15

16          On or before **December 15, 2014**, the law firm of Zuber Lawler & Del Duca LLP shall file

17    a notice of the docket with provides a physical mailing address, other than an e-mail address, for

18    Defendant Eduardo DeCastro.

19

20          **IT IS SO ORDERED.**

21    Dated:  December 10, 2014

22    _____

23    EDWARD J. DAVILA
      United States District Judge

24

25

26

27

28
                                                   1
      Case No.: 5:14-cv-00087 EJD
      ORDER RE: SERVICE ADDRESS FOR DEFENDANT EDUARDO DECASTRO

1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    PETE MORICI,                              Case No.  5:14-cv-00087-EJD

             Plaintiff,

8
             v.
                                              **CERTIFICATE OF SERVICE**
9

10   HASHFAST TECHNOLOGIES LLC, et al.,

             Defendants.

11

12

13          I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
     District Court, Northern District of California.

14
            That on 12/10/2014, I SERVED a true and correct copy(ies) of the attached, by placing
15   said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
     depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
16   receptacle located in the Clerk's office.

17          Eduardo  deCastro
            NO MAILING ADDRESS ON FILE
18
            Simon  Barber
19          9 Ignacio Ave
            San Francisco, CA 94124
20

21   Dated: 12/10/2014

22

23                                            Richard W. Wieking
                                              Clerk, United States District Court
24

25

26   By:
                                              Elizabeth Garcia, Deputy Clerk to the
27                                            Honorable EDWARD J. DAVILA

28