1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| PETE MORICI, | Case Number:  5:14-cv-00087-EJD |
| | [PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING |
| Plaintiff, | |
| vs. | |
| HASHFAST TECHNOLOGIES LLC et al, | |
| Defendant. | |

9

10

11

12

13

14

15

16

17

The Court has considered the Motion for Permission for Electronic Case Filing.  Finding that good cause exists, the Motion is GRANTED.as to Simon Barber.

18

19

IT IS SO ORDERED.

20

DATED:  12/10/2014

21

22

Edward J. Davila
United States District/~~Magistrate~~ Judge

23

24

25

26

27

28