JEREMY J. GRAY (SBN 150075)
*jgray@zuberlaw.com*
MICHAEL D. RESNICK (SBN 245215)
*mresnick@zuberlaw.com*
**ZUBER LAWLER & DEL DUCA LLP**
777 S. Figueroa Street, 37th Floor
Los Angeles, California 90017
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendants,
Hashfast Technologies LLC, and Hashfast LLC,

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>Defendants. | CASE NO. 5:14-cv-00087-EJD (HRL)<br><br>**ZUBER LAWLER & DEL DUCA LLP'S RESPONSE TO COURT'S ORDER RE: SERVICE ADDRESS FOR DEFENDANT EDUARDO DECASTRO**<br><br>*(Filed Concurrently with Declaration of Michael D. Resnick)* |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1975-1005 / 394085.1

1

5:14-cv-00087-EJD (HRL)
ZUBER LAWLER & DEL DUCA LLP'S RESPONSE TO COURT'S ORDER
RE: SERVICE ADDRESS FOR DEFENDANT EDUARDO DECASTRO

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** Zuber Lawler & Del Duca LLP ("ZLD") hereby responds to this Court's December 10, 2014 order that ZLD provide a physical mailing address for defendant Eduardo deCastro ("deCastro"). ZLD respectfully submits that it is unable to determine deCastro's physical mailing address for the following reasons:

(1) When ZLD was initially retained by defendants Simon Barber ("Barber"), deCastro, Hashfast Technologies LLC and Hashfast LLC (collectively "Hashfast"), deCastro was employed by Hashfast and the physical mailing address provided to ZLD for deCastro was that of Hashfast's (Declaration of Michael D. Resnick, ¶ 3);

(2) The only method of communication between ZLD and deCastro has been by e-mail or telephone, and deCastro has never provided ZLD with his residential address (*Id.*, ¶ 4);

(3) deCastro no longer works for Hashfast and Hashfast's physical mailing address can no longer be utilized for him (*Id.*, ¶ 5);

(4) ZLD reached out to Barber to obtain deCastro's physical mailing address. *Id.*, ¶¶ 6-8, Ex. 1. Barber informed ZLD that:

    (i) Barber and deCastro no longer speak (*Id.*, ¶ 6);

    (ii) deCastro is "off radar" (*Id.*); and,

    (iii) Barber does not have deCastro's current physical address. *Id.*

(5) Barber has not provided *any* last known physical addresses for deCastro (*Id.*, ¶ 7-8, Ex. 1);

(6) ZLD reached out to deCastro's former bankruptcy counsel, Mr. Craig Stuppi, to obtain deCastro's physical mailing address. *Id.*, ¶ 9, Ex. 2. Mr. Stuppi informed ZLD that:

    (i) He too had always used Hashfast's physical address for deCastro (*Id.*, ¶ 10, Ex. 3);

1975-1005 394085.1

2

5:14-cv-00087-EJD (HRL)
ZUBER LAWLER & DEL DUCA LLP'S RESPONSE TO COURT'S ORDER
RE: SERVICE ADDRESS FOR DEFENDANT EDUARDO DECASTRO

1         (ii)    He has not heard from deCastro in "months" (*Id.*, ¶ 10, Ex. 3);

2         (iii)   deCastro has not answered Mr. Stuppi's calls or emails (*Id.*, ¶ 10, Ex. 3);

4         (iv)   He terminated all representation of deCastro "some months ago" (*Id.*, ¶ 10, Ex. 3); and,

6         (iv)   He has no further information regarding deCastro. *Id.*, ¶ 10, Ex. 3.

For the foregoing reasons, ZLD respectfully submits that it is unable to determine deCastro's physical mailing address.

Dated: December 15, 2014                     Respectfully submitted:

**ZUBER LAWLER & DEL DUCA LLP**
JEREMY J. GRAY
MICHAEL D. RESNICK

By:   */s/ Michael D. Resnick*
Attorneys for Defendants,
Hashfast Technologies LLC and Hashfast LLC

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 777 S. Figueroa Street, 37th Floor, Los Angeles, California 90017.

On December 15, 2014, I served true copies of the following document(s) described as **ZUBER LAWLER & DEL DUCA LLP'S RESPONSE TO COURT'S ORDER RE: SERVICE ADDRESS FOR DEFENDANT EDUARDO DECASTRO** on the interested parties in this action as follows:

| | |
|---|---|
| Venkat Palasubramani<br>FOCAL PLLC<br>800 Fifth Avenue<br>Suite 4100<br>Seattle, WA 98104<br>Tel: 206-529-4827<br>Fax: 206-260-3966<br>E-mail: venkat@focallaw.com<br>Attorneys for Plaintiff PETE MORICI | Defendant Simon Barber<br>simon@hashfast.com<br><br><br>Defendant Eduardo deCastro<br>eduardo.decastro@gmail.com |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 15, 2014, at Los Angeles, California.

_/s/ Elena A. Swatek_
Elena A. Swatek