1  JEREMY J. GRAY (SBN 150075)
     *jgray@zuberlaw.com*
2  MICHAEL D. RESNICK (SBN 245215)
     *mresnick@zuberlaw.com*
3  **ZUBER LAWLER & DEL DUCA LLP**
4  777 S. Figueroa Street, 37th Floor
   Los Angeles, California  90017
5  Telephone: (213) 596-5620
6  Facsimile: (213) 596-5621

7  Attorneys for Defendants,
8  Hashfast Technologies LLC and Hashfast LLC,

9

10

11

12               **UNITED STATES DISTRICT COURT**

13      **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

14

15  PETE MORICI, an individual,          CASE NO. 5:14-cv-00087-EJD (HRL)

16                                       **DECLARATION OF MICHAEL D.**
            Plaintiff,                   **RESNICK IN SUPPORT OF ZUBER**
17                                       **LAWLER & DEL DUCA LLP'S**
       v.                               **RESPONSE TO COURT'S ORDER**
18                                       **RE: SERVICE ADDRESS FOR**
                                         **DEFENDANT EDUARDO**
19  HASHFAST TECHNOLOGIES LLC, a         **DECASTRO**
    California limited liability company,
20  HASHFAST LLC, a Delaware limited
    liability company, SIMON BARBER,     *(Filed Concurrently with Response)*
21  an individual, and EDUARDO
    deCASTRO, an individual,
22
23          Defendants.
24
25  //
26  ///
27  ///
28

1975-1005 : 394096 1

DECLARATION OF MICHAEL D. RESNICK IN SUPPORT OF ZUBER LAWLER & DEL DUCA LLP'S
RESPONSE TO COURT'S ORDER RE: SERVICE ADDRESS FOR DEFENDANT EDUARDO DECASTRO

1

## DECLARATION OF MICHAEL D. RESNICK

2

3      I, Michael D. Resnick, declare as follows:

4      1.     I am an attorney duly admitted to practice before this Court.  I am an

5   associate with Zuber Lawler & Del Duca LLP ("ZLD"), attorneys of record for

6   defendants Hashfast Technologies LLC and Hashfast LLC, and former attorneys of

7   record for defendants Simon Barber and Eduardo deCastro.  I make this declaration of

8   my own personal knowledge, and, if called as witness I could, and would, testify

9   competently to the matters set forth herein.

10      2.     I make this declaration in support of ZLD's response to Court's order re:

11  service address for defendant Eduardo deCastro ("deCastro") in the above-captioned

12  action.

13      3.     When ZLD was initially retained by defendants Simon Barber ("Barber"),

14  deCastro, Hashfast Technologies LLC and Hashfast LLC (collectively "Hashfast"),

15  deCastro was employed by Hashfast and the physical mailing address provided to ZLD

16  for deCastro was that of Hashfast's.

17      4.     The only method of communication between ZLD and deCastro has been

18  by e-mail or telephone, and deCastro has never provided ZLD with his residential

19  address.

20      5.     deCastro no longer works for Hashfast and Hashfast's physical mailing

21  address can no longer be utilized for him.

22      6.     I reached out to Barber to obtain deCastro's physical mailing address.

23  Barber informed me that (i) Barber and deCastro no longer speak; (ii) deCastro is "off

24  radar"; and (iii) Barber does not have deCastro's current physical address.

25      7.     On December 10, 2014, I sent an email to Barber asking that Barber

26  provide me with deCastro's last known physical address.  Attached as Exhibit 1 is a

27

28

1975-1005 · 394096.1

2

2

DECLARATION OF MICHAEL D. RESNICK IN SUPPORT OF ZUBER LAWLER & DEL DUCA LLP'S
RESPONSE TO COURT'S ORDER RE: SERVICE ADDRESS FOR DEFENDANT EDUARDO DECASTRO

**EXHIBIT 1**

## Michael Resnick

**From:**   Michael Resnick
**Sent:**   Wednesday, December 10, 2014 6:43 PM
**To:**   'simon@barber.net'
**Subject:** Eduardo's Last Known Physical Address

Hello Simon,

Are you able to provide me with Eduardo's last known physical address?

