Venkat Balasubramani (SBN 189192)
FOCAL PLLC
800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax:    (206) 260-3966
Email: venkat@focallaw.com
Attorneys for Plaintiff
PETE MORICI

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual, | Case No. 14-cv-00087-EJD |
| Plaintiff, | |
| v. | **STIPULATED REQUEST FOR ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT** |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual, | |
| Defendants. | |

At the ADR telephone conference on January 28, 2015, the parties agreed that a settlement conference with a magistrate judge would be most effective in trying to resolve the dispute. Therefore, the parties jointly request the Court to enter an Order referring the matter to a magistrate judge for settlement.  The undersigned counsel has obtained consent from each of the parties via email to file this Stipulation. A Proposed Order is attached for the Court's use.

Dated: February 6, 2015                    Respectfully submitted,

                                                   FOCAL PLLC

                                                   By: *s/Venkat Balasubramani*
                                                      Venkat Balasubramani, SBN 189192
                                                      Attorneys for Plaintiff
                                                      PETE MORICI

1
2   By: s/ Craig Pinedo
3        Craig Pinedo
         Pinedo Law
4        Attorney for Defendant
         SIMON BARBER
5
    By: [CONSENT]
6        Eduardo deCastro
         Defendant
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATED REQUEST FOR ADR REFERRAL                    Case No. 14-cv-00087-EJD
TO MAGISTRATE JUDGE - 2

## CERTIFICATE OF SERVICE

I certify that on February 6, 2015, I filed the foregoing **STIPULATED REQUEST FOR ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT** using the Court's CM/ECF system which will send notification of such filing to all counsel of record, as well as emailing a copy to Eduardo deCastro at educardo.decastro@gmail.com

DATED: February 6, 2015

*s/ Venkat Balasubramani*
Venkat Balasubramani, SBN 189192