| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual, | Case No. 5:14-cv-00087-EJD |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT** |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual, | |
| Defendants. | |

Pursuant to stipulated request of the parties, IT IS HEREBY ORDERED that this case is referred to Magistrate Judge for a settlement conference.

Dated: _____                    _____
                                           EDWARD J. DAVILA
                                           United States District Judge