# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>Plaintiff,<br>v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>Defendants. | Case No. 5:14-cv-00087-EJD<br><br>[PROPOSED] ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT |

Pursuant to stipulated request of the parties, IT IS HEREBY ORDERED that this case is referred to Magistrate Judge Howard R. Lloyd for settlement conference to occur within 90 days of the date this order is filed.

The parties shall contact Judge Lloyd's courtroom deputy to arrange a date for the conference.

Dated: February 10, 2015

EDWARD J. DAVILA
United States District Judge