CRAIG A. PINEDO (Cal. Bar No. 191337)
Email:  cpinedo@pinedolaw.com
PINEDOLAW
275 Battery Street, Suite 200
San Francisco, CA  94111
Telephone:    415-693-9155
Fax No.:         415-524-7564

Attorneys for Defendant SIMON BARBER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>               Plaintiff,<br><br>    v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>               Defendants. | Case No.  14-CV-00087-EJD<br><br>**STIPULATION [AND PROPOSED ORDER] EXTENDING TIME TO FILE REPLY BRIEF IN SUPPORT OF MOITON TO DISMISS**<br><br>Date:        March 5, 2015<br>Time:       9:00 a.m.<br>Courtroom: 4, 5th Floor<br>                   280 South 1st Street<br>                   San Jose, CA  95113 |

PINEDOLAW
425 California Street
19th Floor
San Francisco, CA  94104
415-693-9155

STIPULATION [AND PROPOSED ORDER] EXTENDING TIME TO FILE REPLY

Pursuant to L.R. 6-1(b), plaintiff Peter Morici ("plaintiff") and defendant Simon Barber ("Barber"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, on October 27, 2014, Barber and co-defendant Eduardo deCastro filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b) (Dkt. 34);

WHEREAS, plaintiff filed his opposition brief on November 10, 2014 (Dkt. 35);

WHEREAS, the original deadline for Barber to file his reply brief was November 17, 2014;

WHEREAS, on September 25, 2014, counsel for the defendants moved to withdraw based on a variety of reasons, including that defendant Hashfast stopped paying defense counsel's bills (Dkt. 27);

WHEREAS, the motion to withdraw was set for hearing on December 5, 2014, *i.e.*, more than two weeks *after* the deadline for Barber to file his reply brief, leaving Barber with the impression that his former counsel would prepare and file a reply brief on his behalf;

WHEREAS, Barber's former counsel did not file a reply brief before withdrawing;

WHEREAS, Barber retained new counsel on or about January 27, 2015;

WHEREAS, Barber's new counsel has prepared a reply brief and intends to file this brief concurrently with the filing of this stipulation; and

WHEREAS, at Barber's request, plaintiff does not object to the filing of Barber's reply brief concurrently with the filing of this Stipulation.

IT IS STIPULATED AND AGREED that Barber may, with the Court's permission, file his reply brief in support of his pending motion to dismiss by February 23, 2015.

SO STIPULATED.

PINEDOLAW
425 California Street
19th Floor
San Francisco, CA 94104
415-693-9155

1 | Dated: February 23, 2015               PINEDOLAW

3 |                                        /s/  Craig A. Pinedo
                                           CRAIG A. PINEDO

   |                                        Attorneys for Defendant SIMON BARBER

   | Dated: February 23, 2015               FOCAL PLLC

   |                                        /s/  Venkat Balasubramani
                                           VENKAT BALASUBRAMANI

   |                                        Attorneys for Plaintiff PETE MORICI

## CERTIFICATION

I, Craig A. Pinedo, am the ECF User whose identification and password are being used to file this Stipulation [and Proposed Order] Extending Time To File Reply Brief In Support of Motion to Dismiss. In compliance with General Order 45.X.B., I hereby attest that Venkat Balasubramani has concurred in this filing.

Executed on February 23, 2015, at San Francisco, California.

                                           /s/ Craig A. Pinedo

                                           Attorneys for Defendant
                                           SIMON BARBER

PINEDOLAW
425 California Street
19th Floor
San Francisco, CA  94104
415-693-9155

3.

STIPULATION [AND PROPOSED ORDER] EXTENDING TIME TO FILE REPLY

**ORDER**

Pursuant to the above Stipulation, IT IS HEREBY ORDERED that defendant Simon Barber may file a reply brief in support of his motion to dismiss by February 23, 2015.

SO ORDERED.

EDWARD J. DAVILA
United States District Judge

PINEDOLAW
425 California Street
19th Floor
San Francisco, CA 94104
415-693-9155

4.

STIPULATION [AND PROPOSED ORDER] EXTENDING TIME TO FILE REPLY