1  CRAIG A. PINEDO (Cal. Bar No. 191337)
   Email:  cpinedo@pinedolaw.com
2  PINEDOLAW
   275 Battery Street, Suite 200
3  San Francisco, CA  94111
   Telephone:    415-693-9155
4  Fax No.:       415-524-7564

5  Attorneys for Defendant SIMON BARBER

6

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12

13  PETE MORICI, an individual,              Case No.  14-CV-00087-EJD

                Plaintiff,                   **STIPULATION [AND PROPOSED
14                                           ORDER] EXTENDING TIME TO FILE
         v.                                  REPLY BRIEF IN SUPPORT OF MOITON
15                                           TO DISMISS**
    HASHFAST TECHNOLOGIES LLC, a
16  California limited liability company,    Date:       March 5, 2015
    HASHFAST LLC, a Delaware limited         Time:       9:00 a.m.
17  liability company, SIMON BARBER, an      Courtroom:  4, 5th Floor
    individual, and EDUARDO deCASTRO,                    280 South 1st Street
18  an individual,                                       San Jose, CA  95113

19              Defendants.

20

PINEDOLAW
425 California Street
19th Floor
San Francisco, CA  94104
415-693-9155

STIPULATION [AND PROPOSED ORDER] EXTENDING TIME TO FILE REPLY

Pursuant to L.R. 6-1(b), plaintiff Peter Morici ("plaintiff") and defendant Simon Barber ("Barber"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, on October 27, 2014, Barber and co-defendant Eduardo deCastro filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b) (Dkt. 34);

WHEREAS, plaintiff filed his opposition brief on November 10, 2014 (Dkt. 35);

WHEREAS, the original deadline for Barber to file his reply brief was November 17, 2014;

WHEREAS, on September 25, 2014, counsel for the defendants moved to withdraw based on a variety of reasons, including that defendant Hashfast stopped paying defense counsel's bills (Dkt. 27);

WHEREAS, the motion to withdraw was set for hearing on December 5, 2014, *i.e.*, more than two weeks *after* the deadline for Barber to file his reply brief, leaving Barber with the impression that his former counsel would prepare and file a reply brief on his behalf;

WHEREAS, Barber's former counsel did not file a reply brief before withdrawing;

WHEREAS, Barber retained new counsel on or about January 27, 2015;

WHEREAS, Barber's new counsel has prepared a reply brief and intends to file this brief concurrently with the filing of this stipulation; and

WHEREAS, at Barber's request, plaintiff does not object to the filing of Barber's reply brief concurrently with the filing of this Stipulation.

IT IS STIPULATED AND AGREED that Barber may, with the Court's permission, file his reply brief in support of his pending motion to dismiss by February 23, 2015.

SO STIPULATED.

PINEDOLAW
425 California Street
19th Floor
San Francisco, CA  94104
415-693-9155

2.

STIPULATION [AND PROPOSED ORDER] EXTENDING TIME TO FILE REPLY

Dated: February 23, 2015                                  PINEDOLAW


                                                          /s/ Craig A. Pinedo
                                                          CRAIG A. PINEDO

                                                          Attorneys for Defendant SIMON BARBER

Dated: February 23, 2015                                  FOCAL PLLC


                                                          /s/ Venkat Balasubramani
                                                          VENKAT BALASUBRAMANI

                                                          Attorneys for Plaintiff PETE MORICI


**CERTIFICATION**

I, Craig A. Pinedo, am the ECF User whose identification and password are being used to file this Stipulation [and Proposed Order] Extending Time To File Reply Brief In Support of Motion to Dismiss.  In compliance with General Order 45.X.B., I hereby attest that Venkat Balasubramani has concurred in this filing.

Executed on February 23, 2015, at San Francisco, California.


                                                          /s/ Craig A. Pinedo

                                                          Attorneys for Defendant
                                                          SIMON BARBER

PINEDOLAW
425 California Street
19th Floor
San Francisco, CA  94104
415-693-9155

3.

STIPULATION [AND PROPOSED ORDER] EXTENDING TIME TO FILE REPLY

**ORDER**

Pursuant to the above Stipulation, IT IS HEREBY ORDERED that defendant Simon Barber may file a reply brief in support of his motion to dismiss by February 23, 2015.

SO ORDERED.

DATED: 2/24/2015

                                                EDWARD J. DAVILA
United States District Judge

PINEDOLAW
425 California Street
19th Floor
San Francisco, CA 94104
415-693-9155

4.

STIPULATION [AND PROPOSED ORDER] EXTENDING TIME TO FILE REPLY