Venkat Balasubramani (SBN 189192)
**Focal PLLC**
800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax: (206) 260-3966
*venkat@focallaw.com*

Attorneys for Plaintiff
PETE MORICI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>              Plaintiff,<br>  v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>              Defendants. | Case No. 5:14-cv-00087-EJD<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS HEARING AND [PROPOSED] ORDER**<br><br>Judge:     Hon. Edward J. Davila<br>Date:      March 5, 2015<br>Time:     9:00 a.m.<br>Courtroom: 4, 5th Floor<br>                 280 South 1st Street<br>                 San Jose, CA 95113 |

      Counsel for Plaintiff Pete Morici ("Morici") respectfully requests permission to appear telephonically at the Motion to Dismiss Hearing scheduled for March 5, 2015 at 9:00 a.m. As Counsel for Plaintiff is located in Seattle, Washington, participation in the hearing by telephone would represent significant savings in travel time and expense.

DATED: February 26, 2015          Respectfully submitted,

                                          **Focal PLLC**

                                          By: */s/Venkat Balasubramani*
                                                Venkat Balasubramani (SBN 189192)

                                                Attorney for Plaintiff
                                                PETE MORICI

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that counsel for Pete Morici may appear by telephone at the Motion to Dismiss Hearing scheduled for March 5, 2015 at 9:00 a.m.

IT IS SO ORDERED.

DATED: _____, 2015.

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury of the laws of the United States and the State of California that he filed the foregoing **REQUEST TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS HEARING AND [PROPOSED] ORDER** using the Court's CM/ECF system which will provide ECF notice to counsel for all parties who have registered to receive notice of such filing.

A copy of this Motion has been sent via the last known address (email) to Defendant deCastro.

DATED: February 26, 2015

                                          */s/Venkat Balasubramani*
                                          Venkat Balasubramani (SBN 189192)