# Statement from Uniquify – confirming August tapeout and design targets

Posted on 07/18/2013 08/19/2013 by Simon Barber



July 18, 2013

Uniquify was founded in 2004 and to date has successfully taped-out well in excess of 100 ASIC and SoC designs for our customers.  These projects span many market segments including networking, specialized processors, communications, video, gaming, DSL, DTV, mobile processors, display processors, and image processing.  We are experienced in delivering chip designs at the latest 28nm process node with 8 tapeouts completed, several devices now in volume production and numerous additional projects underway in design. Underlying our design methodology is our Perseus design management system that allows us to consistently and repeatedly deliver successful designs on time that meet all performance specifications (more information regarding Perseus is available at www.uniquify.com).

Our project with HashFast is progressing very smoothly.  A key to the project has been the close partnering between HashFast's engineering team and our chip development team.  Working closely together on a daily basis we have been able to shorten the projected time to tapeout from an original estimate of 12 weeks to just 6 weeks – a 50% reduction.  Based on our past experience and the close working relationship with the HashFast team, we are very confident that the resulting chip will perform to specification.

Bob Smith

Senior VP Marketing & Business Development

Uniquify, Inc.

**EXHIBIT A**



This entry was posted in Development and tagged ASIC Deisgn, Partnerships, Uniquify. Bookmark the permalink.

**EXHIBIT A**