**cypherdoc**
Legendary
Activity: 1442

**Re: ▶▶▶HashFast Endorsement**
August 08, 2013, 11:24:43 PM                                    #7

> Quote from: HELP.org on August 08, 2013, 11:22:30 PM
> > Quote from: cypherdoc on August 08, 2013, 11:05:56 PM
> > > Quote from: HELP.org on August 08, 2013, 11:04:57 PM
> > > > If I can order via credit card I would order one.  The web site is a little unclear about payment methods but it looks like Bitcoin only.
> > >
> > > no, it uses BitPay which will convert your USD to BTC.
> > >
> > > the site isn't open yet but is due to be anytime now.  get ready.
> >
> > I would order if I could get the protection offered with a credit card purchase but it is not worth the risk to buy these things with bitcoins.

hang tight.  from what i understand, your BTC's are going to be guaranteed as well, though we all will want to hear it from the company itself as i am not a representative.

---

**Simon Barber**
Jr. Member
Activity: 56

**Re: ▶▶▶HashFast Endorsement**
August 08, 2013, 11:25:21 PM                                    #8

Yes - what cypherdoc says is true - we endorse this. Let's do this.

---

**ampu**
Full Member
Activity: 173

**Re: ▶▶▶HashFast Endorsement**
August 08, 2013, 11:28:59 PM                                    #9

> Quote from: Simon Barber on August 08, 2013, 11:25:21 PM
> Yes - what cypherdoc says is true - we endorse this. Let's do this.

Please add CC payments

**EXHIBIT D**