

# Baby Jet (nominal 400 Ghash/s)

$5,600

This is a special sale of the first engineering run. This sale will continue until we are sold out of a total of 550 units. Shipments begin October 20-30, in order of purchase.

## Introducing the Baby Jet

This mining unit contains one HashFast Golden Nonce (GN) 28nm ASIC chip that performs 400 Ghash/s at nominal clock speed and consumes significantly significantly less than 1.0 W/GH. It can be underclocked for greater efficiency and overclocked for greater performance. The chip has on-die thermal controls to allow operation at its absolute maximum performance. This equipment is solely intended for use in commercial environments.

503 in stock





**EXHIBIT E**