



**EXHIBIT H**