


It's -on-!

https://bitcointalk.org/index.php?topic=276827.msg2954679#msg2954679




Ignore

Certainly a lot more information regarding the GN chip.
Also about us, how we got here, the company, the Baby Jet, etc.

This is all info we've been meaning to get out for some time, but taping out a chip is an extremely intense process.
It's ending now - we'll be posting a lot more information, leading up to our tape-out this week.

Eduardo deCastro
Founder and CEO, HashFast

Everyone knows that bitfury has working hardware, but they taped out in March and are yet 1 month further delayed with their 100/200TH mine

https://picostocks.com/docs/index/19

How confident of shipping to customers are you if you have not taped out yet.

**HashFast**
Full Member

Activity: 154



Ignore

**Re: It's -on-!**
August 18, 2013, 01:43:04 AM #12

**Quote from: joshv06 on August 18, 2013, 01:34:50 AM**
> Does the expected ship date of late October still look achievable?

Yes. We are exactly on track.

-John

_HashFast Technologies_28 nm mining
Producer of High Performance ASICS
BabyJets & Sierras On Sale today!

**Satobit**
Member

Activity: 35

Ignore

**Re: It's -on-!**
August 18, 2013, 01:47:36 AM #13

**Quote from: HashFast on August 18, 2013, 01:40:38 AM**
> This is a view of the shop floor of our assembly house:



EXHIBIT J