# Countdown to Tapeout

Posted on 08/20/201308/22/2013 by Eduardo deCastro

As you know, for the past few weeks we've been working non-stop on our tapeout.

Needless to say, tapeout is an intense time – our design files that will be sent to the Fab are the product of man years of work towards the "Golden Nonce" chip. There can be no mistakes, and from that point on, the design enters into an highly regimented process that ultimately produces chips. The first chips will then be immediately tested, packaged and sent out to our customers.

The word 'tapeout' is a hold-over from the earliest days of ASIC design, when the "artwork" of the chips was literally made with PET film or 'tape', which was then photographed. Once the designers were happy with the way the photographs came out, they would literally remove the tape.

Eventually, the term evolved with the technology itself, amd referred to the magnetic reels of tape that were literally sent to the Fab. Today 'tapeout' might as well be called 'ftp out' as it refers to the process through which a complete ASIC design is sent to the Fab, along with documentation + payment. After that, design is over and fabrication begins.

Tapeouts today are a highly choreographed sequence of events. The first step is a "mock tapeout", also called the "dummy tapeout". We are well into this stage. Several days ago Uniquify sent our chip's design files + documents to the Fab on our behalf. This is a preamble to official tapeout, which includes a content check of all the documentation, and a review of the mask files by the Fab. The results of our mock tapeout are due back any minute now and so far it all looks good.

After a positive verification comes back from the Fab, the next step begins.

This entry was posted in Development. Bookmark the permalink.

**EXHIBIT K**