1  CRAIG A. PINEDO (Cal. Bar No. 191337)
   Email:  cpinedo@pinedolaw.com
2  PINEDOLAW
   275 Battery Street, Suite 200
3  San Francisco, CA  94111
   Telephone:    415-693-9155
4  Fax No.:       415-524-7564

5  Attorneys for Defendant SIMON BARBER

6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12

13  PETE MORICI, an individual,                    Case No.  14-CV-00087-EJD

              Plaintiff,                           **STIPULATION EXTENDING TIME TO**
14                                                 **RESPOND TO FIRST AMENDED**
                                                   **COMPLAINT**
15        v.

16  HASHFAST TECHNOLOGIES LLC, a
    California limited liability company,
17  HASHFAST LLC, a Delaware limited
    liability company, SIMON BARBER, an
18  individual, and EDUARDO deCASTRO,
    an individual,

19              Defendants.

20

21

22

23

24

25

26

27

28

PINEDOLAW
425 California Street
19th Floor
San Francisco, CA  94104
415-693-9155

STIPULATION EXTENDING TIME TO RESPOND TO FAC

1    Pursuant to L.R. 6-1(a), plaintiff Peter Morici ("plaintiff") and defendant Simon Barber

2  ("Barber"), by and through their respective counsel of record, stipulate as follows:

3    WHEREAS, on March 16, 2015, plaintiff filed a First Amended Complaint (FAC)

4  against defendants, including Barber (Dkt. 59);

5    WHEREAS, under Fed. R. Civ. P. 15(a)(3), Barber's deadline to respond to the FAC

6  would be March 30, 2015;

7    WHEREAS, Barber's counsel will be on a pre-paid family vacation the week of March

8  30, 2015;

9    WHEREAS, at Barber's request, plaintiff has agreed to extend the time for Barber to file

10  his response to the FAC to and including April 10, 2015.

11    IT IS STIPULATED AND AGREED that Barber may file his response to the FAC on

12  April 10, 2015.

13    SO STIPULATED.

14  Dated: March 27, 2015                    PINEDOLAW

15

16                                          /s/  Craig A. Pinedo
                                            CRAIG A. PINEDO
17

18                                          Attorneys for Defendant SIMON BARBER

19  Dated: March 27, 2015                    FOCAL PLLC

20

21                                          /s/  Venkat Balasubramani
                                            VENKAT BALASUBRAMANI
22                                          Attorneys for Plaintiff PETE MORICI

23

24

25

26

27

28

STIPULATION EXTENDING TIME TO RESPOND TO FAC

**CERTIFICATION**

I, Craig A. Pinedo, am the ECF User whose identification and password are being used to file this Stipulation Extending Time To Respond to First Amended Complaint.  In compliance with General Order 45.X.B., I hereby attest that Venkat Balasubramani has concurred in this filing.

Executed on March 27, 2015, at San Francisco, California.


                                    /s/ Craig A. Pinedo
                                    _____

                                    Attorneys for Defendant
                                    SIMON BARBER

PINEDOLAW
425 California Street
19th Floor
San Francisco, CA  94104
415-693-9155

3.

STIPULATION EXTENDING TIME TO RESPOND TO FAC