CRAIG A. PINEDO (Cal. Bar No. 191337)
Email:  cpinedo@pinedolaw.com
PINEDOLAW
275 Battery Street, Suite 200
San Francisco, CA  94111
Telephone:     415-693-9155
Fax No.:        415-524-7564

Attorneys for Defendant SIMON BARBER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| PETE MORICI, an individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>                    Defendants. | Case No.  14-CV-00087-EJD<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT SIMON BARBER'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:        July 30, 2015<br>Time:        9:00 a.m.<br>Courtroom: 4, 5th Floor<br>                280 South 1st Street<br>                San Jose, CA  95113 |

1    Defendant Simon Barber (Barber) respectfully requests the court to take judicial notice,

2    pursuant to Federal Rule of Evidence 201, of the contents of the documents identified below,

3    which are attached hereto as Exhibits A and B.

4    On a motion to dismiss, a court may consider documents incorporated by reference into

5    a complaint, as well as matters of judicial notice.  *See United States v. Ritchie*, 342 F.3d 903,

6    908 (9th Cir. 2003).  Plaintiff's First Amended Complaint (FAC) incorporates by reference and

7    relies upon a Statement of Work, dated July 1, 2013 (*see* FAC ¶¶ 25-27, 78, 79 and 84).

8    Likewise, his FAC references and relies upon "the applicable terms of purchase" and a

9    "terms and conditions" document he received in connection with his purchase of two BabyJets.

10   FAC ¶¶ 43, 46.

11   Based on the foregoing, Barber respectfully requests that the Court take judicial notice

12   of the following documents:

13   1.    A true and correct copy of excerpts from the Statement of Work referenced in the

14   FAC, attached hereto as Exhibit A.

15   2.    A true and correct copy of plaintiff's Order Confirmation and Terms of Sale

16   referenced in the FAC, attached hereto as Exhibit B.

17

18   Dated: April 10, 2015                          PINEDOLAW

19

20                                                  _____/s/  Craig A. Pinedo_____
                                                    CRAIG A. PINEDO
21
                                                    Attorneys for Defendant SIMON BARBER
22

23

24

25

26

27

28

PINEDOLAW
275 Battery Street
Suite 200
San Francisco, CA  94111
415-693-9155

2.

BARBER'S REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS FAC