# EXHIBIT A TO REQUEST FOR JUDICIAL NOTICE
# FILED UNDER SEAL