CRAIG A. PINEDO (Cal. Bar No. 191337)
Email: cpinedo@pinedolaw.com
PINEDOLAW
275 Battery Street, Suite 200
San Francisco, CA 94111
Telephone: 415-693-9155
Fax No.: 415-524-7564

Attorneys for Defendant SIMON BARBER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>        Defendants. | Case No. 14-CV-00087-EJD<br><br>**DEFENDANT SIMON BARBER'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL**<br><br>Date: July 30, 2015<br>Time: 9:00 a.m.<br>Courtroom: 4, 5th Floor<br>              280 South 1st Street<br>              San Jose, CA 95113 |

PINEDOLAW
425 California Street
19th Floor
San Francisco, CA 94104
415-693-9155

BARBER'S ADMINISTRATIVE MOTION TO SEAL

Pursuant to L.R. 7-11 and 79-5, defendant Simon Barber ("Barber") moves to file under seal Exhibit A of his Request for Judicial Notice In Support of Defendant Simon Barber's Motion to Dismiss First Amended Complaint (RJN), Dkt. 62-1, filed concurrently herewith.

The document at issue is an excerpt from a "Statement of Work" document identified and relied upon by plaintiff in paragraphs 25-27, 78-79, and 84 of his First Amended Complaint (FAC). Barber moves to seal Exhibit A to the RJN on the ground that the entire document has been designated "Confidential" by a third party, Uniquify, and the redacted portions contain highly-technical information concerning the design and production of the "G1" or "Golden Nonce" chip referenced in the FAC, as well as pricing information.

In counsel's experience litigating trade secrets and other types of disputes involving highly technical information, the information contained in Exhibit A is sealable under the criteria used by state and federal courts in California.

Based on the foregoing, Barber respectfully requests the Court order that Exhibit A to the RJN be sealed.

Dated: April 10, 2015                               PINEDOLAW


                                                    /s/ Craig A. Pinedo
                                                    CRAIG A. PINEDO

                                                    Attorneys for Defendant SIMON BARBER

PINEDOLAW
425 California Street
19th Floor
San Francisco, CA 94104
415-693-9155

2.
BARBER'S ADMINISTRATIVE MOTION TO SEAL