1  CRAIG A. PINEDO (Cal. Bar No. 191337)
   Email: cpinedo@pinedolaw.com
2  PINEDOLAW
   275 Battery Street, Suite 200
3  San Francisco, CA 94111
   Telephone:   415-693-9155
4  Fax No.:     415-524-7564

5  Attorneys for Defendant SIMON BARBER

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11

12

13 | PETE MORICI, an individual,            | Case No. 14-CV-00087-EJD
14 |             Plaintiff,                 | **DECLARATION OF CRAIG A. PINEDO IN SUPPORT OF DEFENDANT SIMON BARBER'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL**
15 |     v.                                 |
16 | HASHFAST TECHNOLOGIES LLC, a           | Date:       July 30, 2015
   | California limited liability company,  | Time:       9:00 a.m.
17 | HASHFAST LLC, a Delaware limited       | Courtroom:  4, 5th Floor
   | liability company, SIMON BARBER, an    |             280 South 1st Street
18 | individual, and EDUARDO deCASTRO,      |             San Jose, CA 95113
   | an individual,                         |
19 |             Defendants.                |

20

21

22

23

24

25

26

27

28

PINEDOLAW
425 California Street
19th Floor
San Francisco, CA 94104
415-693-9155

CAP DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL

I, Craig A. Pinedo, state and declare as follows:

1. I am an attorney with PinedoLaw, counsel of record for defendant Simon Barber in this action. I make this Declaration in support of Mr. Barber's motion to seal (Motion), filed concurrently herewith. I have record and/or personal knowledge of the matters stated herein and, if called to testify, could and would competently testify thereto.

2. The document at issue in this Motion is an excerpt from a "Statement of Work" document (SOW) identified and relied upon by plaintiff in paragraphs 25-27, 78-79, and 84 of his First Amended Complaint (FAC). The entire document has been designated "Confidential" by a third party, Uniquify, and contains highly-technical information concerning the design and production of the "G1" or "Golden Nonce" chip referenced in the FAC, as well as detailed pricing information.

3. I am informed and believe plaintiff's counsel already has an unredacted copy of the SOW document in his possession.

4. In my 17 years of experience litigating trade secrets disputes, the information contained in the SOW document is sealable under the criteria used by state and federal courts in California.

I declare under penalty of perjury under the laws of the United States of America that the above statements are true and correct.

Executed this 10th day of April, 2015, in San Francisco, California.

                                                         /s/ Craig A. Pinedo
                                                         CRAIG A. PINEDO

PINEDOLAW
425 California Street
19th Floor
San Francisco, CA 94104
415-693-9155

2.

CAP DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL