1  CRAIG A. PINEDO (Cal. Bar No. 191337)
   Email:  cpinedo@pinedolaw.com
2  PINEDOLAW
   275 Battery Street, Suite 200
3  San Francisco, CA  94111
   Telephone:    415-693-9155
4  Fax No.:      415-524-7564

5  Attorneys for Defendant SIMON BARBER

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11

12

13  PETE MORICI, an individual,              Case No.  14-CV-00087-EJD

14              Plaintiff,                   **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL**

15       v.

16  HASHFAST TECHNOLOGIES LLC, a
    California limited liability company,
17  HASHFAST LLC, a Delaware limited
    liability company, SIMON BARBER, an
18  individual, and EDUARDO deCASTRO,
    an individual,

19              Defendants.

20

21

22

23

24

25

26

27

28

PINEDOLAW
425 California Street
19th Floor
San Francisco, CA  94104
415-693-9155

[PROPOSED] ORDER GRANTING MOTION TO SEAL

PINEDOLAW
425 California Street
19th Floor
San Francisco, CA  94104
415-693-9155

1  Having reviewed defendant Simon Barber's Administrative Motion to File Document
2  Under Seal, and all papers submitted in support thereof, this Court finds the material at issue is
3  sealable and hereby orders as follows:

4  Exhibit A to Barber's Request for Judicial Notice In Support of Motion to Dismiss First
5  Amended Complaint (Dkt. 62-1) is hereby ordered sealed.

6  SO STIPULATED.

8  Dated: _____

                                                    _____
                                                           EDWARD J. DAVILA
                                                        United States District Judge