Venkat Balasubramani (SBN 189192)
FOCAL PLLC
800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax:     (206) 260-3966
Email: venkat@focallaw.com
Attorney for Plaintiff
PETE MORICI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>                    Plaintiff,<br>       v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>                    Defendants. | Case No. 5:14-cv-00087-EJD<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

Having reviewed Defendant Simon Barber's Administrative Motion to File Document Under Seal as well as Plaintiff Pete Morici's Opposition to Defendant Simon Barber's Administrative Motion to File Document Under Seal and all papers submitted in support thereof, this Court DENIES Defendant's request to file under seal and IT IS HEREBY ORDERED that the version of Exhibit A to Barber's Request for Judicial Notice In Support of Motion to Dismiss First Amended Complaint attached to Plaintiff's Opposition to Barber's Motion to Seal be filed as the operative Exhibit.

Dated: _____                                    _____

                                                                                    EDWARD J. DAVILA
                                                                                    United States District Judge

[PROPOSED] ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL - 1                                                                 Case No. 5:14-cv-00087-EJD