Venkat Balasubramani (SBN 189192)
FOCAL PLLC
800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax:     (206) 260-3966
Email: venkat@focallaw.com
Attorney for Plaintiff
PETE MORICI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual, | Case No. 5:14-cv-00087-EJD |
| Plaintiff,<br>v.<br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br>Defendants. | **DECLARATION OF VENKAT BALASUBRAMANI IN SUPPORT OF PLAINTIFF PETE MORICI'S OPPOSITION TO DEFENDANT SIMON BARBER'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

I, Venkat Balasubramani, declare as follows:

1. I make this declaration based on personal knowledge of facts about which I am competent to testify.

2. I am one of the lawyers for Pete Morici ("*Morici*"), the plaintiff in this case.

3. On April 10, 2015 Defendant Simon Barber ("*Barber*") filed a motion to file under seal Exhibit A of his Request for Judicial Notice In Support of Defendant Simon Barber's Motion to Dismiss First Amended Complaint, Dkt. 62-1. The document in question is a Statement of Work ("*SOW*") which outlines the schedule for design and production of the "G1" or "Golden Nonce" chip produced by non-party Uniquify, Inc. ("*Uniquify*"), on behalf of Defendant HashFast Technologies, Inc. ("*HashFast*"). Mr. Barber's filings do not reflect that he provided Uniquify

DECLARATION OF VENKAT BALASUBRAMANI IN SUPPORT OF PLAINTIFF PETE MORICI'S OPPOSITION TO DEFENDANT SIMON BARBER'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL - 1

Case No. 5:14-cv-00087-EJD

notice of his request to file the document under seal or gave Uniquify an opportunity to file a declaration setting forth its interest in filing the document under seal.

4. On April 14, 2015, I was party to an email exchange in which Nina Yablok, counsel for Uniquify, stated that making the production schedule timeline in the SOW public is acceptable to Uniquify. A true and correct copy of this email has been attached to this Declaration as **Exhibit A** and a copy of the redacted document (in the non-confidential form acceptable to Uniquify) is attached hereto as **Exhibit B.**

5. To date, Barber has not provided Plaintiff or the undersigned with a copy of the document which he seeks to file under seal, and consequently, Plaintiff has been unable to review the document to establish whether (a) it is the same Uniquify SOW that Plaintiff acquired through discovery or (b) if it does indeed contain trade secrets or other sealable material. To be sure, Uniquify produced documents to Plaintiff's counsel pursuant to a subpoena issued to it, but Plaintiff has no way of knowing what specific documents, or portion of documents, Barber intends to file as Exhibit A, and whether the document Barber intended to file is the same as the document produced by Uniquify in discovery.

I certify under penalty of perjury of the laws of the United States and the State of Washington that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of April, 2015, at Seattle, Washington.

*/s/ Venkat Balasubramani*
Venkat Balasubramani

DECLARATION OF VENKAT BALASUBRAMANI IN SUPPORT OF PLAINTIFF PETE MORICI'S OPPOSITION TO DEFENDANT SIMON BARBER'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL - 2

Case No. 5:14-cv-00087-EJD