

Jen Davis <jen@focallaw.com>

## Uniquify/HashFast - Redacted SOW

**Jen Davis** <jen@focallaw.com>   Tue, Apr 14, 2015 at 12:37 PM
To: nina@yablok.com
Cc: Venkat Balasubramani <venkat@focallaw.com>, Sean McChesney <sean@focallaw.com>

Nina,

I've attached a redacted version of the Uniquify/HashFast SOW. I want to confirm that this version addresses your concerns regarding confidentiality. Thanks again and I look forward to hearing from you.

Regards,

Jen


Jennifer Davis

Focal PLLC
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
Email: jen@focallaw.com
Phone: +1-913-547-2615


Confidentiality Notice: This email message may be protected by the attorney/client privilege, work product doctrine or other confidentiality protection principles. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, and then delete it

---

📄 **Uniquify - Tapeout_Engr_Wafers_Chronology (2)_redacted.pdf**
360K

**EXHIBIT A**



Jen Davis <jen@focallaw.com>

## Uniquify/HashFast - Redacted SOW

**nina@yablok.com** <nina@yablok.com>　　　　　　　　　　　　　　　　　Tue, Apr 14, 2015 at 2:04 PM
To: Jen Davis <jen@focallaw.com>

```
We're OK with this
```

## *Nina Yablok*

1313 N Milpitas Blvd. Ste. 139

Milpitas CA 95035

nina@yablok.com

408-955-9100

www.yablok.com


VERY SERIOUS NOTICE: This e-mail and any files transmitted with it are private and confidential and are solely for the use of the addressee. They may contain material which is confidential and/or legally privileged. Whether you know what "confidential and/or legally privileged" means or not, if you're not the addressee or the person responsible for delivering to the addressee, be advised that you have received this e-mail in error and that any use of it is strictly prohibited. Please notify the sender that you received this in error and then DELETE this message completely. What's more.
Circular 230 Notice: In accordance with IRS Circular 230, any US federal tax advice given in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Jen Davis [mailto:jen@focallaw.com]
**Sent:** Tuesday, April 14, 2015 12:38 PM
**To:** nina@yablok.com
**Cc:** Venkat Balasubramani; Sean McChesney
**Subject:** Uniquify/HashFast - Redacted SOW

[Quoted text hidden]

**EXHIBIT A**