Venkat Balasubramani (SBN 189192)
FOCAL PLLC
800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax:    (206) 260-3966
Email: venkat@focallaw.com
Attorney for Plaintiff
PETE MORICI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual, | Case No. 5:14-cv-00087-EJD |
| Plaintiff,<br>v.<br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br>Defendants. | **PLAINTIFF PETE MORICI'S REQUEST FOR DEFAULT AGAINST DEFENDANT EDUARDO deCASTRO** |

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT

Pursuant to FRCP 55(a), Plaintiff Pete Morici requests that the Clerk enter default against Defendant Eduardo deCastro based on his failure to answer or otherwise respond to the Amended Complaint filed on March 16, 2015 (Dkt 59).

This request is supported by the Declaration of Venkat Balasubramani filed concurrently with this document.  A proposed order is attached for the Court's use.

Dated and respectfully submitted, this 15 day of April, 2015

**Focal PLLC**

By: /s/ Venkat Balasubramani
Venkat Balasubramani (SBN 189192)
800 Fifth Ave, Suite 4100
Seattle, WA 98104

Phone: (206) 529-4827
Fax: (206) 260-3966
Email: venkat@focallaw.com

*Attorney for Plaintiff*
PETE MORICI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFF PETE MORICI'S REQUEST FOR DEFAULT                          Case No. 5:14-cv-00087-EJD
AGAINST DEFENDANT EDUARDO deCASTRO - 2

**CERTIFICATE OF SERVICE**

I certify that on April 15, 2015, I caused the foregoing PLAINTIFF PETE MORICI'S REQUEST FOR DEFAULT AGAINST DEFENDANT EDUARDO deCASTRO to be filed using the Court's CM/ECF system which will send notification of such filing to all counsel of record. I also caused a copy of the foregoing to be sent to Defendant Eduardo deCastro via US Mail at his last known address.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of April, 2015, at Seattle, Washington.

/s/ Venkat Balasubramani
Venkat Balasubramani