UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>            Plaintiff,<br>   v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>           Defendants. | Case No. 5:14-cv-00087-EJD<br><br>**[PROPOSED]<br>ENTRY OF DEFAULT AGAINST<br>DEFENDANT EDUARDO deCASTRO** |

     I, Richard W. Wieking, Clerk of Court of the United States District Court for the Northern District of California, do hereby certify that the defendant Eduardo deCastro has not filed an answer or otherwise moved with respect to the First Amended Complaint herein. The default of defendant Eduardo deCastro is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: this __ day of April, 2015

                                      RICHARD W. WIEKING, Clerk of Court

                                      By: _____