Venkat Balasubramani (SBN 189192)
FOCAL PLLC
800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax:    (206) 260-3966
Email: venkat@focallaw.com
Attorney for Plaintiff
PETE MORICI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>　　　　　　　Plaintiff,<br>　　　v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>　　　　　　　Defendants. | Case No. 5:14-cv-00087-EJD<br><br>**DECLARATION OF VENKAT BALASUBRAMANI IN SUPPORT OF MOTION FOR DEFAULT AGAINST EDUARDO deCASTRO** |

I, Venkat Balasubramani, declare as follows:

1. I am counsel to Plaintiff Pete Morici in this action.

2. Pursuant to the Court's order at Docket 58, Pete Morici filed his First Amended Complaint on March 16, 2015.

3. I caused the First Amended Complaint to be electronically served on Eduardo deCastro at his last known email address, which has been used to correspond with him regarding the case. (See Exhibit 1, attached hereto.)

4. I also caused the First Amended Complaint to be sent via Priority Mail to Mr. deCastro at the mailing address provided by him in email correspondence. (See Exhibit 2, attached hereto.)

5. deCastro has not answered or otherwise responded to the First Amended Complaint as of this date, and his response was due on April 6.

I certify and declare under the penalty of perjury of the laws of the United Syayes that to my knowledge the foregoing is true and correct.

Respectfully submitted, and dated this 15th day of April, 2015

/s/ Venkat Balasubramani
Venkat Balasubramani (SBN 189192)
800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax: (206) 260-3966
Email: venkat@focallaw.com

*Attorney for Plaintiff*
PETE MORICI