# Misty Elwood

| | |
|---|---|
| **From:** | Misty Elwood <misty@focallaw.com> |
| **Sent:** | Monday, March 16, 2015 5:01 PM |
| **To:** | Eduardo deCastro |
| **Cc:** | Venkat Balasubramani |
| **Subject:** | Morici v. Hash Fast, et al. 5:14-cv-00087-EJD |
| **Attachments:** | Morici - Amended Complaint - 031515 Focal - Final.pdf; Ex. L.pdf; Ex. A.pdf; Ex. B.pdf; Ex. C.pdf; Ex. D.pdf; Ex. E.pdf; Ex. F.pdf; Ex. G.pdf; Ex. H.pdf; Ex. I.pdf; Ex. J.pdf; Ex. K.pdf |

Mr. deCastro,

Please find attached the Amended Complaint filed today at Docket 59.


Misty Elwood
Legal Assistant
**focal** PLLC
c: (360) 984-7349
f: (206) 260-3966

1

**EXHIBIT 1**