## Misty Elwood

| | |
|---|---|
| **From:** | Eduardo deCastro <eduardo.decastro@gmail.com> |
| **Sent:** | Wednesday, February 11, 2015 12:39 PM |
| **To:** | Venkat Balasubramani |
| **Cc:** | Misty Elwood |
| **Subject:** | Re: Morici v. HashFast 5:14-cv-00087-HRL |

V,

I asked for paper copies.
As you may or may not know, that's not the same as acknowledging receipt.
However, I cant provide you legal advice.

Re: future correspodence, please address it to 2131 Folsom street, San Francisco.

Have a blast wasting people's time, best of luck racking up those billable hours, &
I look forward to meeting you in the Bay Area

Thanks!


E.



On Wed, Feb 11, 2015 at 11:21 AM, Venkat Balasubramani <venkat@focallaw.com> wrote:
> Mr. deCastro,
>
> Thanks for acknowledging receipt. Please provide the address where we should send the paper copies (prior court orders, which are attached, required you to do so).
>
> As for the remaining questions, we cannot provide you legal advice.
>
> Venkat
>
> **From:** Eduardo deCastro <eduardo.decastro@gmail.com>
> **Date:** Tuesday, February 10, 2015 at 5:33 PM
> **To:** Misty Elwood <misty@focallaw.com>
> **Cc:** Venkat Balasubramani <venkat@focallaw.com>
> **Subject:** Re: Morici v. HashFast 5:14-cv-00087-HRL
>
> Venkat,
>
> Please send paper copies.
>
> I'd also like to know:
>
> >  #1  Whether I am required or merely requested to produce any of this.
> >
> >  #2  If required I'd like to know who required it (i.e. what judge or court)

1

**EXHIBIT 2**

> Additionally, what the process is to have your request denied
>
> #3   What are the restrictions, if any, on my being fully open and transparent with this information.
> As you know, I'd like this process to be as clear, open and transparent as possible.
> Including transparently sharing all relevant information with the press and the public.

Thank you!

Eduardo

PD Finally, and just to carry on the tradition of being very clear with you, I'd like to re-iterate that it is my belief that:

> A - Your case is utterly without merit,
> B - You are wasting the time of folks who plenty to do aside from being bit player in your ambulance-chasing, and
> C - That the sole reason you are doing this is to increase the number of billable hours you can accumulate, in order to
> siphon money out of your client's pockets, and put in your own.

On Tue, Feb 10, 2015 at 5:03 PM, Misty Elwood <misty@focallaw.com> wrote:
> Mr. deCastro,
>
> Attached please find Plaintiff's First Set of Interrogatories and Requests for Production. Please confirm receipt of these requests and let us know if you'd like paper copies.
>
> Misty Elwood
> Legal Assistant
> **focal** PLLC
> c: (360) 984-7349
> f: (206) 260-3966

**EXHIBIT 2**

English     Customer Service     USPS Mobile     Register / Sign In

**USPS.COM**

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

**Tracking Number:** 9405503699300015367296

**On Time**
**Expected Delivery Day:** Saturday, March 21, 2015

## Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day™

**Extra Svc:**
USPS Tracking™

Up to $50 insurance included
Restrictions Apply

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 21, 2015 , 2:37 pm | **Delivered, In/At Mailbox** | SAN FRANCISCO, CA 94110 |
| | Your item was delivered in or at the mailbox at 2:37 pm on March 21, 2015 in SAN FRANCISCO, CA 94110. | |
| March 21, 2015 , 9:05 am | Out for Delivery | SAN FRANCISCO, CA 94103 |
| March 21, 2015 , 8:55 am | Sorting Complete | SAN FRANCISCO, CA 94103 |
| March 21, 2015 , 7:35 am | Arrived at Post Office | SAN FRANCISCO, CA 94103 |
| March 21, 2015 , 4:27 am | Arrived at USPS Facility | SAN FRANCISCO, CA 94188 |
| March 21, 2015 , 12:11 am | Arrived at USPS Facility | RICHMOND, CA 94804 |
| March 19, 2015 , 11:01 pm | Departed USPS Facility | PORTLAND, OR 97218 |
| March 19, 2015 , 10:55 pm | Arrived at USPS Facility | PORTLAND, OR 97218 |
| March 19, 2015 , 5:04 pm | Departed Post Office | CAMAS, WA 98607 |
| March 19, 2015 , 3:46 pm | Picked Up | CAMAS, WA 98607 |
| March 19, 2015 | Pre-Shipment Info Sent to USPS | |

## Available Actions

**Text Updates**

**Email Updates**

**Confirmation**

9405503699300015367296

Your request for all activity to-date will be processed within four hours. Any future activity will be processed whenever there is new delivery related event activity.

**Your confirmation will be sent to the following:**

misty@focallaw.com

## Track Another Package

**Tracking (or receipt) number**

[                                   ]  **Track It**

**EXHIBIT 2**