**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking                                                                 General Court Number
Clerk                                                                                       408.535.5363

April 17, 2015

RE:  CV 14-00087 EJD          PETE MORICI-v- HASHFAST TECHNOLOGIES LLC ET AL

Default is entered as to Eduardo DeCastro on *4/16/2015*.

RICHARD W. WIEKING, Clerk

by Cynthia Hernandez
Case Systems Administrator

NDC TR-4  Rev. 3/89