Venkat Balasubramani (SBN 189192)
FOCAL PLLC
800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax:    (206) 260-3966
Email: venkat@focallaw.com
Attorney for Plaintiff
PETE MORICI

DEFAULT ENTERED
04/16/15
RICHARD W. WIEKING, CLERK

By_____
       Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual, | Case No. 5:14-cv-00087-EJD |
| Plaintiff, | **PLAINTIFF PETE MORICI'S REQUEST FOR DEFAULT AGAINST DEFENDANT EDUARDO deCASTRO** |
| v. | |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual, | |
| Defendants. | |

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT

Pursuant to FRCP 55(a), Plaintiff Pete Morici requests that the Clerk enter default against Defendant Eduardo deCastro based on his failure to answer or otherwise respond to the Amended Complaint filed on March 16, 2015 (Dkt 59).

This request is supported by the Declaration of Venkat Balasubramani filed concurrently with this document. A proposed order is attached for the Court's use.

Dated and respectfully submitted, this 15 day of April, 2015

**Focal PLLC**

By: /s/ Venkat Balasubramani
Venkat Balasubramani (SBN 189192)
800 Fifth Ave, Suite 4100
Seattle, WA 98104

Phone: (206) 529-4827
Fax: (206) 260-3966
Email: venkat@focallaw.com

*Attorney for Plaintiff*
PETE MORICI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28