Venkat Balasubramani (SBN 189192)
FOCAL PLLC
800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax:    (206) 260-3966
Email: venkat@focallaw.com
Attorney for Plaintiff
PETE MORICI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>            Plaintiff,<br>  v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>            Defendants. | Case No. 5:14-cv-00087-EJD<br><br>**PLAINTIFF PETE MORICI'S STATEMENT OF NON-OPPOSITION TO DEFENDANT SIMON BARBER'S MOTION TO ADVANCE HEARING** |

Plaintiff Pete Morici hereby files this notice of non-opposition to the Motion to Advance Hearing (Dkt. 68) filed by Defendant Simon Barber ("*Barber*").

**Dated** this 20th day of April, 2015

                                        **Focal PLLC**
                                        By: /s/ Venkat Balasubramani
                                            Venkat Balasubramani (SBN 189192)
                                            800 Fifth Ave, Suite 4100
                                            Seattle, WA 98104
                                            Phone: (206) 529-4827
                                            Fax: (206) 260-3966
                                            Email: venkat@focallaw.com
                                            *Attorneys for Plaintiff*
                                            PETE MORICI

**CERTIFICATE OF SERVICE**

I certify that on April 20, 2015, I caused the foregoing **PLAINTIFF PETE MORICI'S NON-OPPOSITION TO DEFENDANT SIMON BARBER'S MOTION TO ADVANCE HEARING** to be filed using the Court's CM/ECF system which will send notification of such filing to all counsel of record. I also caused a copy of the foregoing to be sent to Defendant Eduardo deCastro via US Mail at his last known address.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 20th day of April, 2015, at Seattle, Washington.

/s/ Venkat Balasubramani
Venkat Balasubramani

PLAINTIFF PETE MORICI'S NON-OPPOSITION TO DEFENDANT SIMON BARBER'S MOTION TO ADVANCE HEARING - 2

Case No. 5:14-cv-00087-EJD