United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI,<br><br>  Plaintiff,<br><br>  v.<br><br>HASHFAST TECHNOLOGIES LLC, et al.,<br><br>  Defendants. | Case No. 5:14-cv-00087-EJD<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO SEAL**<br><br>Re: Dkt. No. 63 |

Presently before the court is Defendant Simon Barber's ("Defendant") administrative motion to file under seal the entirety of a document attached as Exhibit A to a Request for Judicial Notice filed on April 10, 2015 ("Exhibit A"). See Docket Item No. 63. Because Defendant has not articulated a sufficient compelling reason to seal the document in its entirety, the motion is DENIED WITHOUT PREJUDICE. See Kamakana v. City & Cnty. of Honolulu, 447 F.3d 1172, 1178-79 (9th Cir. 2006). Defendant may renew this motion on or before **April 28, 2015**, but in doing so must propose specific redactions to the document in a manner consistent with Civil Local Rule 79-5(d). Absent such a motion, Defendant is ordered to file Exhibit A on the public docket without restriction.

**IT IS SO ORDERED.**

Dated: April 21, 2015

_____
EDWARD J. DAVILA
United States District Judge

1
Case No.: 5:14-cv-00087-EJD
ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO SEAL