1  Venkat Balasubramani (SBN 189192)
   FOCAL PLLC
2  800 Fifth Ave, Suite 4100
   Seattle, WA 98104
3  Phone: (206) 529-4827
4  Fax:     (206) 260-3966
   Email: venkat@focallaw.com
5  Attorney for Plaintiff
   PETE MORICI
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11 | PETE MORICI, an individual, | Case No. 5:14-cv-00087-EJD
12 |            Plaintiff, |
   |   v. |
13 | | **STIPULATION AND [PROPOSED] ORDER ADJUSTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**
14 | HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual, |
15 | |
16 | |
17 |            Defendants. |

18

19                             **STIPULATION**

20  On April 10, 2015 Defendant Simon Barber ("Barber") filed Defendant Simon Barber's

21 Notice of Motion and Motion to Dismiss First Amended Complaint (the "Motion") (Dkt.61). Barber

22 then filed a Motion to Expedite Hearing on Motion to Dismiss First Amended Complaint (the

23 "Motion to Expedite") (Dkt.68) on April 15, 2015.  Plaintiff Pete Morici ("Morici") subsequently

24 filed Plaintiff Pete Morici's Statement of Non-Opposition to Defendant Simon Barber's Motion to

25 Advance Hearing (the "Statement") (Dkt.70) on April 20, 2015.  The Court ruled on the Motion to

26 Expedite on April 21, 2015 and ordered therein that Barber's Motion to Dismiss First Amended

27 Complaint shall be heard on June 4, 2015.

28

1  The parties, through undersigned counsel of record, conferred and agreed to stipulate to an extension of the deadline for Plaintiff's Opposition to Defendant's Motion to Dismiss to May 1, 2015 and the deadline for the Defendant's Reply to May 15, 2015. They respectfully request that the Court enter the proposed Stipulated Order to that effect.

STIPULATED this 22nd day of April 2015.

| By Plaintiff | By Defendant Simon Barber |
|---|---|
| **FOCAL PLLC** | **PINEDOLAW** |
| By: *s/ Venkat Balasubramani*<br>Venkat Balasubramani (CA Bar 189192)<br>800 Fifth Avenue, Suite 4100<br>Seattle, WA 98104<br>**Tel**:  206-529-4827<br>**Fax:**  206-260-3966<br>**Email**:  Venkat@focallaw.com<br>Attorneys for Plaintiff | By: *s/ Craig Pinedo*<br>Craig A. Pinedo, (CA Bar 191337)<br>275 Battery Street, Suite 200<br>San Francisco, CA  94111<br>**Tel**:  415-693-9155<br>Fax:  415-524-7564<br>Email:  cpinedo@pinedolaw.com<br>Attorneys for Defendant SIMON BARBER |

**[PROPOSED] ORDER**

Based upon the parties' stipulation, The Court hereby ORDERS that the briefing schedule for Defendant Barber's Motion to Dismiss (Dkt. 61) be adjusted as follows: (1) the deadline for Plaintiff's Opposition shall be May 1, 2015; and (2) the deadline for Barber's reply shall be May 15, 2015.

DATED this ___ day of April, 2015.

        HONORABLE EDWARD J. DAVILA
        United States District Judge