1  CRAIG A. PINEDO (Cal. Bar No. 191337)
   Email:  cpinedo@pinedolaw.com
2  PINEDOLAW
   275 Battery Street, Suite 200
3  San Francisco, CA  94111
   Telephone:    415-693-9155
4  Fax No.:      415-524-7564

5  Attorneys for Defendant SIMON BARBER

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

13  PETE MORICI, an individual,              Case No.  14-CV-00087-EJD

14                 Plaintiff,                **DEFENDANT SIMON BARBER'S RENEWED ADMINISTRATIVE MOTION TO FILE PORTIONS OF DOCUMENT UNDER SEAL**
15           v.

16  HASHFAST TECHNOLOGIES LLC, a
    California limited liability company,    Date:       June 4, 2015
17  HASHFAST LLC, a Delaware limited         Time:       9:00 a.m.
    liability company, SIMON BARBER, an      Courtroom:  4, 5th Floor
18  individual, and EDUARDO deCASTRO,                    280 South 1st Street
    an individual,                                       San Jose, CA  95113

19                 Defendants.

PINEDOLAW
425 California Street
19th Floor
San Francisco, CA  94104
415-693-9155

1   On April 10, 2015, defendant Simon Barber ("Barber") moved to file under seal Exhibit A to his Request for Judicial Notice In Support of Defendant Simon Barber's Motion to Dismiss First Amended Complaint.  Docket Item No. 63.  Exhibit A consisted of relevant excerpts (pages 1, 15 and 17) from a 17-page "Statement of Work" document identified and relied upon by plaintiff in his First Amended Complaint and which had been designated "Confidential" by a third party, Uniquify.  *See* Docket Item No. 62-1, filed herein on April 10, 2015.[1]

On April 21, 2015, the Court denied without prejudice the motion to seal ("Order"), but invited Barber to renew the motion and propose specific redactions to Exhibit A in a manner consistent with Rule 79-5(d).  Docket Item No. 71.

Barber has served a copy of its previous motion to seal and the Order on counsel for third party Uniquify.  Uniquify has requested that Barber renew his motion to seal, as follows:

Page 1 (title page):  no redactions

Page 15:  redacted in its entirety

Page 17 (signature page):  redact section 14.3 (pricing information)

As set forth in the accompanying declaration, and Uniquify's forthcoming declaration, pages 15 and 17 (section 14.3 only) contain pricing information for Uniquify's services related to the design and production the "G1" or "Golden Nonce" chip referenced in the FAC.  According to Uniquify, it has always kept its pricing information confidential and having its pricing information made public would severely impact its commercial interests.

Thus, in accordance with the Court's instructions, Barber hereby renews the motion to seal and respectfully requests the redactions to Exhibit A proposed above be filed under seal.

Dated: April 28, 2015                                        PINEDOLAW


                                                    /s/  Craig A. Pinedo
                                                CRAIG A. PINEDO

Attorneys for Defendant SIMON BARBER

---

[1] On April 10, 2015, Barber e-filed redacted and unredacted versions of Exhibit A, and served a chambers copy of the unredacted version of Exhibit A on the Court.  Docket Item 63.

PINEDOLAW
425 California Street
19th Floor
San Francisco, CA  94104
415-693-9155

2.

BARBER'S RENEWED ADMINISTRATIVE MOTION TO SEAL