CRAIG A. PINEDO (Cal. Bar No. 191337)
Email: cpinedo@pinedolaw.com
PINEDOLAW
275 Battery Street, Suite 200
San Francisco, CA 94111
Telephone: 415-693-9155
Fax No.: 415-524-7564

Attorneys for Defendant SIMON BARBER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>        Defendants. | Case No. 14-CV-00087-EJD<br><br>**DECLARATION OF CRAIG A. PINEDO IN SUPPORT OF DEFENDANT SIMON BARBER'S RENEWED ADMINISTRATIVE MOTION TO FILE PORTIONS OF DOCUMENT UNDER SEAL**<br><br>Date:      June 4, 2015<br>Time:     9:00 a.m.<br>Courtroom: 4, 5th Floor<br>                280 South 1st Street<br>                San Jose, CA 95113 |

PINEDOLAW
275 Battery Street
Suite 200
San Francisco, CA 94111
415-693-9155

CAP DECLARATION IN SUPPORT OF RENEWED ADMINISTRATIVE MOTION TO SEAL

I, Craig A. Pinedo, state and declare as follows:

1. I am an attorney with PinedoLaw, counsel of record for defendant Simon Barber in this action. I make this Declaration in support of Mr. Barber's renewed motion to seal (Motion), filed concurrently herewith. I have record and/or personal knowledge of the matters stated herein and, if called to testify, could and would competently testify thereto.

2. The document at issue in this Motion consists of relevant excerpts (pages 1, 15 and 17) from a 17-page "Statement of Work" document (SOW) identified and relied upon by plaintiff in paragraphs 25-27, 78-79, and 84 of his First Amended Complaint (FAC). All 17 pages of the SOW have been designated "Confidential" by a third party, Uniquify, as indicated by a "Confidential" stamp at the bottom of each page.

3. I have served a copy of Barber's previous motion to seal (Docket Item No. 63) and this Court's Order Denying Without Prejudice Defendant's Motion to Seal (Docket Item No. 71) on counsel for Uniquify, Nina Yablok, and conferred with Ms. Yablok regarding a renewed motion to seal. Uniquify's counsel has requested that Barber move to seal page 15 in its entirety and page 17 (section 14.3 only) of the Statement of Work. These excerpts contain pricing information that Uniquify has indicated it considers to be a trade secret, has always kept confidential, and the public disclosure of which would severely impact its commercial interests.

4. I am informed and believe that Uniquify intends to file a declaration setting forth additional facts in support of this motion to seal in accordance with Civil L.R. 79-5.

I declare under penalty of perjury under the laws of the United States of America that the above statements are true and correct.

Executed this 28th day of April, 2015, in San Francisco, California.

/s/ Craig A. Pinedo
CRAIG A. PINEDO

PINEDOLAW
275 Battery Street
Suite 200
San Francisco, CA 94111
415-693-9155

2.

CAP DECLARATION IN SUPPORT OF RENEWED ADMINISTRATIVE MOTION TO SEAL