CRAIG A. PINEDO (Cal. Bar No. 191337)
Email: cpinedo@pinedolaw.com
PINEDOLAW
275 Battery Street, Suite 200
San Francisco, CA 94111
Telephone: 415-693-9155
Fax No.: 415-524-7564

Attorneys for Defendant SIMON BARBER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>        Defendants. | Case No. 14-CV-00087-EJD<br><br>**[PROPOSED] ORDER GRANTING RENEWED ADMINISTRATIVE MOTION TO FILE PORTIONS OF DOCUMENT UNDER SEAL** |

PINEDOLAW
425 California Street
19th Floor
San Francisco, CA 94104
415-693-9155

[PROPOSED] ORDER GRANTING MOTION TO SEAL

1    Having reviewed defendant Simon Barber's Renewed Administrative Motion to File
2    Document Under Seal, and all papers submitted in support thereof, this Court finds the material
3    at issue is sealable and hereby orders as follows:
4    Page 15 (in its entirety) and page 17 (section 14.3 only) of Exhibit A to Barber's
5    Request for Judicial Notice In Support of Motion to Dismiss First Amended Complaint (Dkt.
6    62-1) is hereby ordered sealed.
7    SO ORDERED.

9    Dated: _____

11   _____
     EDWARD J. DAVILA
12   United States District Judge

PINEDOLAW
425 California Street
19th Floor
San Francisco, CA  94104
415-693-9155

2.

[PROPOSED] ORDER GRANTING MOTION TO SEAL