

# Hashfast Technologies LLC.

# Hashfast Technologies LLC.

### DFT & Physical Implementation

### Statement of Work (SOW) & Quotation

### For

### TSMC 28HPM

### ASIC Project: "G1" SHA256 ASIC Accelerator

Version: July 1, 2013
V8p1

Submitted by:

**Uniquify**

leading edge design services

Uniquify, Inc.
July 1, 2013

Confidential
SIGNATURE COPY
- CONFIDENTIAL -

Page 1 of 17

 **Hashfast Technologies LLC.**

## 10. Payment Schedule

### 10.1. ASIC Design and Manufacturing Services NRE



Uniquify, Inc.  
July 1, 2013  
Confidential  
SIGNATURE COPY  
- CONFIDENTIAL -  
Page 15 of 17


Uniquify
ideas2silicon

# Hashfast Technologies LLC.

## 14. Summary and Additional Terms & Conditions

**14.1.** Uniquify's ASIC NRE is based on the accuracy of the CUSTOMER-provided information in Sections 4 & 5. Should the CUSTOMER's actual design complexity or requirements change by more than 10% during the course of the Project's implementation, Uniquify reserves the option to reassess the Project's NRE and schedule accordingly.

**14.2.** The terms, schedules and prices contained in the SoC Manufacturing portion of the SOW are based on the specifications provided to Uniquify by CUSTOMER. Uniquify reserves the right to modify the terms, schedules and prices if the SoC specifications change prior to final tapeout and release to manufacturing. Any modifications will be made via an addendum to the SOW and signed by both parties.

[redacted]

**14.4.** Charges for failure analysis of reliability test failures are not included, and will be billed separately on a time and material basis.

**14.5.** This SOW is otherwise subject to the Terms & Conditions set forth in Company's and CUSTOMER's fully executed **Master Design, Manufacturing, Operations, and Services Agreement and amendments**.

CUSTOMER's employees are refrained from discussing any specifics or generalities of the Financial Incentives portions of this Agreement. All discussions with employees on incentives, whether for individuals or for the company will be strictly done through Uniquify management only.

| Hashfast Technologies LLC. | Uniquify, Inc. |
|---|---|
| By: [signature] | By: [signature] |
| Name: Simon Barber | Name: Robert P. Smith |
| Title: CTO | Title: SVP Marketing + Bus. Dev. |
| Date: ~~June 30th 2013~~ July 1st 2013  S.E.M.B. | Date: July 01 2013 |