1  CRAIG A. PINEDO (Cal. Bar No. 191337)
   Email: cpinedo@pinedolaw.com
2  PINEDOLAW
   275 Battery Street, Suite 200
3  San Francisco, CA 94111
   Telephone:   415-693-9155
4  Fax No.:     415-524-7564

5  Attorneys for Defendant SIMON BARBER

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual, | Case No. 14-CV-00087-EJD |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual, | |
| Defendants. | |

PINEDOLAW
425 California Street
19th Floor
San Francisco, CA 94104
415-693-9155

CERTIFICATE OF SERVICE

1  The undersigned hereby certifies that on April 28, 2015, I caused the following
2  documents to be served on counsel for the parties, unrepresented parties, and interested third
3  parties, as follows:

4  **DEFENDANT SIMON BARBER'S RENEWED ADMINISTRATIVE OTION TO**
5  **FILE PORTIONS OF DOCUMENT UNDER SEAL**

6  **DECLARATION OF CRAIG A. PINEDO IN SUPPORT OF DEFENDANT**
7  **SIMON BARBER'S RENEWED ADMINISTRATIVE MOTION TO FILE PORTIONS**
8  **OF DOCUMENT UNDER SEAL**

9  **[PROPOSED] ORDER GRANTING RENEWED ADMINISTRATIVE MOTION**
10 **TO FILE PORTIONS OF DOCUMENT UNDER SEAL**

11  I caused the foregoing documents to be filed via the CM/ECF system and served on
12  plaintiff's counsel, who has registered as an ECF user, via electronic notification.
13  I caused the foregoing documents to be sent from my email address
14  cpinedo@pinedolaw.com to defendant Eduardo deCastro at eduardo.decastro@gmail.com, and
15  third party Uniquify's counsel, Nina Yablok, at nina@yablok.com.
16  I declare under penalty of perjury under the laws of the United States of America that
17  the foregoing is true and correct.
18  Executed on April 28, 2015, at San Francisco, California.

21  /s/ Craig A. Pinedo
    CRAIG A. PINEDO

PINEDOLAW
425 California Street
19th Floor
San Francisco, CA 94104
415-693-9155

2.
CERTIFICATE OF SERVICE