Nina Yablok Cal Bar No 78658
1313 N Milpitas Blvd, Suite 139
Milpitas, CA 95035
408-955-9100
Email: nina@yablok.com

Attorney for non-party declarant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>         Plaintiff,<br>    v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>         Defendants. | Case No. 5:14-cv-00087-EJD<br><br>**CERTIFICATE OF SERVICE OF**<br><br>**DECLARATION OF ROBERT SMITH OF UNIQUIFY, INC. CONCERNING REDACTION OF EXHIBIT** |

The undersigned hereby certifies that on April 30, 2015, I caused the following documents to be served on counsel for the parties, unrepresented parties, and interested third parties, as follows:

**DECLARATION OF ROBERT SMITH OF UNIQUIFY, INC. CONCERNING REDACTION OF EXHIBIT**

I caused the foregoing documents to be filed via the CM/ECF system and served on plaintiff's and represented defendants' counsel, who have registered as an ECF users, via electronic notification.

I caused the foregoing documents to be sent from my email address, nina@yablok.com to

CERTIFICATE OF SERVICE - 1                                              Case No. 5:14-cv-00087-EJD

defendant Eduardo deCastro at eduardo.decastro@gmail.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 30, 2015, at Milpitas, California.

_____

Nina Yablok, Attorney for non-party, Uniquify