*E-Filed: May 1, 2015*

**NOT FOR CITATION**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI,<br><br>    Plaintiff,<br>v.<br><br>HASHFAST TECHNOLOGIES LLC; et al.,<br><br>    Defendants. | No. C14-00087 EJD<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT SETTLEMENT CONFERENCE** |

The parties have been referred to the undersigned for a settlement conference to occur by May 11, 2015. Plaintiff requests that he be allowed to attend telephonically. Although Plaintiff resides outside of the Northern District, he has not demonstrated that his attendance would constitute a severe, demonstrable hardship. Accordingly, his request is denied.

**IT IS SO ORDERED.**

Dated: May 1, 2015

                      HOWARD R. LLOYD
                      UNITED STATES MAGISTRATE JUDGE

1 **C14-00087 EJD Notice will be electronically mailed to:**

2 Craig A. Pinedo    cpinedo@pinedolaw.com

3 Jeremy James Frederick Gray    jgray@zuberlaw.com, dellis@zuberlaw.com, lmartinez@zuberlaw.com

4 Nina Yablok    nina@yablok.com

5 Venkat Balasubramani    venkat@focallaw.com, misty@focallaw.com

6
7 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

United States District Court
For the Northern District of California