# Doc A



## Hashfast Technologies LLC.

8.2. Tape-in and Tapeout Schedule: "G1"

| Physical Design Project Phase | Release Date | Estimated Completion Date |
|---|---|---|
| Project Start | 6/24/2013 | |
| Bronze Release INCLUDING ANALYSIS PHASE | 6/24/2013 | End of 7/31/2013 |
| Silver / Gold Release | 7/25/2013 [1] | End of 9/15/2013 |
| *Expedited Tapeout* | "G1" TAPEOUT | End of 9/15/2013 |

# Doc B

CUSTOMER's employees are refrained from discussing any specifics or generalities of the Financial Incentives portions of this Agreement. All discussions with employees on incentives, whether for individuals or for the company will be strictly done through Uniquify management only.

| Hashfast Technologies LLC. | Uniquify, Inc. |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Name: Simon Barber | Name: Robert P. Smith |
| Title: CTO | Title: SVP Marketing + Bus. Dev. |
| Date: ~~June 30th 2013~~ July 1st 2013  S.G.M.B. | Date: July 1, 2013 |

Uniquify, Inc.
July 1, 2013



Page 17 of 17

Doc D

## 12. HASHFAST PROJECT PLAN – EXPEDITED SCHEDULE

| HASHFAST PROJECT PLANNING<br>Effective date: 5/29/2013 | Engineering Lot / Hot Lot (typical) Schedule | | Super Hot Lot Schedule | | |
|---|---|---|---|---|---|
| Critical Path Events for First Samples - Full Mask Set - 28HPM 1P10M - 52 layers | Typical Days | Typical Sched Date | Typical Days | Typical Sched Date | Expedite Fees (notes) |
| Tape Out | 0 | 29-Aug-13 | 0 | 29-Aug-13 | |
| Fracture Data | 2 | 31-Aug-13 | 2 | 31-Aug-13 | |
| Job View | 2 | 2-Sep-13 | 1 | 1-Sep-13 | |
| First Masks Available / Lot Start | 6 | 8-Sep-13 | 6 | 7-Sep-13 | |
| FE Fab Cycle Time (27 layers) | 30 | 8-Oct-13 | 23 | 30-Sep-13 | ███ |
| Poly Step Delay for Engineering Lot | 5 | 13-Oct-13 | 5 | 5-Oct-13 | |
| BE Fab Cycle Time (25 layers) | 28 | 10-Nov-13 | 21 | 26-Oct-13 | ███ |
| Bump | 7 | 17-Nov-13 | 5 | 31-Oct-13 | |
| Lot Fab Out | 1 | 18-Nov-13 | 1 | 1-Nov-13 | |
| Shipping to Assembly Site | 3 | 21-Nov-13 | 1 | 2-Nov-13 | ███ |
| Assembly | 16 | 7-Dec-13 | 11 | 13-Nov-13 | ███ |
| Shipping to US | 3 | 10-Dec-13 | 1 | 14-Nov-13 | ███ |
| Samples at Customer | 0 | 10-Dec-13 | 0 | 14-Nov-13 | |
| Total (Days from Tape Out) | 103 | | 77 | | |



## Hashfast Technologies LLC.

### 14. Invoicing

Uniquify will submit invoices to:

| Contact name: | | |
|---|---|---|
| | Name: | Simon Barber |
| | Title: | CTO |
| | Phone: | 415-577-5523 |
| | email: | simon@hashfast.com |
| Bill to address: | CUSTOMER: | Hashfast Technologies LLC. |
| | Attn: | Accounts Payable |
| | Address: | 97 South Second Street #175 |
| | | San Jose, CA 95113 |
| | , or by hand to | |
| | | Stella Anita @ Uniquify offices. |

### 16. Summary and Additional Terms & Conditions

16.1.  This SOW II is subject to the terms and conditions set forth in the Master Design, Manufacturing, Operations, Services & Consulting Agreement (MDMOSA) dated April 9, 2013, as amended by the Addendum Master Design, Manufacturing, Operations, Services & Consulting Agreement (MDMOSA) dated June 29, 2013, entered into by and between Uniquify and CUSTOMER.

| Hashfast Technologies LLC | Uniquify, Inc. |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Name: EDUARDO F. DE CASTRO | Name: Robert P. Smith |
| Title: C.E.O. | Title: SVP MKT. + BUS. Dev. |
| Date: 9/11/2013 | Date: 9/11/2013 |

CONTINGENT UPON DELIVERY OF
DELIVERABLES AS SPECIFIED IN
SOW I AND MDMOSA
AS AMMENDED