Venkat Balasubramani (SBN 189192)
FOCAL PLLC
800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax:    (206) 260-3966
Email: venkat@focallaw.com
Attorney for Plaintiff
PETE MORICI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>             Plaintiff,<br>  v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>             Defendants. | Case No. 5:14-cv-00087-EJD<br><br>**PLAINTIFF PETE MORICI'S STATEMENT OF NON-OPPOSITION TO DEFENDANT SIMON BARBER'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

      Plaintiff Pete Morici ("*Morici*") respectfully submits this statement of non-opposition to Defendant Simon Barber's ("*Barber*") Administrative Motion to File a Document Under Seal. (Dkt. 63.) Morici reserves evidentiary and other objections to the document. Barber has not provided Morici with a copy of the document which he seeks to file under seal. Nevertheless, based on the declaration filed by Uniqify, Inc., Morici does not object.

**Dated** this 4th day of May, 2015

                              **Focal PLLC**
                          By: /s/ Venkat Balasubramani
                              Venkat Balasubramani (SBN 189192)
                              800 Fifth Ave, Suite 4100
                              Seattle, WA 98104
                              Phone: (206) 529-4827
                              Fax: (206) 260-3966

Email: venkat@focallaw.com
*Attorneys for Plaintiff*
PETE MORICI

**CERTIFICATE OF SERVICE**

I certify that on May 4, 2015, I caused the foregoing **PLAINTIFF PETE MORICI'S STATEMENT OF NON-OPPOSITION TO DEFENDANT SIMON BARBER'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** to be filed using the Court's CM/ECF system which will send notification of such filing to all counsel of record. I also caused a copy of the foregoing to be sent to Defendant Eduardo deCastro via US Mail at his last known address.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 4th day of May, 2015, at Seattle, Washington.

/s/ Venkat Balasubramani
Venkat Balasubramani