Venkat Balasubramani (SBN 189192)
FOCAL PLLC
800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax:    (206) 260-3966
Email: venkat@focallaw.com
Attorney for Plaintiff
PETE MORICI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>         Plaintiff,<br>   v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>         Defendants. | Case No. 5:14-cv-00087-EJD<br><br>**CERTIFICATE OF SERVICE** |

I certify that on May 4, 2015, I caused Plaintiff Pete Morici's Opposition to Defendant Simon Barber's Motion to Dismiss First Amended Complaint and Declaration of Robert Smith in support thereof [Dockets 80 and 81, respectively] to be filed using the Court's CM/ECF system which will send notification of such filing to all counsel of record.  I also caused a copy of the foregoing to be sent to Defendant Eduardo deCastro via US Mail and email his last known addresses.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

//

//

| | | |
|---|---|---|
| Dated: May 1, 2015 | | Respectfully submitted, |
| | | FOCAL PLLC |
| | | |
| | | By: *s/Venkat Balasubramani* |
| | | Venkat Balasubramani, SBN 189192 |
| | | |
| | | Attorneys for Plaintiff |
| | | PETE MORICI |