1  CRAIG A. PINEDO (Cal. Bar No. 191337)
   Email:  cpinedo@pinedolaw.com
2  PINEDOLAW
   275 Battery Street, Suite 200
3  San Francisco, CA  94111
   Telephone:    415-693-9155
4  Fax No.:       415-524-7564

5  Attorneys for Defendant SIMON BARBER

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

13  PETE MORICI, an individual,        Case No.  14-CV-00087-EJD

14              Plaintiff,              **[PROPOSED]** ORDER GRANTING
                                        **RENEWED ADMINISTRATIVE MOTION**
15       v.                             **TO FILE PORTIONS OF DOCUMENT**
                                        **UNDER SEAL**
16  HASHFAST TECHNOLOGIES LLC, a
    California limited liability company,
17  HASHFAST LLC, a Delaware limited
    liability company, SIMON BARBER, an
18  individual, and EDUARDO deCASTRO,
    an individual,
19
                Defendants.

PINEDOLAW
425 California Street
19th Floor
San Francisco, CA  94104
415-693-9155

[PROPOSED] ORDER GRANTING MOTION TO SEAL

1    Having reviewed defendant Simon Barber's Renewed Administrative Motion to File
2  Document Under Seal, and all papers submitted in support thereof, this Court finds the material
3  at issue is sealable and hereby orders as follows:
4    Page 15 (in its entirety) and page 17 (section 14.3 only) of Exhibit A to Barber's
5  Request for Judicial Notice In Support of Motion to Dismiss First Amended Complaint (Dkt.
6  62-1) is hereby ordered sealed.
7    SO ORDERED.

Dated: May 5, 2015

_____
EDWARD J. DAVILA
United States District Judge

PINEDOLAW
425 California Street
19th Floor
San Francisco, CA 94104
415-693-9155

2.
[PROPOSED] ORDER GRANTING MOTION TO SEAL