Venkat Balasubramani (SBN 189192)
FOCAL PLLC
800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax:    (206) 260-3966
Email: venkat@focallaw.com
Attorneys for Plaintiff
PETE MORICI

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PETE MORICI, an individual,<br><br>              Plaintiff,<br>    v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>              Defendants. | Case No. 14-cv-00087-EJD<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING DEADLINE FOR SETTLEMENT CONFERENCE** |

On February 10, 2015 the Court entered an Order (Dkt. 53) granting the parties' stipulated request to refer this case to a Magistrate judge for settlement. The Court set May 11, 2015 as the deadline for this conference to take place. The parties believe that this conference will be most productive if it takes place forty five (45) days from now. Therefore, the parties jointly request the Court to enter an Order extending the deadline for the joint settlement conference before the Magistrate judge for a period of forty-five (45) days, from May 11, 2015 to June 25, 2015.  The undersigned counsel has obtained consent from each of the parties listed below to file this Stipulation. (Defendant Eduardo deCastro is in default.) A Proposed Order is attached for the Court's use.

Dated: May 6, 2015 Respectfully submitted,

FOR PLAINTIFF PETE MORICI

By: *s/Venkat Balasubramani*
　　Venkat Balasubramani, SBN 189192
　　FOCAL PLLC
　　Attorneys for Plaintiff
　　PETE MORICI

FOR SIMON BARBER

By: s/ Craig Pinedo
　　Craig Pinedo
　　Pinedo Law
　　Attorney for Defendant
　　SIMON BARBER

　　I, Venkat Balasubramani, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

FOCAL PLLC

By: *s/ Venkat Balasubramani*
　　Venkat Balasubramani (SBN 189192)

　　Attorneys for Plaintiff

## **[PROPOSED] ORDER**

Pursuant to stipulated request of the parties, IT IS HEREBY ORDERED that the deadline for the parties to appear before a Magistrate judge for settlement conference has been extended for a period of forty-five (45) days from May 11, 2015 to June 25, 2015.

Dated: _____                   _____
                                          EDWARD J. DAVILA
                                          United States District Judge