1  Venkat Balasubramani (SBN 189192)
   FOCAL PLLC
2  800 Fifth Ave, Suite 4100
   Seattle, WA 98104
3  Phone: (206) 529-4827
   Fax:     (206) 260-3966
4  Email:  venkat@focallaw.com
   Attorneys for Plaintiff
5  PETE MORICI

6

7
                   **UNITED STATES DISTRICT COURT**
8                **NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN JOSE DIVISION**
9

10 PETE MORICI, an individual,                    Case No. 14-cv-00087-EJD

11                        Plaintiff,
            v.                                    **STIPULATED REQUEST FOR ORDER**
12                                                **EXTENDING DEADLINE FOR**
   HASHFAST TECHNOLOGIES LLC, a                   **SETTLEMENT CONFERENCE**
13 California limited liability company,
   HASHFAST LLC, a Delaware limited liability
14 company, SIMON BARBER, an individual,
   and EDUARDO deCASTRO, an individual,
15
                         Defendants.
16

17        On February 10, 2015 the Court entered an Order (Dkt. 53) granting the parties'

18 stipulated request to refer this case to a Magistrate judge for settlement. The Court set May 11,

19 2015 as the deadline for this conference to take place. The parties believe that this conference

20 will be most productive if it takes place forty five (45) days from now. Therefore, the parties

21 jointly request the Court to enter an Order extending the deadline for the joint settlement

22 conference before the Magistrate judge for a period of forty-five (45) days, from May 11, 2015

23 to June 25, 2015.  The undersigned counsel has obtained consent from each of the parties listed

24 below to file this Stipulation. (Defendant Eduardo deCastro is in default.) A Proposed Order is

25 attached for the Court's use.

26

27

Dated: May 6, 2015                    Respectfully submitted,

                                      FOR PLAINTIFF PETE MORICI


                                      By: *s/Venkat Balasubramani*
                                      Venkat Balasubramani, SBN 189192
                                      FOCAL PLLC
                                      Attorneys for Plaintiff
                                      PETE MORICI


                                      FOR SIMON BARBER


                                  By: s/ Craig Pinedo
                                      Craig Pinedo
                                      Pinedo Law
                                      Attorney for Defendant
                                      SIMON BARBER




        I, Venkat Balasubramani, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that

the concurrence to the filing of this document has been obtained from each signatory hereto.


                                      FOCAL PLLC


                                  By: *s/ Venkat Balasubramani*
                                      Venkat Balasubramani (SBN 189192)

                                      Attorneys for Plaintiff

1

**[PROPOSED] ORDER**

2

Pursuant to stipulated request of the parties, IT IS HEREBY ORDERED that the

3

deadline for the parties to appear before a Magistrate judge for settlement conference has been

4

extended for a period of forty-five (45) days from May 11, 2015 to June 25, 2015.

5

6

Dated: _____5/8/2015_____

7

_____

EDWARD J. DAVILA

United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED REQUEST FOR ORDER                     Case No. 14-cv-00087-EJD
CONTINUING SETTLEMENT CONF DEADLINE 3