CRAIG A. PINEDO (Cal. Bar No. 191337)
Email: cpinedo@pinedolaw.com
PINEDOLAW
275 Battery Street, Suite 200
San Francisco, CA 94111
Telephone: 415-693-9155
Fax No.: 415-524-7564

Attorneys for Defendant SIMON BARBER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>　　　　　Defendants. | Case No. 14-CV-00087-EJD<br><br>**REPLY DECLARATION OF SIMON BARBER IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:　　June 4, 2015<br>Time:　　9:00 a.m.<br>Courtroom: 4, 5th Floor<br>　　　　　280 South 1st Street<br>　　　　　San Jose, CA 95113 |

PINEDOLAW
275 Battery Street
Suite 200
San Francisco, CA 94111
415-693-9155

REPLY DECLARATION OF SIMON BARBER IN SUPPORT OF MOTION TO DISMISS FAC

I, Simon Barber, state and declare as follows:

1. I make this Declaration in response to plaintiff Pete Morici's (plaintiff) request in opposition to my motion to dismiss for the Court to consider evidence and convert my motion to dismiss to a summary judgment motion. I offer this Declaration conditionally and only in the event the Court considers plaintiff's evidence and converts my motion to a summary judgment motion. I have record and/or personal knowledge of the matters stated herein and, if called to testify, could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of an email received on the Hashfast server from the email address pvmorici@gmail.com. As indicated on the face of the email, plaintiff's email was received by Hashfast at 5:28 p.m. on August 9, 2013. The email reveals its author to be someone who would know the details of plaintiff's contact information, including the same email address at which plaintiff is electronically served with documents in the Hashfast bankruptcy proceedings (pete.morici@alumni.purdue.edu). See, e.g., United States Bankruptcy Court, Northern District of California, Case No. 14-30725 DM, Docket Item No. 344, p. 102 [email addresses associated with plaintiff's counsel, Venkat Balasubramani]. The context of the email sent to Hashfast also shows the author to be someone who would have known the details of plaintiff's conduct with respect to his BabyJet order: two BabyJets ordered during the same timeframe alleged in the FAC, i.e., August 2013. In addition, the author of the email refers to himself as "Pete," not Peter. Plaintiff's FAC also uses the name Pete.

3. The documents attached as Exhibit A to my Request for Judicial Notice, filed herein on April 10, 2013 (Docket Item No. 62-1), are true and correct copies of pages 1, 15 and 17 of the Statement of Work that I signed on July 1, 2013, on behalf of Hashfast.

I declare under penalty of perjury under the laws of the United States of America that the above statements are true and correct. Executed this 15th day of May, 2015, in San Francisco, California.

_____
SIMON BARBER

2.

REPLY DECLARATION OF SIMON BARBER IN SUPPORT OF MOTION TO DISMISS FAC