# 61

# Baby Jet Order

Inbox: Sales Email | Milestone: Undecided

◯ Closed (Responded)

**Correspondent**
Pete Morici <pvmorici@gmail.com>
Also sent: 1789, 792, 61

**Priority**
1 – Must Fix

**See also**
Case 1789

**Release Notes**

**Incoming email received** 8/9/2013 5:28 PM

| | |
|---|---|
| From: | Pete Morici <pvmorici@gmail.com> |
| Date: | Fri, 9 Aug 2013 20:28:00 -0400 |
| To: | sales@hashfast.com <sales@hashfast.com> |
| Subject: | Baby Jet Order |

    I'd like to order 2 Baby Jets if there are any available.  I originally
tried several times early this morning (~2 a.m. est) but couldn't get it to
work.  My contact information is as follows...

Peter Morici
pvmorici@gmail.com
pete.morici@alumni.purdue.edu
tel: 630-334-9216

Billing Address
6N516 Ferson Woods Dr.
Saint Charles, IL 60175

Mailing Address
1430 Patapsco St.
Baltimore, MD 21230

Thanks,
-Pete

**Assigned to** John Skrodenis **by** John Skrodenis 8/9/2013 5:28 PM

**Replied by** John Skrodenis 8/9/2013 9:20 PM

| | |
|---|---|
| From: | HashFast Sales <sales@hashfast.com> |
| Date: | Sat, 10 Aug 2013 00:20:23 -04:00 |
| To: | Pete Morici <pvmorici@gmail.com> |
| Subject: | Re: (Case 61) Baby Jet Order |

Hi Pete,