1  Venkat Balasubramani (SBN 189192)
2  FOCAL PLLC
3  800 Fifth Ave, Suite 4100
   Seattle, WA 98104
4  Phone: (206) 529-4827
   Fax:    (206) 260-3966
5  Email: venkat@focallaw.com
   Attorneys for Plaintiff
6  PETE MORICI

7

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>                    Plaintiff,<br><br>           v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>                    Defendants. | Case No. 14-cv-00087-EJD<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING SETTLEMENT CONFERENCE DEADLINE** |

18   Whereas, on February 10, 2015 the Court entered an Order (Dkt. 53) granting the

19 parties' stipulated request to refer this case to a Magistrate Judge for a Settlement Conference;

20   Whereas, the Court set May 11, 2015 as the deadline for the Settlement Conference to

21 take place;

22   Whereas, on February 27, 2015, the Court entered an Order (Dkt. 58) dismissing all

23 claims asserted in the Complaint against defendant Simon Barber (Barber) and Eduardo

24 deCastro, without prejudice;

25   Whereas, on March 16, 2015, plaintiff filed his First Amended Complaint;

26   Whereas, on April 10, 2015, Barber moved to dismiss all claims asserted in the First

27 Amended Complaint against him;

1    Whereas, the first available date for the Court to hearing Barber's motion to dismiss was
2    July 30, 2015;
3    Whereas, on April 21, 2015, the Court entered an Order (Dkt. 72) granting Barber's
4    motion to advance the hearing date on his motion to dismiss from July 30, 2015, to June 4,
5    2015.
6    Whereas, in light of the pending motion to dismiss, on May 8, 2015 the Court entered an
7    Order (Dkt. 86) granting the parties' stipulated joint request to extend the deadline for the
8    Settlement Conference before the Magistrate Judge for a period of forty-five (45) days, from
9    May 11, 2015 to June 25, 2015;
10   Whereas, on June 1, 2015, the Court took Barber's motion to dismiss the First Amended
11   Complaint under submission without oral argument (Dkt. 91);
12   Whereas, the parties wish to avoid unnecessarily burdening the Magistrate Judge with a
13   Settlement Conference at this time in light of Barber's pending motion to dismiss and their
14   continued belief that any Settlement Conference would be more productive after a ruling on
15   Barber's motion to dismiss;
16   Whereas, as noted above, there has been one previous joint request by the parties to
17   extend the Settlement Conference deadline;
18   IT IS HEREBY STIPULATED AND AGREED as follows:
19   The deadline for the Settlement Conference shall be extended for a period of thirty (30)
20   days from June 25, 2015 to July 27, 2015. The undersigned counsel has obtained consent from
21   each of the parties via email to file this Stipulation. A Proposed Order is attached for the Court's
22   use.
23   Dated: June 15, 2015                    Respectfully submitted,
24                                           FOCAL PLLC
25                                           By: *s/Venkat Balasubramani*
26                                               Venkat Balasubramani, SBN 189192
                                                 Attorneys for Plaintiff
27                                               PETE MORICI

STIPULATION AND [PROPOSED] ORDER RE                              Case No. 14-cv-00087-EJD
SETTLEMENT CONFERENCES DEADLINE - 2

1
2
3         By: s/ Craig Pinedo
4             Craig Pinedo
              Pinedo Law
5             Attorney for Defendant
              SIMON BARBER
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**SIGNATURE ATTESTATION**

I, Venkat Balasubramani, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: June 15, 2015

*s/ Venkat Balasubramani*
Venkat Balasubramani, SBN 189192

**[PROPOSED] ORDER**

Pursuant to stipulated request of the parties, IT IS HEREBY ORDERED that the deadline for the parties to appear before a Magistrate Judge for Settlement Conference has been extended for a period of thirty (30) days from June 25, 2015 to July 27, 2015.

Dated: 6/16/2015

EDWARD J. DAVILA
United States District Judge