1  Venkat Balasubramani (SBN 189192)
2  FOCAL PLLC
   800 Fifth Ave, Suite 4100
3  Seattle, WA 98104
   Phone: (206) 529-4827
4  Fax:    (206) 260-3966
5  Email: venkat@focallaw.com
   Attorneys for Plaintiff
6  PETE MORICI

7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PETE MORICI, an individual, | Case No. 14-cv-00087-EJD |
| Plaintiff, | |
| v. | **STIPULATED REQUEST FOR ORDER EXTENDING DEADLINE FOR DESIGNATION OF OPENING EXPERTS WITH REPORTS** |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual, | |
| Defendants. | |

Whereas, on March 16, 2015, plaintiff filed his First Amended Complaint (Dkt. 59);

Whereas, on April 10, 2015, defendant Barber moved to dismiss all claims asserted in the First Amended Complaint against him (Dkt. 61);

Whereas, the first available date for the Court to hear Barber's motion to dismiss was July 30, 2015;

Whereas, on April 21, 2015, the Court entered an Order (Dkt. 72) granting Barber's motion to advance the hearing date on his motion to dismiss from July 30, 2015, to June 4, 2015.

Whereas, on June 1, 2015, the Court took Barber's motion to dismiss the First Amended

1  Complaint under submission without oral argument (Dkt. 91);

2      Whereas, on May 8, 2015, and again on June 15, 2015, in an attempt to preserve

3  resources pending a ruling on the motion to dismiss, the parties jointly requested the Court to

4  extend the deadline of the Settlement Conference before the assigned Magistrate Judge;

5      Whereas, the Court granted both requests to extend the Settlement Conference deadline;

6      Whereas, the current deadline for the Designation of Opening Experts is July 15, 2015;

7      Whereas, the parties wish to continue to preserve resources pending a ruling on the

8  motion to dismiss; and

9      Whereas, there have been no previous joint requests by the parties to extend the deadline

10 for Designation of Opening Experts or any other deadline set forth in the Court's Case

11 Management Order, although the parties intend to seek extensions of all other deadlines

12 following resolution of the pending motion to dismiss if it is denied in whole or in part;

13     IT IS HEREBY STIPULATED AND AGREED as follows:

14 The deadline for the Designation of Opening Experts with Reports shall be extended for

15 a period of thirty (30) days from July 15, 2015, to August 17, 2015.  The undersigned counsel

16 has obtained consent from each of the parties via email to file this Stipulation. A Proposed

17 Order is attached for the Court's use.

18 Dated: July 13, 2015            Respectfully submitted,

19                       FOCAL PLLC

20                       By: *s/Venkat Balasubramani*

21                           Venkat Balasubramani, SBN 189192
                          Attorneys for Plaintiff

22                           PETE MORICI

23

                      PINEDOLAW

24

25                       By: s/ Craig A. Pinedo

26                           Craig A. Pinedo
                          Attorney for Defendant

27                           SIMON BARBER

## SIGNATURE ATTESTATION

I, Venkat Balasubramani, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: July 13, 2015

*s/ Venkat Balasubramani*
Venkat Balasubramani, SBN 189192

# [PROPOSED] ORDER

Pursuant to stipulated request of the parties, IT IS HEREBY ORDERED that the deadline for Designation of Opening Experts with Reports has been extended for a period of thirty (30) days from July 15, 2015 to August 17, 2015.

Dated: _____   _____
                            EDWARD J. DAVILA
                            United States District Judge