Venkat Balasubramani (SBN 189192)

FOCAL PLLC
800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax:    (206) 260-3966
Email: venkat@focallaw.com
Attorneys for Plaintiff
PETE MORICI

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PETE MORICI, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>　　　　　　　Defendants. | Case No. 14-cv-00087-EJD<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING DEADLINE FOR DESIGNATION OF OPENING EXPERTS WITH REPORTS** |

Whereas, on March 16, 2015, plaintiff filed his First Amended Complaint (Dkt. 59);

Whereas, on April 10, 2015, defendant Barber moved to dismiss all claims asserted in the First Amended Complaint against him (Dkt. 61);

Whereas, the first available date for the Court to hear Barber's motion to dismiss was July 30, 2015;

Whereas, on April 21, 2015, the Court entered an Order (Dkt. 72) granting Barber's motion to advance the hearing date on his motion to dismiss from July 30, 2015, to June 4, 2015.

Whereas, on June 1, 2015, the Court took Barber's motion to dismiss the First Amended

Complaint under submission without oral argument (Dkt. 91);

Whereas, on May 8, 2015, and again on June 15, 2015, in an attempt to preserve resources pending a ruling on the motion to dismiss, the parties jointly requested the Court to extend the deadline of the Settlement Conference before the assigned Magistrate Judge;

Whereas, the Court granted both requests to extend the Settlement Conference deadline;

Whereas, the current deadline for the Designation of Opening Experts is July 15, 2015;

Whereas, the parties wish to continue to preserve resources pending a ruling on the motion to dismiss; and

Whereas, there have been no previous joint requests by the parties to extend the deadline for Designation of Opening Experts or any other deadline set forth in the Court's Case Management Order, although the parties intend to seek extensions of all other deadlines following resolution of the pending motion to dismiss if it is denied in whole or in part;

IT IS HEREBY STIPULATED AND AGREED as follows:

The deadline for the Designation of Opening Experts with Reports shall be extended for a period of thirty (30) days from July 15, 2015, to August 17, 2015.  The undersigned counsel has obtained consent from each of the parties via email to file this Stipulation. A Proposed Order is attached for the Court's use.

Dated: July 13, 2015                    Respectfully submitted,

FOCAL PLLC

By: *s/Venkat Balasubramani*
    Venkat Balasubramani, SBN 189192
    Attorneys for Plaintiff
    PETE MORICI

PINEDOLAW

By: s/ Craig A. Pinedo
    Craig A. Pinedo
    Attorney for Defendant
    SIMON BARBER

STIPULATION AND [PROPOSED] ORDER RE                                    Case No. 14-cv-00087-EJD
EXTENSION OF DEADLINE FOR DESIGNATION
OF OPENING EXPERTS WITH REPORTS - 2

# SIGNATURE ATTESTATION

I, Venkat Balasubramani, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: July 13, 2015

*s/ Venkat Balasubramani*
Venkat Balasubramani, SBN 189192

## [~~PROPOSED~~] ORDER

Pursuant to stipulated request of the parties, IT IS HEREBY ORDERED that the deadline for Designation of Opening Experts with Reports has been extended for a period of thirty (30) days from July 15, 2015 to August 17, 2015.

Dated:  7/14/2015

_____
EDWARD J. DAVILA
United States District Judge