Venkat Balasubramani (SBN 189192)

FOCAL PLLC
800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax:    (206) 260-3966
Email: venkat@focallaw.com
Attorneys for Plaintiff
PETE MORICI

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PETE MORICI, an individual, | Case No. 14-cv-00087-EJD |
| Plaintiff, | |
| v. | **STIPULATED REQUEST FOR ORDER EXTENDING SETTLEMENT CONFERENCE DEADLINE** |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual, | |
| Defendants. | |

Whereas, on February 10, 2015 the Court entered an Order (Dkt. 53) granting the parties' stipulated request to refer this case to a Magistrate Judge for a Settlement Conference;

Whereas, the Court set May 11, 2015 as the deadline for the Settlement Conference to take place;

Whereas, on February 27, 2015, the Court entered an Order (Dkt. 58) dismissing all claims asserted in the Complaint against defendant Simon Barber (Barber) and Eduardo deCastro, without prejudice;

Whereas, on March 16, 2015, plaintiff filed his First Amended Complaint;

Whereas, on April 10, 2015, Barber moved to dismiss all claims asserted in the First Amended Complaint against him;

1    Whereas, the first available date for the Court to hear Barber's motion to dismiss was
2 July 30, 2015;
3    Whereas, on April 21, 2015, the Court entered an Order (Dkt. 72) granting Barber's
4 motion to advance the hearing date on his motion to dismiss from July 30, 2015, to June 4,
5 2015.
6    Whereas, in light of the pending motion to dismiss, on May 8, 2015 the Court entered an
7 Order (Dkt. 86) granting the parties' stipulated joint request to extend the deadline for the
8 Settlement Conference before the Magistrate Judge for a period of forty-five (45) days, from
9 May 11, 2015 to June 25, 2015;
10    Whereas, on June 1, 2015, the Court took Barber's motion to dismiss the First Amended
11 Complaint under submission without oral argument (Dkt. 91);
12    Whereas, on June 15, 2015 the Court entered an Order (Dkt. 92) granting the parties'
13 stipulated joint request to extend the deadline for the Settlement Conference before the
14 Magistrate Judge for a period of thirty (30) days, from June 25, 2015 to July 27, 2015;
15    Whereas, the parties wish to avoid unnecessarily burdening the Magistrate Judge with a
16 Settlement Conference at this time in light of Barber's pending motion to dismiss and their
17 continued belief that any Settlement Conference would be more productive after a ruling on
18 Barber's motion to dismiss;
19    Whereas, Mr. Barber will traveling outside of the country from August 14, 2015 through
20 September 18, 2015;
21    Whereas, as noted above, there have been two previous joint requests by the parties to
22 extend the Settlement Conference deadline;
23    IT IS HEREBY STIPULATED AND AGREED as follows:
24    The deadline for the Settlement Conference shall be extended for a period of sixty (60)
25 days from July 27, 2015 to September 25, 2015. The undersigned counsel has obtained consent
26 from each of the parties via email to file this Stipulation. A Proposed Order is attached for the
27 Court's use.

1  Dated: July 22, 2015              Respectfully submitted,

2                                    FOCAL PLLC

3                                    By: *s/Venkat Balasubramani*
4                                        Venkat Balasubramani, SBN 189192
                                         Attorneys for Plaintiff
5                                        PETE MORICI

6                                    PINEDO LAW

7                                    By: s/ Craig Pinedo
8                                        Craig Pinedo
                                         Pinedo Law
9                                        Attorney for Defendant
                                         SIMON BARBER
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**SIGNATURE ATTESTATION**

I, Venkat Balasubramani, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: July 22, 2015

*s/ Venkat Balasubramani*
Venkat Balasubramani, SBN 189192

# [PROPOSED] ORDER

Pursuant to stipulated request of the parties, IT IS HEREBY ORDERED that the deadline for the parties to appear before a Magistrate Judge for Settlement Conference has been extended for a period of sixty (60) days from July 27, 2015 to September 25, 2015.

Dated: 7/24/2015

EDWARD J. DAVILA
United States District Judge