CRAIG A. PINEDO (Cal. Bar No. 191337)
Email:  cpinedo@pinedolaw.com
PINEDOLAW
275 Battery Street, Suite 200
San Francisco, CA  94111
Telephone:     415-693-9155
Fax No.:         415-524-7564

Attorneys for Defendant SIMON BARBER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>        Defendants. | Case No.  14-CV-00087-EJD<br><br>**DEFENDANT SIMON BARBER'S ANSWER TO FIRST AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

PINEDOLAW
275 Battery Street
Suite 200
San Francisco, CA  94111
415-693-9155

ANSWER TO FIRST AMENDED COMPLAINT

1    Defendant Simon Barber ("Barber") hereby responds to the First Amended Complaint

2    (FAC) of plaintiff Pete Morici ("Morici") as follows:

3    Answering the Introduction (page 1, line 23 through page 3, line 4), Barber admits that

4    Morici purports to bring this action against various individuals and entities.  Barber lacks

5    sufficient information and belief to enable him to answer the allegations to the extent they

6    concern entities or persons other than him and, on that basis, denies each and every such

7    allegation contained herein.  Except as so admitted or denied on information and belief, Barber

8    denies each and every allegation contained in the Introduction, and specifically denies any

9    violation of any statute, regulation, public policy, duty or law, and denies that Morici is entitled

10    to any relief of any kind whatsoever.

11    1.    Barber lacks knowledge or information sufficient to form a belief about the truth

12    of the allegation in paragraph 1, and on that basis denies it.

13    2.    Barber lacks knowledge or information sufficient to form a belief about the truth

14    of the allegations in paragraph 2 to the extent such allegations concern entities or persons other

15    than Barber, and on that basis denies them.  Insofar as the allegations contained in paragraph 2

16    purport to concern Barber, Barber denies each and every allegation contained in paragraph 2

17    and specifically denies any violation of any statute, regulation, public policy, duty or law.

18    3.    Barber admits he resides in California and was employed by Hashfast

19    Technologies LLC as its Chief Technology Officer.  Barber further admits Eduardo deCastro

20    was Chief Executive Officer of Hashfast Technologies LLC until approximately May 2014.

21    Barber lacks knowledge or information sufficient to form a belief about the truth of the

22    remaining allegations in paragraph 3, and on that basis denies them.

23    4.    Barber admits he had an ownership interest in Hashfast LLC.  Barber lacks

24    sufficient information and belief to enable him to answer the allegations contained in paragraph

25    4 to the extent such allegations concern entities or persons other than Barber, and on that basis

26    denies them.  Insofar as the allegations contained in paragraph 4 purport to concern Barber,

27    Barber denies each and every allegation contained in paragraph 4 and specifically denies any

28    violation of any statute, regulation, public policy, duty or law.

ANSWER TO FIRST AMENDED COMPLAINT

5.      No response required.

6.      Barber lacks sufficient information and belief to enable him to answer the allegations contained in paragraph 6 to the extent such allegations concern entities or persons other than Barber, and on that basis denies them.  Insofar as the allegations contained in paragraph 6 purport to concern Barber, Barber denies each and every allegation contained in paragraph 6 and specifically denies any violation of any statute, regulation, public policy, duty or law.

7.      Barber admits he resides in California.  Barber lacks sufficient information and belief to enable him to answer the allegations contained in paragraph 7 to the extent such allegations concern entities or persons other than Barber, and on that basis denies them.  Insofar as the allegations contained in paragraph 7 purport to concern Barber, Barber denies each and every allegation contained in paragraph 7 and specifically denies any violation of any statute, regulation, public policy, duty or law.

8.      Barber denies the allegations contained in paragraph 8.

9.      Barber lacks sufficient information and belief to enable him to answer the allegations contained in paragraph 9, and on that basis denies them.

10.     Barber lacks sufficient information and belief to enable him to answer the allegations contained in paragraph 10, and on that basis denies them.

11.     Barber lacks sufficient information and belief to enable him to answer the allegations contained in paragraph 11, and on that basis denies them.

12.     Barber lacks sufficient information and belief to enable him to answer the allegations contained in paragraph 12, and on that basis denies them.

13.     Barber lacks sufficient information and belief to enable him to answer the allegations contained in paragraph 13, and on that basis denies them.

14.     Barber lacks sufficient information and belief to enable him to answer the allegations contained in paragraph 14, and on that basis denies them.

15.     Barber lacks sufficient information and belief to enable him to answer the allegations contained in paragraph 15, and on that basis denies them.

