Venkat Balasubramani (SBN 189192)
FOCAL PLLC
800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax:     (206) 260-3966
Email: venkat@focallaw.com
Attorneys for Plaintiff PETE MORICI

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PETE MORICI, an individual,<br><br>                Plaintiff,<br><br>    v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>                Defendants. | Case No. 14-cv-00087-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF CASE MANAGEMENT AND SETTLEMENT CONFERENCE DEADLINES** |

Whereas, on March 16, 2015, Plaintiff filed his First Amended Complaint (Dkt. 59);

Whereas, on April 10, 2015, Defendant Barber moved to dismiss all claims asserted against him in the First Amended Complaint (Dkt. 61);

Whereas, the first available date for the Court to hear Barber's motion to dismiss was July 30, 2015;

Whereas, on April 21, 2015, the Court entered an Order granting Barber's motion to advance the hearing date on his motion to dismiss from July 30, 2015, to June 4, 2015 (Dkt. 72);

Whereas, on June 1, 2015, the Court took Barber's motion to dismiss the First Amended Complaint under submission without oral argument (Dkt. 91);

Whereas, on May 8, 2015, and again on June 15, 2015, in an attempt to preserve resources pending a ruling on the motion to dismiss, the parties jointly requested the Court to

1    extend the deadline of the Settlement Conference before the assigned Magistrate Judge;

2        Whereas, the Court granted both requests to extend the Settlement Conference deadline

3    (Dkt. 93 and 97);

4        Whereas, on July 10, 2015, in a further attempt to preserve resources pending a ruling on

5    the motion to dismiss, the parties jointly requested the Court to extend the deadline for

6    Designation of Opening Experts, and informed the Court of their intent to seek further

7    extensions of all other deadlines set forth in the December 8, 2014 Case Management Order

8    (Dkt. 44) following resolution of the motion to dismiss if it was denied in whole or in part;

9        Whereas, the Court granted the parties' joint request to extend the deadline for

10   Designation of Opening Experts from July 15, 2015, to August 17, 2015 (Dkt. 95);

11       Whereas, on August 14, 2015, the Court entered an Order granting Barber's motion to

12   dismiss in part and denying it in part (Dkt. 98);

13       Whereas, on August 28, 2015, Barber filed his Answer to the First Amended Complaint

14   (Dkt. 99);

15       Whereas, now that the Court has resolved Barber's motion to dismiss, the parties hereby

16   seek extensions of all other deadlines set forth in the Case Management Order;

17       Whereas, the parties have agreed to extend the Settlement Conference deadline from

18   September 25, 2015, to October 9, 2015; and

19       Whereas, other than the aforementioned extensions, there have been no previous joint

20   requests by the parties to extend the deadlines set forth in the Court's Case Management Order;

21       IT IS HEREBY STIPULATED AND AGREED as follows:

22       The deadline for the Settlement Conference is extended from September 25, 2015, to

23   October 9, 2015.

24       The deadlines set forth in the Court's December 8, 2014 Case Management Order are

25   hereby extended by 6 months as follows, subject to the Court's availability:

26   //

27   //

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cutoff | March 22, 2016 |
| Designation of Opening Experts with Reports | January 15, 2016 |
| Designation of Rebuttal Experts with Reports | February 15, 2016 |
| Expert Discovery Cutoff | March 30, 2016 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions | March 15, 2016 |
| Hearing on Anticipated Dispositive Motions | 9:00 a.m. on April 28, 2016 |
| Final Pretrial Conference | 11:00 a.m. on June 2, 2016 |
| Joint Final Pretrial Conference Statement, Motions in Limine and Exchange of Exhibits | May 19, 2016 |
| Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms | May 23, 2016 |
| Jury Selection | 9:00 a.m. on June 7, 2016 |
| Jury Trial | June 7-8, 2016; June 10, 2016; June 14, 2016 |
| Jury Deliberations | June 15-17, 2016 |

The undersigned counsel has obtained consent from each of the parties via email to file this Stipulation. A Proposed Order is attached for the Court's use.

Dated: September 9, 2015                    Respectfully submitted,


**FOCAL PLLC**                              **PINEDOLAW**

By: s/Venkat Balasubramani                  By: s/Craig A. Pinedo
    Venkat Balasubramani, SBN 189192            Craig A. Pinedo, SBN 191337
    Attorneys for Plaintiff MORICI              Attorneys for Defendant BARBER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## <u>SIGNATURE ATTESTATION</u>

I, Venkat Balasubramani, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: September 9, 2015

*s/ Venkat Balasubramani*
Venkat Balasubramani, SBN 189192

**[PROPOSED] ORDER**

Pursuant to the stipulated request of the parties, IT IS HEREBY ORDERED that the Settlement Conference deadline has been extended by two weeks from September 25, 2015, to October 9, 2015.

IT IS FURTHER ORDERED THAT the December 8, 2014 Case Management Order is hereby vacated and the following schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cutoff | March 22, 2016 |
| Designation of Opening Experts with Reports | January 15, 2016 |
| Designation of Rebuttal Experts with Reports | February 15, 2016 |
| Expert Discovery Cutoff | March 30, 2016 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions | March 15, 2016 |
| Hearing on Anticipated Dispositive Motions | 9:00 a.m. on April 28, 2016 |
| Final Pretrial Conference | 11:00 a.m. on June 2, 2016 |
| Joint Final Pretrial Conference Statement, Motions in Limine and Exchange of Exhibits | May 19, 2016 |
| Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms | May 23, 2016 |
| Jury Selection | 9:00 a.m. on June 7, 2016 |
| Jury Trial | June 7-8, 2016; June 10, 2016; June 14, 2016 |
| Jury Deliberations | June 15-17, 2016 |

1        **IT IS SO ORDERED.**

2

3    Dated: _____                    _____

4                                                EDWARD J. DAVILA
                                                 United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27