Venkat Balasubramani (SBN 189192)
FOCAL PLLC
800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax:    (206) 260-3966
Email: venkat@focallaw.com
Attorneys for Plaintiff
PETE MORICI

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PETE MORICI, an individual,<br><br>          Plaintiff,<br>   v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>          Defendants. | Case No. 14-cv-00087-EJD<br><br>**JOINT STATUS REPORT AND PROPOSED ORDER** |

Pursuant to the Court's October 15, 2015 Order (Dkt. 104), the Parties submit this Joint Status Report.

Plaintiff Pete Morici and Defendant Simon Barber participated in a settlement conference on October 9, 2015, and resolved the claims between them. (Dkt. 103). The Parties are in the process of finalizing a written settlement agreement and expect to do so by November 30, 2015.

The remaining individual defendant (Eduardo deCastro) is in default (Dkt. 69), and Plaintiff intends to file a Motion for Default Judgment by Monday November 16, 2015.

The entity defendants are both involved in bankruptcy proceedings, and the lawsuit is stayed as to those defendants. (See Dkts. 23 & 29.)

The Parties respectfully suggest that a status conference is unnecessary and subject to

1  the Court's convenience may be dispensed with.

2      The undersigned counsel has obtained consent from each of the Parties via email to file

3  this Stipulation. A Proposed Order is attached for the Court's use.

4  Dated: November 11, 2015                    Respectfully submitted,

6  **FOCAL PLLC**                              **PINEDOLAW**

7  By: <u>s/Venkat Balasubramani</u>           By: <u>s/ Craig A. Pinedo</u>
       Venkat Balasubramani, SBN 189192            Craig A. Pinedo, SBN 191337
8      Attorneys for Plaintiff MORICI             Attorneys for Defendant BARBER

## SIGNATURE ATTESTATION

I, Venkat Balasubramani, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: November 11, 2015

*s/ Venkat Balasubramani*
Venkat Balasubramani, SBN 189192

**[PROPOSED] ORDER**

Pursuant to the stipulated request of the parties, the Status Conference set for November 19, 2016 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                            EDWARD J. DAVILA
                                            United States District Judge