UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI,<br><br>        Plaintiff,<br><br>   v.<br><br>HASHFAST TECHNOLOGIES LLC, et al.,<br><br>        Defendants. | Case No. 5:14-cv-00087-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties Joint Status Report (Docket Item No. 105), the court finds that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for November 19, 2015, is VACATED.

As represented in the report, Plaintiff shall file a motion for default judgment as to Eduardo DeCastro by **November 16, 2015.**

**IT IS SO ORDERED.**

Dated: November 13, 2015

EDWARD J. DAVILA
United States District Judge

1
Case No.: 5:14-cv-00087-EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE