Venkat Balasubramani (SBN 189192)
FOCAL PLLC
800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax:    (206) 260-3966
Email: venkat@focallaw.com
Attorneys for Plaintiff
PETE MORICI

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>Defendants. | Case No. 14-cv-00087-EJD<br><br>**PLAINTIFF PETE MORICI'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT EDUARDO DECASTRO**<br><br>**NOTED FOR HEARING: January 21, 2016 at 9:00am** |

Plaintiff Pete Morici hereby respectfully requests the Court to enter a Default Judgment for damages against Defendant Eduardo deCastro pursuant to FED. R. CIV. P. 55(b), in the amount of $164,883 USD. This Motion is supported by the Declarations of Pete Morici and Venkat Balasubramani and the Memorandum of Points and Authorities filed concurrently herewith. A proposed order is submitted for the Court's use.

Dated: November 16, 2015

                                            Respectfully Submitted,

                                            *s/Venkat Balasubramani*
                                            Venkat Balasubramani, SBN #189192
                                            FOCAL PLLC
                                            800 Fifth Avenue, Suite 4100
                                            Seattle, Washington 98104
                                            Tel: (206) 529-4827

Fax: (206) 260-3966
Email: venkat@focallaw.com
*Attorneys for Plaintiff Pete Morici*