Venkat Balasubramani (SBN 189192)
FOCAL PLLC
800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax:    (206) 260-3966
Email: venkat@focallaw.com
Attorneys for Plaintiff
PETE MORICI

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PETE MORICI, an individual,<br><br>                    Plaintiff,<br><br>     v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>                    Defendants. | Case No. 14-cv-00087-EJD<br><br>**DECLARATION OF VENKAT BALASUBRAMANI IN SUPPORT OF PLAINTIFF PETE MORICI'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT EDUARDO DECASTRO** |

Venkat Balasubramani declares as follows:

1. I make this declaration based on personal knowledge of facts about which I am competent to testify. I am one of the attorneys of record for Plaintiff Pete Morici ("Morici").

2. Morici brought claims against the individual and HashFast entity defendants for breach of contract, fraud, unfair business practices under CAL. BUS. & PROF. CODE § 17200, *et seq.*, and declaratory relief on January 7, 2014. (Dkt. # 1.) Defendants filed a motion to dismiss, seeking dismissal of various claims. (Dkt. # 13.)

3. While the initially filed motion to dismiss was pending, both HashFast entities entered bankruptcy proceedings, and Defendants filed a notice of bankruptcy and suggestion for a stay as to all defendants. (Dkt. # 22.)

4. The Court stayed this lawsuit as to all defendants, but at Morici's request granted relief from stay as to the Individual Defendants. (Dkt. # 29.)

5. The stay was ultimately lifted, and the Court granted the individual defendants' motion to dismiss on the basis that the initial complaint did not adequately specify which defendants made which misleading statements. (Dkt. # 58.)

6. Morici filed an Amended Complaint against Defendants Eduardo deCastro and Simon Barber on March 16, 2015. (Dkt. # 59.)

7. While clearly aware of the lawsuit, as reflected in the email attached hereto as **Exhibit A**, deCastro failed to file an answer or otherwise respond to the Amended Complaint and on April 17, 2015, the Court entered an order of Default against deCastro. (Dkt. # 69.)

8. Morici has since resolved his claims against Simon Barber, and the claims against Barber have been or shortly will be dismissed by Morici.

I certify under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of November, 2015, at Seattle, Washington.

/s/ Venkat Balasubramani
Venkat Balasubramani, SBN #189192