

Misty Elwood <misty@focallaw.com>

## Morici v. HashFast, et al. 5:14-cv-87-EJD

**Eduardo deCastro** <eduardo.decastro@gmail.com>                Wed, Apr 15, 2015 at 8:09 PM
To: Misty Elwood <misty@focallaw.com>
Cc: Venkat Balasubramani <venkat@focallaw.com>, Jen Davis <Jen@focallaw.com>

Thank you, Misty

And congratulations, Venkat!
Looks like you've somehow managed to bamboozle your client out of another $25,000 or so.
To continue pursuing a doomed frivolous lawsuit...... over a $5,500 purchase.

Nicely done!
The legal arguments may be dog's breath - but the salesmanship is *extraordinary*.
My guess is that by now you're probably closing in fast on relieving the poor guy of $100,000 or so.
Dont keep tabs on these things, but seems that's got to be some kind of a record.

Besides, unlike your client, you've won already.
At this point, who cares if you get laughed out of Court
In the inmortal words of Liberache, you can always cry all the way to the bank :-)

Very excited to meet you in person, and

Take care

Eduardo

> On Wed, Apr 15, 2015 at 7:26 PM, Misty Elwood <misty@focallaw.com> wrote:
>> Mr. deCastro,
>>
>> Please find attached four documents filed today, Dockets 64-67 with exhibits.
>>
>> Misty Elwood
>> Legal Assistant
>> **focal** PLLC
>> c: (360) 984-7349
>> f: (206) 260-3966