https://bitcointalk.org/index.php?topic=262052.msg2869011#msg2869011

