Venkat Balasubramani (SBN 189192)
FOCAL PLLC
800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax:     (206) 260-3966
Email: venkat@focallaw.com
Attorneys for Plaintiff
PETE MORICI

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>　　　　　　Defendants. | Case No. 14-cv-00087-EJD<br><br>**PLAINTIFF PETE MORICI'S REPLY IN SUPPORT OF HIS MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT EDUARDO DECASTRO**<br><br>**NOTED FOR HEARING: January 21, 2016 at 9:00am** |

On November 16, 2015, Plaintiff Pete Morici ("Morici") respectfully requested the Court to enter a Default Judgment for damages against Defendant Eduardo deCastro ("deCastro") pursuant to FED. R. CIV. P. 55(b). (Dkt. No. 107) This Motion was supported by the Declarations of Pete Morici and Venkat Balasubramani and the Memorandum of Points and Authorities filed concurrently therewith. Morici hereby respectfully restates his request that the Court enter a Default Judgment for damages against deCastro in the amount of $164,883 USD for the reasons stated in Plaintiff's Motion for Entry of Default Judgment.

Dated: December 5, 2015

                                          Respectfully Submitted,

                                          *s/Venkat Balasubramani*
                                          Venkat Balasubramani, SBN #189192
                                          FOCAL PLLC
                                          800 Fifth Avenue, Suite 4100
                                          Seattle, Washington 98104
                                          Tel: (206) 529-4827
                                          Fax: (206) 260-3966
                                          Email: venkat@focallaw.com
                                          *Attorneys for Plaintiff Pete Morici*