```
Venkat Balasubramani (SBN 189192)
FOCAL PLLC
800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax:    (206) 260-3966
Email: venkat@focallaw.com
Attorneys for Plaintiff
PETE MORICI
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>  Defendants. | Case No. 14-cv-00087-EJD<br><br>**PLAINTIFF PETE MORICI'S REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION FOR DEFAULT JUDGMENT**<br><br>**HEARING: January 21, 2016**<br>**TIME: 9:00am**<br>**BEFORE: Honorable Edward J. Davila** |

Counsel for Plaintiff Pete Morici respectfully requests the Court's permission to appear telephonically at the hearing on Motion for Default Judgment as to Defendant Eduardo deCastro, noted for January 21, 2016. Counsel for Plaintiff is located in Seattle, Washington and telephonic appearance would be the most cost effective for the Plaintiff. Defendant Eduardo deCastro is currently in default.

Dated: January 4, 2016

    Respectfully Submitted,

    *s/Venkat Balasubramani*
    Venkat Balasubramani, SBN #189192
    FOCAL PLLC
    800 Fifth Avenue, Suite 4100
    Seattle, Washington 98104
    Tel: (206) 529-4827
    Fax: (206) 260-3966

Email: venkat@focallaw.com
*Attorneys for Plaintiff Pete Morici*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**[PROPOSED] ORDER**

Plaintiff's request to appear telephonically is hereby GRANTED. Counsel shall arrange for a telephonic appearance through CourtCall.

Dated: 1/6/2016

*/s/ Edward J. Davila*
EDWARD J. DAVILA
U.S. DISTRICT COURT JUDGE