1  Venkat Balasubramani (SBN 189192)
2  FOCAL PLLC
3  800 Fifth Ave, Suite 4100
   Seattle, WA 98104
4  Phone: (206) 529-4827
   Fax:    (206) 260-3966
5  Email: venkat@focallaw.com
   Attorneys for Plaintiff
6  PETE MORICI

7

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PETE MORICI, an individual, | Case No. 14-cv-00087-EJD |
| Plaintiff, | |
| v. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT SIMON BARBER** |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual, | |
| Defendants. | |

Plaintiff Pete Morici and Defendant Simon Barber, by their undersigned counsel and pursuant to FED. R. CIV. P. 41, hereby stipulate to the dismissal with prejudice of all claims alleged in the above-entitled action against Defendant Simon Barber as stated in Plaintiff's First Amended Complaint, filed on March 16, 2015. (Dkt. #61.) Each party shall bear its own costs and attorneys' fees. The Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

The foregoing is AGREED AND STIPULATED TO by the parties through their counsel of record as of the date indicated below.

//

//

1  Dated: January 12, 2016                     Respectfully submitted,

2                                                              FOCAL PLLC

3                                                              By: *s/Venkat Balasubramani*
4                                                                   Venkat Balasubramani, SBN 189192
                                                                    Attorney for Plaintiff
5                                                                   PETE MORICI

6                                                              PINEDO LAW

7                                                              By: *s/ Craig Pinedo*
8                                                                   Craig Pinedo, SBN 191337
                                                                    Attorney for Defendant
9                                                                   SIMON BARBER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**[PROPOSED] ORDER**

Pursuant to the stipulated request of the parties, IT IS HEREBY ORDERED that all claims in the First Amended Complaint against Defendant Simon Barber are DISMISSED WITH PREJUDICE.

Dated: _____            _____
                                    EDWARD J. DAVILA
                                    United States District Judge

## SIGNATURE ATTESTATION

I, Venkat Balasubramani, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: January 12, 2016

*s/ Venkat Balasubramani*
Venkat Balasubramani, SBN 189192