1  Venkat Balasubramani (SBN 189192)
2  FOCAL PLLC
3  800 Fifth Ave, Suite 4100
   Seattle, WA 98104
4  Phone: (206) 529-4827
   Fax:    (206) 260-3966
5  Email: venkat@focallaw.com
   Attorneys for Plaintiff
6  PETE MORICI

7

8  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
9  **SAN JOSE DIVISION**

10

11  PETE MORICI, an individual,                          Case No. 14-cv-00087-EJD

                    Plaintiff,
12           v.
                                                         **JOINT STIPULATION OF DISMISSAL**
13  HASHFAST TECHNOLOGIES LLC, a                         **WITH PREJUDICE OF CLAIMS**
    California limited liability company,                **AGAINST DEFENDANT SIMON**
14  HASHFAST LLC, a Delaware limited                     **BARBER**
    liability company, SIMON BARBER, an
15  individual, and EDUARDO deCASTRO, an
    individual,
16
                    Defendants.
17

18       Plaintiff Pete Morici and Defendant Simon Barber, by their undersigned counsel and

19  pursuant to FED. R. CIV. P. 41, hereby stipulate to the dismissal with prejudice of all claims

20  alleged in the above-entitled action against Defendant Simon Barber as stated in Plaintiff's First

21  Amended Complaint, filed on March 16, 2015. (Dkt. #61.) Each party shall bear its own costs

22  and attorneys' fees. The Court shall retain jurisdiction to enforce the terms of the parties'

23  settlement agreement.

24       The foregoing is AGREED AND STIPULATED TO by the parties through their counsel

25  of record as of the date indicated below.

26  //

27  //

STIPULATION OF DISMISSAL WITH PREJUDICE                                  Case No. 14-cv-00087-EJD
OF CLAIMS AGAINST DEFENDANT BARBER- 1

1  Dated: January 12, 2016                    Respectfully submitted,

2                                             FOCAL PLLC

3                                             By: *s/Venkat Balasubramani*
4                                                 Venkat Balasubramani, SBN 189192
                                                  Attorney for Plaintiff
5                                                 PETE MORICI

6                                             PINEDO LAW

7                                             By: *s/ Craig Pinedo*
8                                                 Craig Pinedo, SBN 191337
                                                  Attorney for Defendant
9                                                 SIMON BARBER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**[PROPOSED] ORDER**

Pursuant to the stipulated request of the parties, IT IS HEREBY ORDERED that all claims in the First Amended Complaint against Defendant Simon Barber are DISMISSED WITH PREJUDICE.

Dated: __1/15/2016__                     _____
                                         EDWARD J. DAVILA
                                         United States District Judge

**SIGNATURE ATTESTATION**

I, Venkat Balasubramani, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: January 12, 2016

*s/ Venkat Balasubramani*
Venkat Balasubramani, SBN 189192