Venkat Balasubramani (SBN 189192)
FOCAL PLLC
800 Fifth Ave, Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax:    (206) 260-3966
Email: venkat@focallaw.com
Attorneys for Plaintiff
PETE MORICI

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>  Defendants. | Case No. 14-cv-00087-EJD<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF PETE MORICI'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT EDUARDO DECASTRO |

Having considered Plaintiff Pete Morici's Motion for Entry of Default Judgment Against Defendant Eduardo deCastro, IT IS HEREBY ORDERED that the Clerk enter Judgment against Defendant deCastro as follows:

1.  Judgment is entered in favor of Plaintiff Pete Morici and against Defendant Eduardo deCastro in the amount of $164,883 USD.

2.  The Judgment shall bear interest at the statutory rate from the date set forth below pursuant to 28 U.S.C. § 1961. The hearing scheduled for January 21, 2016, is VACATED.

IT IS SO ORDERED.

Dated: January 20, 2016

_____
EDWARD J. DAVILA
U.S. DISTRICT COURT JUDGE