UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE MORICI,<br><br>    Plaintiff,<br><br>v.<br><br>HASHFAST TECHNOLOGIES LLC, et al.,<br><br>    Defendants. | Case No.  5:14-cv-00087-EJD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 1/21/2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

    Eduardo DeCastro
    500 Bryant Street Unit 102
    San Francisco, CA 94107

Dated: 1/21/2016

Susan Y. Soong
Clerk, United States District Court

*Elizabeth C. Garcia*
_____
Elizabeth Garcia, Deputy Clerk to the
Honorable EDWARD J. DAVILA