UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI,<br><br>    Plaintiff,<br><br>v.<br><br>HASHFAST TECHNOLOGIES LLC, et al.,<br><br>    Defendants. | Case No. 5:14-cv-00087-EJD<br><br>**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |

In light of the resolution of claims against the individual defendants, it appears that stayed claims against the remaining two defendants are all that remains in this action.

In order to determine whether and how Plaintiff intends to proceed with those claims, the court schedules this action for a Case Management Conference at **10:00 a.m. on February 18, 2016**. Plaintiff shall file an updated Case Management Conference Statement on or before **February 11, 2016**, which contains his proposal for the remaining claims.

**IT IS SO ORDERED.**

Dated: January 20, 2016

                                        EDWARD J. DAVILA
                                        United States District Judge