Venkat Balasubramani (SBN 189192)
FOCAL PLLC
900 1st Avenue South, Suite 203
Seattle, Washington 98134
Phone: (206) 529-4827
Fax:   (206) 260-3966
Email: venkat@focallaw.com

Attorneys for Plaintiff
PETE MORICI

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PETE MORICI, an individual, | Case No. 14-cv-00087-EJD |
| Plaintiff, | |
| v. | **NOTICE OF CHANGE OF ADDRESS** |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual, | |
| Defendants. | |

Please take notice of the following change of address for Focal PLLC, counsel for Plaintiff Pete Morici in the above-entitled action. Effective immediately, the contact information for Venkat Balasubramani and Focal PLLC is 900 1st Avenue South, Suite 203, Seattle, Washington 98134.

Respectfully submitted this 2nd day of February, 2016.

FOCAL PLLC

*s/Venkat Balasubramani*
Venkat Balasubramani, SBN #189192
900 1st Avenue S., Suite 203
Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: venkat@focallaw.com

*Attorneys for Plaintiff Pete Morici*