Venkat Balasubramani (SBN 189192)
FOCAL PLLC
900 First Ave S., Suite 203
Seattle, WA 98134
Phone: (206) 529-4827
Fax:    (206) 260-3966
Email: venkat@focallaw.com
Attorneys for Plaintiff
PETE MORICI

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PETE MORICI, an individual, | Case No. 14-cv-00087-EJD |
| Plaintiff, | |
| v. | **UPDATED CASE MANAGEMENT CONFERENCE STATEMENT** |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual, | |
| Defendants. | |

Plaintiff Pete Morici, by his undersigned counsel and pursuant to FED. R. CIV. P. 41(a)(1), hereby submits this updated Case Management Statement in response to the Court's January 20, 2016 Order. (Dkt. No. 117.)

Plaintiff filed his Complaint on January 7, 2014. All Defendants moved to dismiss, and while that motion was pending, Defendants HashFast Technologies LLC and HashFast LLC (together the "Entity Defendants") entered bankruptcy proceedings in May 2014, and subsequently filed a notice of bankruptcy with this Court and suggestion for a stay as to all Defendants. (Dkt. No. 22.) The Court stayed this lawsuit as to all Defendants (Dkt. No. 23), but at Plaintiff's request granted relief from the stay as to Defendants Simon Barber and Eduardo deCastro (the "Individual Defendants"). (Dkt. No. 29.)

1  The stay was ultimately lifted as to the Individual Defendants, and Plaintiff filed an
2  Amended Complaint on March 16, 2015. (Dkt. No. 59.) The Entity Defendants did not file an
3  answer or a motion for summary judgment. Morici has since settled his claims against
4  Defendant Simon Barber and the Court has issued an order of dismissal as to those claims. (Dkt.
5  No. 115.) Morici has also been granted a default judgment against Defendant Eduardo deCastro.
6  (Dkt. No. 116.)

As to the claims against the Entity Defendants, Plaintiff does not wish to pursue them at this time, and contemporaneously herewith is filing a Notice of Dismissal.

Dated: February 2, 2016                Respectfully submitted,

                                       FOCAL PLLC
                                       By: *s/Venkat Balasubramani*
                                           Venkat Balasubramani, SBN 189192
                                           Attorney for Plaintiff PETE MORICI

## CERTIFICATE OF SERVICE

I certify that on February 2, 2016, I filed the foregoing **PLAINTIFF PETE MORICI'S UPDATED CASE MANAGEMENT STATEMENT** using the Court's CM/ECF system which will send notification of such filing to all counsel of record.

DATED: February 2, 2016.

*s/ Venkat Balasubramani*
Venkat Balasubramani, SBN 189192