Best Regards,

Michael Resnick, Esq.
**Zuber Lawler & Del Duca LLP**
777 S. Figueroa St. • 37th Floor • Los Angeles, California 90017
Phone: (213) 596-5620 • Fax: (213) 596-5621
mresnick@zuberlaw.com
www.zuberlaw.com

IRS CIRCULAR 230 DISCLOSURE: Pursuant to compliance with requirements of the Internal Revenue Service, you are hereby informed that, to the extent any advice relating to a Federal tax issue is contained in this communication, or in any other communications from Zuber Lawler & Del Duca LLP not explicitly identified as a "covered opinion," including in any attachments to such communication/s, such advice was not written or intended to be used, and cannot be used, for the purpose of: (a) avoiding any tax related penalties that may be imposed on you or any other person under the Internal Revenue Code, or (b) promoting, marketing or recommending to another person any transaction or matter addressed in this communication. CONFIDENTIALITY NOTICE: The information contained in this email message and any attachments may be confidential and privileged, and exempt from disclosure under applicable law. This email message is intended only for the exclusive use of the person or entity to whom it is addressed. If you are not the intended recipient (or someone responsible for delivering this email message to the intended recipient), please be aware that any use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return email or by telephone and delete or destroy this email message and any attachments to it. Thank you.

**EXHIBIT 2**

## Michael Resnick

| | |
|---|---|
| **From:** | Michael Resnick |
| **Sent:** | Monday, December 15, 2014 11:19 AM |
| **To:** | 'Craig Stuppi' |
| **Subject:** | Requeset for Eduardo deCastro's Last Known Address |

Craig,

Further to my voicemail message to you, our motion to withdraw as counsel of record for Simon Barber and Eduardo deCastro was granted however, the Court has ordered us to provide the last known address for Eduardo.

We never had Eduardo's address and his former partner, Simon, is not returning our calls. Since you recently represented Eduardo deCastro on bankruptcy matters, it would be *greatly* appreciated if you could shoot me the last known physical address for Mr. deCastro.

Please call me if you have any questions or concerns at my direct line: 213-596-5642.

All the best,

Michael Resnick, Esq.
**Zuber Lawler & Del Duca LLP**
777 S. Figueroa St. • 37th Floor • Los Angeles, California 90017
Phone: (213) 596-5620 • Fax: (213) 596-5621
mresnick@zuberlaw.com
www.zuberlaw.com

IRS CIRCULAR 230 DISCLOSURE: Pursuant to compliance with requirements of the Internal Revenue Service, you are hereby informed that, to the extent any advice relating to a Federal tax issue is contained in this communication, or in any other communications from Zuber Lawler & Del Duca LLP not explicitly identified as a "covered opinion," including in any attachments to such communication/s, such advice was not written or intended to be used, and cannot be used, for the purpose of: (a) avoiding any tax related penalties that may be imposed on you or any other person under the Internal Revenue Code, or (b) promoting, marketing or recommending to another person any transaction or matter addressed in this communication.
CONFIDENTIALITY NOTICE: The information contained in this email message and any attachments may be confidential and privileged, and exempt from disclosure under applicable law. This email message is intended only for the exclusive use of the person or entity to whom it is addressed. If you are not the intended recipient (or someone responsible for delivering this email message to the intended recipient), please be aware that any use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return email or by telephone and delete or destroy this email message and any attachments to it. Thank you.

**From:** Craig Stuppi [mailto:craig@stuppilaw.com]
**Sent:** Friday, September 19, 2014 4:12 PM
**To:** Elena A. Swatek; eduardo.decastro@gmail.com
**Cc:** Michael Resnick; Jeremy J. Gray; Sarah Stuppi
**Subject:** Re: Morici v. HashFast

12/15/2014

Jeremy,  Receipt of a copy of your letter is acknowledged.  As I told you a few weeks ago, we do not, and do not intend to represent Mr. deCastro with regard to the Morici Federal Court Action. Regards,  Craig

--

Craig Stuppi
Law Offices of Stuppi & Stuppi
1630 N. Main Street, #332
Walnut Creek, CA 94596
Mobile: (415) 786-4465
Facsimile: (925) 287-8113
craig@stuppilaw.com

This message may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message.