ANSWER TO FIRST AMENDED COMPLAINT

PINEDO LAW
275 Battery Street
Suite 200
San Francisco, CA 94111
415-693-9155

16.    Barber admits he assisted in the formation of Hashfast LLC.  Except as so admitted, insofar as the allegations contained in paragraph 16 purport to concern Barber, Barber denies each and every allegation contained in paragraph 16 and specifically denies any violation of any statute, regulation, public policy, duty or law.  Barber lacks sufficient information and belief to enable him to answer the allegations contained in paragraph 16 to the extent such allegations concern entities or persons other than Barber, and on that basis denies them..

17.    Barber lacks sufficient information and belief to enable him to answer the allegations contained in paragraph 17 to the extent such allegations concern entities or persons other than Barber, and on that basis denies them.  Insofar as the allegations contained in paragraph 17 purport to concern Barber, Barber denies each and every allegation contained in paragraph 17 and specifically denies any violation of any statute, regulation, public policy, duty or law.

18.    Barber lacks sufficient information and belief to enable him to answer the allegations contained in paragraph 18 to the extent such allegations concern entities or persons other than Barber, and on that basis denies them.  Insofar as the allegations contained in paragraph 18 purport to concern Barber, Barber denies each and every allegation contained in paragraph 18 and specifically denies any violation of any statute, regulation, public policy, duty or law.

19.    Barber denies the allegations contained in paragraph 19.

20.    Barber lacks sufficient information and belief to enable him to answer the allegations contained in paragraph 20 to the extent such allegations concern entities or persons other than Barber, and on that basis denies them.  Insofar as the allegations contained in paragraph 20 purport to concern Barber, Barber denies each and every allegation contained in paragraph 20 and specifically denies any violation of any statute, regulation, public policy, duty or law.

21.    Barber lacks sufficient information and belief to enable him to answer the allegations contained in paragraph 21 to the extent such allegations concern entities or persons other than Barber, and on that basis denies them.  Insofar as the allegations contained in

PINEDOLAW
275 Battery Street
Suite 200
San Francisco, CA  94111
415-693-9155

4.

1  paragraph 21 purport to concern Barber, Barber denies each and every allegation contained in

2  paragraph 21 and specifically denies any violation of any statute, regulation, public policy, duty

3  or law.

4        22.    Barber admits he has posted messages on the Bitcoin Talk forum.  Except as so

5  admitted, insofar as the allegations contained in paragraph 22 purport to concern Barber, Barber

6  denies each and every allegation contained in paragraph 22 and specifically denies any violation

7  of any statute, regulation, public policy, duty or law.  Barber lacks sufficient information and

8  belief to enable him to answer the allegations contained in paragraph 22 to the extent such

9  allegations concern entities or persons other than Barber, and on that basis denies them.

10        23.    Barber lacks sufficient information and belief to enable him to answer the

11  allegations contained in paragraph 23 to the extent such allegations concern entities or persons

12  other than Barber, and on that basis denies them.  Insofar as the allegations contained in

13  paragraph 23 purport to concern Barber, Barber denies each and every allegation contained in

14  paragraph 23 and specifically denies any violation of any statute, regulation, public policy, duty

15  or law.

16        24.    Barber lacks sufficient information and belief to enable him to answer the

17  allegations contained in paragraph 24 to the extent such allegations concern entities or persons

18  other than Barber, and on that basis denies them.  Insofar as the allegations contained in

19  paragraph 24 purport to concern Barber, Barber denies each and every allegation contained in

20  paragraph 24 and specifically denies any violation of any statute, regulation, public policy, duty

21  or law.

22        25.    Barber admits he participated in discussions with Uniquify, Inc. regarding the

23  Golden Nonce chip.  Except as so admitted, insofar as the allegations contained in paragraph 25

24  purport to concern Barber, Barber denies each and every allegation contained in paragraph 25

25  and specifically denies any violation of any statute, regulation, public policy, duty or law.

26  Barber lacks sufficient information and belief to enable him to answer the allegations contained

27  in paragraph 25 to the extent such allegations concern entities or persons other than Barber, and

28  on that basis denies them.

PINEDOLAW
275 Battery Street
Suite 200
San Francisco, CA  94111
415-693-9155

5.

1    26.    Barber admits that, on or about July 1, 2013, he signed an agreement with

2    Uniquify, Inc. on behalf of Hashfast Technologies LLC, which contemplated tape-out of the G1

3    chip in August 2013, and otherwise speaks for itself.  Except as so admitted, insofar as the

4    allegations contained in paragraph 26 purport to concern Barber, Barber denies each and every

5    allegation contained in paragraph 26 and specifically denies any violation of any statute,

6    regulation, public policy, duty or law.  Barber lacks sufficient information and belief to enable

7    him to answer the allegations contained in paragraph 26 to the extent such allegations concern

8    entities or persons other than Barber, and on that basis denies them.