Circular 230 Notice:  Any tax advice given herein is not intended to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending any transaction or matter addressed herein.

From: "Elena A. Swatek" <ESwatek@zuberlaw.com>
Date: Friday, September 19, 2014 3:55 PM
To: "eduardo.decastro@gmail.com" <eduardo.decastro@gmail.com>
Cc: Craig Stuppi <craig@stuppilaw.com>, Michael Resnick <mresnick@zuberlaw.com>, "Jeremy J. Gray" <jgray@zuberlaw.com>
Subject: Morici v. HashFast

Attached please find the latest correspondence from Jeremy Gray.

Elena A. Swatek
Legal Assistant
**Zuber Lawler & Del Duca LLP**
777 South Figueroa Street • 37th Floor
Los Angeles, California 90017
Phone: (213) 596-5620 • Fax: (213) 596-5621
Eswatek@Zuberlaw.com
www.zuberlaw.com

IRS CIRCULAR 230 DISCLOSURE: Pursuant to compliance with requirements of the Internal Revenue Service, you are hereby informed that, to the extent any advice relating to a Federal tax issue is contained in this communication, or in any other communications from Zuber Lawler & Del Duca LLP not explicitly identified as a "covered opinion," including in any attachments to such communication/s, such advice was not written or intended to be used, and cannot be used, for the purpose of: (a) avoiding any tax related penalties that may be imposed on you or any other person under the Internal Revenue Code, or (b) promoting, marketing or recommending to another person any transaction or matter addressed in this communication.
CONFIDENTIALITY NOTICE: The information contained in this email message and any attachments may be confidential and privileged, and exempt from disclosure under applicable law. This email message is intended only for the exclusive use of the person or entity to whom it is addressed. If you are not the intended recipient (or someone responsible for delivering this email message to the intended recipient), please be aware that any use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return email or by telephone and delete or destroy this email message and any attachments to it. Thank you.

**EXHIBIT 3**

## Michael Resnick

**From:** Craig Stuppi [craig@stuppilaw.com]
**Sent:** Monday, December 15, 2014 11:28 AM
**To:** Michael Resnick
**Subject:** Re: Requeset for Eduardo deCastro's Last Known Address

Michael, I sent all communications by email or to the business address
. I have not heard from Eduardo for months, and he has not answered my calls or emails. We terminated all representation some months ago. I have no further information. Craig

Sent from my iPhone
Craig Stuppi
Law offices of Stuppi & Stuppi
Craig@stuppilaw.com
(415) 786-4465

On Dec 15, 2014, at 11:19 AM, Michael Resnick <mresnick@zuberlaw.com> wrote:

> Craig,
>
> Further to my voicemail message to you, our motion to withdraw as counsel of record for Simon Barber and Eduardo deCastro was granted however, the Court has ordered us to provide the last known address for Eduardo.
>
> We never had Eduardo's address and his former partner, Simon, is not returning our calls.  Since you recently represented Eduardo deCastro on bankruptcy matters, it would be *greatly* appreciated if you could shoot me the last known physical address for Mr. deCastro.
>
> Please call me if you have any questions or concerns at my direct line: 213-596-5642.
>
> All the best,
>
> Michael Resnick, Esq.
> **Zuber Lawler & Del Duca LLP**
> 777 S. Figueroa St. • 37th Floor • Los Angeles, California 90017
> Phone: (213) 596-5620 • Fax: (213) 596-5621
> mresnick@zuberlaw.com
> www.zuberlaw.com
> IRS CIRCULAR 230 DISCLOSURE: Pursuant to compliance with requirements of the Internal Revenue Service, you are hereby informed that, to the extent any advice relating to a Federal tax issue is contained in this communication, or in any other communications from Zuber Lawler & Del Duca LLP not explicitly identified as a "covered opinion," including in any attachments to such communication/s, such advice was not written or intended to be used, and cannot be used, for the purpose of: (a) avoiding any tax related penalties that may be imposed on you or any other person under the Internal Revenue Code, or (b) promoting, marketing or recommending to another person any transaction or matter addressed in this communication. CONFIDENTIALITY NOTICE: The information contained in this email message and any attachments may be confidential and

privileged, and exempt from disclosure under applicable law. This email message is intended only for the exclusive use of the person or entity to whom it is addressed. If you are not the intended recipient (or someone responsible for delivering this email message to the intended recipient), please be aware that any use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return email or by telephone and delete or destroy this email message and any attachments to it. Thank you.