9    27.    Barber lacks sufficient information and belief to enable him to answer the

10   allegations contained in paragraph 27 to the extent such allegations concern entities or persons

11   other than Barber, and on that basis denies them.  Insofar as the allegations contained in

12   paragraph 27 purport to concern Barber, Barber denies each and every allegation contained in

13   paragraph 27 and specifically denies any violation of any statute, regulation, public policy, duty

14   or law.

15   28.    Barber lacks sufficient information and belief to enable him to answer the

16   allegations contained in paragraph 28, and on that basis denies them.

17   29.    Barber lacks sufficient information and belief to enable him to answer the

18   allegations contained in paragraph 29 to the extent such allegations concern entities or persons

19   other than Barber, and on that basis denies them.  Insofar as the allegations contained in

20   paragraph 29 purport to concern Barber, Barber denies each and every allegation contained in

21   paragraph 29 and specifically denies any violation of any statute, regulation, public policy, duty

22   or law.

23   30.    Barber lacks sufficient information and belief to enable him to answer the

24   allegations contained in paragraph 30 to the extent such allegations concern entities or persons

25   other than Barber, and on that basis denies them.  Insofar as the allegations contained in

26   paragraph 30 purport to concern Barber, Barber denies each and every allegation contained in

27   paragraph 30 and specifically denies any violation of any statute, regulation, public policy, duty

28   or law.

ANSWER TO FIRST AMENDED COMPLAINT

1    31.    Barber admits he posted a message on the Bitcoin Talk forum on or about

2    August 8, 2013, which message speaks for itself.  Except as so admitted, Barber denies the

3    remaining allegations contained in paragraph 31 and specifically denies any violation of any

4    statute, regulation, public policy, duty or law.

5    32.    Barber admits he posted a message on the Bitcoin Talk forum on or about

6    August 8, 2013, which message speaks for itself.  Except as so admitted, insofar as the

7    allegations contained in paragraph 32 purport to concern Barber, Barber denies each and every

8    allegation contained in paragraph 32 and specifically denies any violation of any statute,

9    regulation, public policy, duty or law.  Barber lacks sufficient information and belief to enable

10    him to answer the allegations contained in paragraph 32 to the extent such allegations concern

11    entities or persons other than Barber, and on that basis denies them.

12    33.    Barber lacks sufficient information and belief to enable him to answer the

13    allegations contained in paragraph 33 to the extent such allegations concern entities or persons

14    other than Barber, and on that basis denies them.  Insofar as the allegations contained in

15    paragraph 33 purport to concern Barber, Barber denies each and every allegation contained in

16    paragraph 33 and specifically denies any violation of any statute, regulation, public policy, duty

17    or law.

18    34.    Barber lacks sufficient information and belief to enable him to answer the

19    allegations contained in paragraph 34 to the extent such allegations concern entities or persons

20    other than Barber, and on that basis denies them.  Insofar as the allegations contained in

21    paragraph 34 purport to concern Barber, Barber denies each and every allegation contained in

22    paragraph 34 and specifically denies any violation of any statute, regulation, public policy, duty

23    or law.

24    35.    The Court has dismissed with prejudice all claims predicated on the alleged "in

25    stock" statement and, as such, no response is required.  Insofar as the remaining allegations

26    contained in paragraph 35 are concerned, Barber lacks sufficient information and belief to

27    enable him to answer the allegations to the extent such allegations concern entities or persons

28    other than Barber, and on that basis denies them.  Insofar as the remaining allegations contained

PINEDOLAW
275 Battery Street
Suite 200
San Francisco, CA  94111
415-693-9155

in paragraph 35 purport to concern Barber, Barber denies each and every allegation contained in paragraph 35 and specifically denies any violation of any statute, regulation, public policy, duty or law.

36.     Barber lacks sufficient information and belief to enable him to answer the allegations contained in paragraph 36 to the extent such allegations concern entities or persons other than Barber, and on that basis denies them.  Insofar as the allegations contained in paragraph 36 purport to concern Barber, Barber denies each and every allegation contained in paragraph 36 and specifically denies any violation of any statute, regulation, public policy, duty or law.

37.     The Court has dismissed with prejudice all claims predicated on Exhibit E to the FAC and, as such, no response is required.  Insofar as the remaining allegations contained in paragraph 37 are concerned, Barber lacks sufficient information and belief to enable him to answer the allegations to the extent such allegations concern entities or persons other than Barber, and on that basis denies them.  Insofar as the remaining allegations contained in paragraph 37 purport to concern Barber, Barber denies each and every allegation contained in paragraph 37 and specifically denies any violation of any statute, regulation, public policy, duty or law.