---

**From:** Craig Stuppi [mailto:craig@stuppilaw.com]
**Sent:** Friday, September 19, 2014 4:12 PM
**To:** Elena A. Swatek; eduardo.decastro@gmail.com
**Cc:** Michael Resnick; Jeremy J. Gray; Sarah Stuppi
**Subject:** Re: Morici v. HashFast

Jeremy, Receipt of a copy of your letter is acknowledged. As I told you a few weeks ago, we do not, and do not intend to represent Mr. deCastro with regard to the Morici Federal Court Action. Regards, Craig

--
Craig Stuppi
Law Offices of Stuppi & Stuppi
1630 N. Main Street, #332
Walnut Creek, CA 94596
Mobile: (415) 786-4465
Facsimile: (925) 287-8113
craig@stuppilaw.com

This message may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message.

Circular 230 Notice: Any tax advice given herein is not intended to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending any transaction or matter addressed herein.

**From:** "Elena A. Swatek" <ESwatek@zuberlaw.com>
**Date:** Friday, September 19, 2014 3:55 PM
**To:** "eduardo.decastro@gmail.com" <eduardo.decastro@gmail.com>
**Cc:** Craig Stuppi <craig@stuppilaw.com>, Michael Resnick <mresnick@zuberlaw.com>, "Jeremy J. Gray" <jgray@zuberlaw.com>
**Subject:** Morici v. HashFast

Attached please find the latest correspondence from Jeremy Gray.

Elena A. Swatek
Legal Assistant
**Zuber Lawler & Del Duca LLP**
777 South Figueroa Street • 37th Floor
Los Angeles, California 90017
Phone: (213) 596-5620 • Fax: (213) 596-5621
Eswatek@Zuberlaw.com
www.zuberlaw.com

IRS CIRCULAR 230 DISCLOSURE: Pursuant to compliance with requirements of the Internal Revenue Service, you are hereby informed that, to the extent any advice relating to a Federal tax issue is contained in this communication, or in any other communications from Zuber Lawler & Del Duca LLP not explicitly identified as a "covered opinion," including in any attachments to such communication/s, such advice was not written or intended to be used, and cannot be used, for the purpose of: (a) avoiding any tax related penalties that may be imposed on you or any other person under the Internal Revenue Code, or (b) promoting, marketing or recommending to another person any transaction or matter addressed in this communication. CONFIDENTIALITY NOTICE: The information contained in this email message and any attachments may be confidential and privileged, and exempt from disclosure under applicable law. This email message is intended only for the exclusive use of the person or entity to whom it is addressed. If you are not the intended recipient (or someone responsible for delivering this email message to the intended recipient), please be aware that any use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return email or by telephone and delete or destroy this email message and any attachments to it. Thank you.

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California.  My business address is 777 S. Figueroa Street, 37th Floor, Los Angeles, California 90017.

On December 15, 2014, I served true copies of the following document(s) described as **DECLARATION OF MICHAEL D. RESNICK IN SUPPORT OF ZUBER LAWLER & DEL DUCA LLP'S RESPONSE TO COURT'S ORDER RE: SERVICE ADDRESS FOR DEFENDANT EDUARDO DECASTRO** on the interested parties in this action as follows:

| | |
|---|---|
| Venkat Palasubramani<br>FOCAL PLLC<br>800 Fifth Avenue<br>Suite 4100<br>Seattle, WA 98104<br>Tel: 206-529-4827<br>Fax: 206-260-3966<br>E-mail: venkat@focallaw.com<br>Attorneys for Plaintiff PETE MORICI | Defendant Simon Barber<br>simon@hashfast.com |
| | Defendant Eduardo deCastro<br>eduardo.decastro@gmail.com |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 15, 2014, at Los Angeles, California.

_/s/ Elena A. Swatek_
Elena A. Swatek

1975-1005 / 394096.1