38.     Barber lacks sufficient information and belief to enable him to answer the allegations contained in paragraph 38 to the extent such allegations concern entities or persons other than Barber, and on that basis denies them.  Insofar as the allegations contained in paragraph 38 purport to concern Barber, Barber denies each and every allegation contained in paragraph 38 and specifically denies any violation of any statute, regulation, public policy, duty or law.

39.     Barber lacks sufficient information and belief to enable him to answer the allegations contained in paragraph 39 to the extent such allegations concern entities or persons other than Barber, and on that basis denies them.  Insofar as the allegations contained in paragraph 39 purport to concern Barber, Barber denies each and every allegation contained in paragraph 39 and specifically denies any violation of any statute, regulation, public policy, duty

PINEDOLAW
275 Battery Street
Suite 200
San Francisco, CA  94111
415-693-9155

1   or law.

2        40.      Barber denies the allegations contained in paragraph 40.

3        41.      Barber lacks sufficient information and belief to enable him to answer the

4   allegations contained in paragraph 41 to the extent such allegations concern entities or persons

5   other than Barber, and on that basis denies them.  Insofar as the allegations contained in

6   paragraph 41 purport to concern Barber, Barber denies each and every allegation contained in

7   paragraph 41 and specifically denies any violation of any statute, regulation, public policy, duty

8   or law.

9        42.      Barber lacks sufficient information and belief to enable him to answer the

10  allegations contained in paragraph 42 to the extent such allegations concern entities or persons

11  other than Barber, and on that basis denies them.  Insofar as the allegations contained in

12  paragraph 42 purport to concern Barber, Barber denies each and every allegation contained in

13  paragraph 42 and specifically denies any violation of any statute, regulation, public policy, duty

14  or law.

15       43.      Barber admits he posted a message on the Bitcoin Talk forum on or about

16  August 10, 2013, which message speaks for itself.  Except as so admitted, insofar as the

17  allegations contained in paragraph 43 purport to concern Barber, Barber denies each and every

18  allegation contained in paragraph 43 and specifically denies any violation of any statute,

19  regulation, public policy, duty or law.  Barber lacks sufficient information and belief to enable

20  him to answer the allegations contained in paragraph 43 to the extent such allegations concern

21  entities or persons other than Barber, and on that basis denies them.

22       44.      Barber lacks sufficient information and belief to enable him to answer the

23  allegations contained in paragraph 44 to the extent such allegations concern entities or persons

24  other than Barber, and on that basis denies them.  Insofar as the allegations contained in

25  paragraph 44 purport to concern Barber, Barber denies each and every allegation contained in

26  paragraph 44 and specifically denies any violation of any statute, regulation, public policy, duty

27  or law.

28       45.      Barber lacks sufficient information and belief to enable him to answer the

PINEDOLAW
275 Battery Street
Suite 200
San Francisco, CA  94111
415-693-9155

ANSWER TO FIRST AMENDED COMPLAINT

allegations contained in paragraph 45, and on that basis denies them.

46. Barber lacks sufficient information and belief to enable him to answer the allegations contained in paragraph 46, and on that basis denies them.

47. Barber lacks sufficient information and belief to enable him to answer the allegations contained in paragraph 47, and on that basis denies them.

48. Barber lacks sufficient information and belief to enable him to answer the allegations contained in paragraph 48 to the extent such allegations concern entities or persons other than Barber, and on that basis denies them. Insofar as the allegations contained in paragraph 48 purport to concern Barber, Barber denies each and every allegation contained in paragraph 48 and specifically denies any violation of any statute, regulation, public policy, duty or law.

49. Barber lacks sufficient information and belief to enable him to answer the allegations contained in paragraph 49 to the extent such allegations concern entities or persons other than Barber, and on that basis denies them. Insofar as the allegations contained in paragraph 49 purport to concern Barber, Barber denies each and every allegation contained in paragraph 49 and specifically denies any violation of any statute, regulation, public policy, duty or law.

50. Barber lacks sufficient information and belief to enable him to answer the allegations contained in paragraph 50 to the extent such allegations concern entities or persons other than Barber, and on that basis denies them. Insofar as the allegations contained in paragraph 50 purport to concern Barber, Barber denies each and every allegation contained in paragraph 50 and specifically denies any violation of any statute, regulation, public policy, duty or law.

51. Barber lacks sufficient information and belief to enable him to answer the allegations contained in paragraph 51 to the extent such allegations concern entities or persons other than Barber, and on that basis denies them. Insofar as the allegations contained in paragraph 51 purport to concern Barber, Barber denies each and every allegation contained in paragraph 51 and specifically denies any violation of any statute, regulation, public policy, duty

PINEDOLAW
275 Battery Street
Suite 200
San Francisco, CA  94111
415-693-9155

ANSWER TO FIRST AMENDED COMPLAINT

1  or law.

2       52.    Barber lacks sufficient information and belief to enable him to answer the

3  allegations contained in paragraph 52 to the extent such allegations concern entities or persons

4  other than Barber, and on that basis denies them.  Insofar as the allegations contained in

5  paragraph 52 purport to concern Barber, Barber denies each and every allegation contained in

6  paragraph 52 and specifically denies any violation of any statute, regulation, public policy, duty

7  or law.

8       53.    Barber lacks sufficient information and belief to enable him to answer the

9  allegations contained in paragraph 53 to the extent such allegations concern entities or persons

10  other than Barber, and on that basis denies them.  Insofar as the allegations contained in

11  paragraph 53 purport to concern Barber, Barber denies each and every allegation contained in

12  paragraph 53 and specifically denies any violation of any statute, regulation, public policy, duty

13  or law.

14       54.    Barber lacks sufficient information and belief to enable him to answer the

15  allegations contained in paragraph 54 to the extent such allegations concern entities or persons

16  other than Barber, and on that basis denies them.  Insofar as the allegations contained in

17  paragraph 54 purport to concern Barber, Barber denies each and every allegation contained in

18  paragraph 54 and specifically denies any violation of any statute, regulation, public policy, duty

19  or law.

20       55.    Barber lacks sufficient information and belief to enable him to answer the

21  allegations contained in paragraph 55 to the extent such allegations concern entities or persons

22  other than Barber, and on that basis denies them.  Insofar as the allegations contained in

23  paragraph 55 purport to concern Barber, Barber denies each and every allegation contained in

24  paragraph 55 and specifically denies any violation of any statute, regulation, public policy, duty

25  or law.

26       56.    Barber lacks sufficient information and belief to enable him to answer the

27  allegations contained in paragraph 56 to the extent such allegations concern entities or persons

28  other than Barber, and on that basis denies them.  Insofar as the allegations contained in

PINEDOLAW
275 Battery Street
Suite 200
San Francisco, CA  94111
415-693-9155

11.

1   paragraph 56 purport to concern Barber, Barber denies each and every allegation contained in

2   paragraph 56 and specifically denies any violation of any statute, regulation, public policy, duty

3   or law.

4          57.      Barber lacks sufficient information and belief to enable him to answer the

5   allegations contained in paragraph 57 to the extent such allegations concern entities or persons

6   other than Barber, and on that basis denies them.  Insofar as the allegations contained in

7   paragraph 57 purport to concern Barber, Barber denies each and every allegation contained in

8   paragraph 57 and specifically denies any violation of any statute, regulation, public policy, duty

9   or law.

10          58.      Barber lacks sufficient information and belief to enable him to answer the

11   allegations contained in paragraph 58 to the extent such allegations concern entities or persons

12   other than Barber, and on that basis denies them.  Insofar as the allegations contained in

13   paragraph 58 purport to concern Barber, Barber denies each and every allegation contained in

14   paragraph 58 and specifically denies any violation of any statute, regulation, public policy, duty

15   or law.

16          59.      Barber lacks sufficient information and belief to enable him to answer the

17   allegations contained in paragraph 59 to the extent such allegations concern entities or persons

18   other than Barber, and on that basis denies them.  Insofar as the allegations contained in

19   paragraph 59 purport to concern Barber, Barber denies each and every allegation contained in

20   paragraph 59 and specifically denies any violation of any statute, regulation, public policy, duty

21   or law.

22          60.      Barber lacks sufficient information and belief to enable him to answer the

23   allegations contained in paragraph 60 to the extent such allegations concern entities or persons

24   other than Barber, and on that basis denies them.  Insofar as the allegations contained in

25   paragraph 60 purport to concern Barber, Barber denies each and every allegation contained in

26   paragraph 60 and specifically denies any violation of any statute, regulation, public policy, duty

27   or law.

28          61.      Barber lacks sufficient information and belief to enable him to answer the

PINEDOLAW
275 Battery Street
Suite 200
San Francisco, CA  94111
415-693-9155

ANSWER TO FIRST AMENDED COMPLAINT

1   allegations contained in paragraph 61 to the extent such allegations concern entities or persons

2   other than Barber, and on that basis denies them.  Insofar as the allegations contained in

3   paragraph 61 purport to concern Barber, Barber denies each and every allegation contained in

4   paragraph 61 and specifically denies any violation of any statute, regulation, public policy, duty

5   or law.

6          62.     Barber lacks sufficient information and belief to enable him to answer the

7   allegations contained in paragraph 62 to the extent such allegations concern entities or persons

8   other than Barber, and on that basis denies them.  Insofar as the allegations contained in

9   paragraph 62 purport to concern Barber, Barber denies each and every allegation contained in

10  paragraph 62 and specifically denies any violation of any statute, regulation, public policy, duty

11  or law.

12         63.     Barber lacks sufficient information and belief to enable him to answer the

13  allegations contained in paragraph 63 to the extent such allegations concern entities or persons

14  other than Barber, and on that basis denies them.  Insofar as the allegations contained in

15  paragraph 63 purport to concern Barber, Barber denies each and every allegation contained in

16  paragraph 63 and specifically denies any violation of any statute, regulation, public policy, duty

17  or law.

18         64.     Barber lacks sufficient information and belief to enable him to answer the

19  allegations contained in paragraph 64 to the extent such allegations concern entities or persons

20  other than Barber, and on that basis denies them.  Insofar as the allegations contained in

21  paragraph 64 purport to concern Barber, Barber denies each and every allegation contained in

22  paragraph 64 and specifically denies any violation of any statute, regulation, public policy, duty

23  or law.

24         65.     Barber lacks sufficient information and belief to enable him to answer the

25  allegations contained in paragraph 65 to the extent such allegations concern entities or persons

26  other than Barber, and on that basis denies them.  Insofar as the allegations contained in

27  paragraph 65 purport to concern Barber, Barber denies each and every allegation contained in

28  paragraph 65 and specifically denies any violation of any statute, regulation, public policy, duty

PINEDOLAW
275 Battery Street
Suite 200
San Francisco, CA  94111
415-693-9155

13.

ANSWER TO FIRST AMENDED COMPLAINT

1  or law.

2       66.      Barber lacks sufficient information and belief to enable him to answer the

3  allegations contained in paragraph 66 to the extent such allegations concern entities or persons

4  other than Barber, and on that basis denies them.  Insofar as the allegations contained in

5  paragraph 66 purport to concern Barber, Barber denies each and every allegation contained in

6  paragraph 66 and specifically denies any violation of any statute, regulation, public policy, duty

7  or law.

8       67.      Barber lacks sufficient information and belief to enable him to answer the

9  allegations contained in paragraph 67 to the extent such allegations concern entities or persons

10  other than Barber, and on that basis denies them.  Insofar as the allegations contained in

11  paragraph 67 purport to concern Barber, Barber denies each and every allegation contained in

12  paragraph 67 and specifically denies any violation of any statute, regulation, public policy, duty

13  or law.

14       68.      Barber lacks sufficient information and belief to enable him to answer the

15  allegations contained in paragraph 68 to the extent such allegations concern entities or persons

16  other than Barber, and on that basis denies them.  Insofar as the allegations contained in

17  paragraph 68 purport to concern Barber, Barber denies each and every allegation contained in

18  paragraph 68 and specifically denies any violation of any statute, regulation, public policy, duty

19  or law.

20       69.      Barber lacks sufficient information and belief to enable him to answer the

21  allegations contained in paragraph 69 to the extent such allegations concern entities or persons

22  other than Barber, and on that basis denies them.  Insofar as the allegations contained in

23  paragraph 69 purport to concern Barber, Barber denies each and every allegation contained in

24  paragraph 69 and specifically denies any violation of any statute, regulation, public policy, duty

25  or law.

26       70.      Barber lacks sufficient information and belief to enable him to answer the

27  allegations contained in paragraph 70 to the extent such allegations concern entities or persons

28  other than Barber, and on that basis denies them.  Insofar as the allegations contained in

PINEDOLAW
275 Battery Street
Suite 200
San Francisco, CA  94111
415-693-9155

14.

ANSWER TO FIRST AMENDED COMPLAINT

1   paragraph 70 purport to concern Barber, Barber denies each and every allegation contained in

2   paragraph 70 and specifically denies any violation of any statute, regulation, public policy, duty

3   or law.

4       71.     Barber admits he owned units in Hashfast LLC.  Except as so admitted, Barber

5   denies each and every allegation contained in paragraph 71 insofar as they purport to concern

6   Barber.  Barber lacks sufficient information and belief to enable him to answer the allegations

7   contained in paragraph 71 to the extent such allegations concern entities or persons other than

8   Barber, and on that basis denies them.

9       72.     Barber lacks sufficient information and belief to enable him to answer the

10  allegations contained in paragraph 72 to the extent such allegations concern entities or persons

11  other than Barber, and on that basis denies them.  Insofar as the allegations contained in

12  paragraph 72 purport to concern Barber, Barber denies each and every allegation contained in

13  paragraph 72 and specifically denies any violation of any statute, regulation, public policy, duty

14  or law.

15      73.     Barber lacks sufficient information and belief to enable him to answer the

16  allegations contained in paragraph 73 to the extent such allegations concern entities or persons

17  other than Barber, and on that basis denies them.  Insofar as the allegations contained in

18  paragraph 73 purport to concern Barber, Barber denies each and every allegation contained in

19  paragraph 73 and specifically denies any violation of any statute, regulation, public policy, duty

20  or law.

21      74.     Paragraphs 74 through 77 relate to Morici's breach of contract claim, which is

22  not asserted against Barber.  As such, no response is required.  To the extent a response is

23  required, Barber denies each and every allegation contained in these paragraphs.

24      78.     No response required.

25      79.     The Court has dismissed with prejudice all claims predicated on the alleged "in

26  stock" statement and, as such, no response is required.  Insofar as the remaining allegations

27  contained in paragraph 79 are concerned, Barber lacks sufficient information and belief to

28  enable him to answer the allegations contained in paragraph 79 to the extent such allegations

PINEDOLAW
275 Battery Street
Suite 200
San Francisco, CA  94111
415-693-9155

ANSWER TO FIRST AMENDED COMPLAINT

1  concern entities or persons other than Barber, and on that basis denies them.  Insofar as the

2  allegations contained in paragraph 79 purport to concern Barber, Barber denies each and every

3  allegation contained in paragraph 79 and specifically denies any violation of any statute,

4  regulation, public policy, duty or law.

5       80.     Barber lacks sufficient information and belief to enable him to answer the

6  allegations contained in paragraph 80 to the extent such allegations concern entities or persons

7  other than Barber, and on that basis denies them.  Insofar as the allegations contained in

8  paragraph 80 purport to concern Barber, Barber denies each and every allegation contained in

9  paragraph 80 and specifically denies any violation of any statute, regulation, public policy, duty

10  or law.

11       81.     Barber lacks sufficient information and belief to enable him to answer the

12  allegations contained in paragraph 81 to the extent such allegations concern entities or persons

13  other than Barber, and on that basis denies them.  Insofar as the allegations contained in

14  paragraph 81 purport to concern Barber, Barber denies each and every allegation contained in

15  paragraph 81 and specifically denies any violation of any statute, regulation, public policy, duty

16  or law.

17       82.     Barber denies each and every allegation contained in paragraph 82.

18       83.     Barber denies each and every allegation contained in paragraph 83.

19       84.     No response required.

20       85.     Barber lacks sufficient information and belief to enable him to answer the

21  allegations contained in paragraph 85 to the extent such allegations concern entities or persons

22  other than Barber, and on that basis denies them.  Insofar as the allegations contained in

23  paragraph 85 purport to concern Barber, Barber denies each and every allegation contained in

24  paragraph 85 and specifically denies any violation of any statute, regulation, public policy, duty

25  or law.

26       86.     Barber lacks sufficient information and belief to enable him to answer the

27  allegations contained in paragraph 86 to the extent such allegations concern entities or persons

28  other than Barber, and on that basis denies them.  Insofar as the allegations contained in

ANSWER TO FIRST AMENDED COMPLAINT

PINEDOLAW
275 Battery Street
Suite 200
San Francisco, CA  94111
415-693-9155

1    paragraph 86 purport to concern Barber, Barber denies each and every allegation contained in

2    paragraph 86 and specifically denies any violation of any statute, regulation, public policy, duty

3    or law.

4         87.    Barber denies each and every allegation contained in paragraph 87.

5         88.    Barber lacks sufficient information and belief to enable him to answer the

6    allegations contained in paragraph 88 to the extent such allegations concern entities or persons

7    other than Barber, and on that basis denies them.  Insofar as the allegations contained in

8    paragraph 88 purport to concern Barber, Barber denies each and every allegation contained in

9    paragraph 88 and specifically denies any violation of any statute, regulation, public policy, duty

10   or law.

11        89.    Paragraphs 89 through 92 relate to Morici's declaratory relief claim, which is not

12   asserted against Barber.  As such, no response is required.  To the extent a response is required,

13   Barber denies each and every allegation contained in these paragraphs.

14                        PLAINTIFF'S PRAYER FOR RELIEF

15        Barber denies each and every allegation contained in the prayer for relief, paragraphs (a)

16   through (i), and each of them, and specifically denies that Morici has been injured in any way

17   whatsoever or is entitled to any relief of any kind whatsoever.

18                   ADDITIONAL OR AFFIRMATIVE DEFENSES

19        Without assuming any burden he would not otherwise bear, Barber asserts the following

20   additional and/or affirmative defenses to each of the causes of action:

21              FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE

22        The alleged causes of action in the FAC, and each of them, fail to state facts sufficient to

23   constitute any cause of action against Barber.

24            SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE

25        The alleged causes of action in the FAC, and each of them, are barred in whole or in part

26   because of ratification, agreement, acquiescence or consent to Barber's alleged conduct.

27              THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE

28        The alleged causes of action in the FAC, and each of them, are barred in whole or in part

PINEDOLAW
275 Battery Street
Suite 200
San Francisco, CA 94111
415-693-9155

ANSWER TO FIRST AMENDED COMPLAINT

1  by the doctrines of waiver, estoppel, laches and unclean hands.

2  <u>FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE</u>

3      The alleged causes of action in the FAC, and each of them, are barred in whole or in part

4  because the asserted injury, if any, was not proximately caused by Barber.

5  <u>FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE</u>

6      The alleged causes of action in the FAC, and each of them, are barred in whole or in part

7  by the parol evidence rule.

8  <u>SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE</u>

9      The alleged causes of action in the FAC, and each of them, are barred in whole or in part

10  by the failure to exercise reasonable efforts to avoid or minimize the alleged injury purportedly

11  suffered.

12  <u>SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE</u>

13      The alleged causes of action in the FAC, and each of them, are barred in whole or in part

14  because the court lacks diversity jurisdiction over this dispute.

15  <u>EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE</u>

16      The alleged causes of action in the FAC, and each of them, are barred in whole or in part

17  by the automatic stay imposed by the bankruptcy proceedings referenced in footnote 1 of the

18  FAC.

19  <u>NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE</u>

20      The alleged causes of action in the FAC, and each of them, are barred in whole or in part

21  because plaintiff has filed a proof of claim seeking duplicative relief in the bankruptcy

22  proceedings referenced in footnote 1 of the FAC.

23  <u>TENTH ADDITIONAL OR AFFIRMATIVE DEFENSE</u>

24      The alleged causes of action in the FAC, and each of them, are barred in whole or in part

25  because Barber's conduct was at all times justified and privileged, and did not result in any

26  wrongful benefit or unjust enrichment to him.

27  <u>ELEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE</u>

28      The alleged causes of action in the FAC, and each of them, are barred in whole or in part

PINEDOLAW
275 Battery Street
Suite 200
San Francisco, CA 94111
415-693-9155

18.

ANSWER TO FIRST AMENDED COMPLAINT

1   because Barber acted in good faith and employed lawful, proper and justified means to

2   accomplish legitimate business objectives.

3   TWELFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

4   Morici's cause of action under California Business & Professions Code § 17200 *et seq.*

5   (UCL) is barred because Morici lacks standing under the UCL.

6   THIRTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

7   The alleged causes of action in the FAC, and each of them, are barred in whole or in part

8   by the discharge in the bankruptcy proceedings identified in footnote 1 of the FAC.

9   FOURTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

10  Barber presently lacks sufficient knowledge or information on which to form a belief as

11  to whether he may have available other, as yet unstated, additional and/or affirmative defenses.

12  Barber reserves the right to assert additional and/or affirmative defenses.

13  WHEREFORE, Barber prays for judgment as follows:

14  1.      Morici take nothing by his FAC and all claims asserted against Barber in the

15  FAC be dismissed with prejudice;

16  2.      Judgment be entered in favor of Barber and against Morici on each and every

17  cause of action asserted in the FAC against Barber;

18  3.      Barber recover his costs of suit and attorneys' fees incurred herein; and

19  4.      For such other and further relief as the Court deems just and proper.

20

21  Dated: August 18, 2015                          PINEDOLAW

22

23                                                          /s/  Craig A. Pinedo
                                                          CRAIG A. PINEDO

24                                                  Attorneys for Defendant SIMON BARBER

25

26

27

28

PINEDOLAW
275 Battery Street
Suite 200
San Francisco, CA 94111
415-693-9155

19.

ANSWER TO FIRST AMENDED COMPLAINT

1

## **DEMAND FOR JURY TRIAL**

2          Defendant Simon Barber demands a jury trial of all issues triable by jury.

3

4     Dated: August 18, 2015                              PINEDOLAW

5

6                                                             /s/  Craig A. Pinedo
                                                          CRAIG A. PINEDO

7
                                           Attorneys for Defendant SIMON BARBER
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PINEDOLAW
275 Battery Street
Suite 200
San Francisco, CA  94111
415-693-9155

ANSWER TO FIRST AMENDED COMPLAINT