Venkat Balasubramani (SBN 189192)

FOCAL PLLC
900 First Ave S., Suite 203
Seattle, WA 98134
Phone: (206) 529-4827
Fax:     (206) 260-3966
Email: venkat@focallaw.com
Attorneys for Plaintiff
PETE MORICI

*IT IS SO ORDERED*
Judge Edward J. Davila
DATED: 2/5/2016

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| PETE MORICI, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>HASHFAST TECHNOLOGIES LLC, a California limited liability company, HASHFAST LLC, a Delaware limited liability company, SIMON BARBER, an individual, and EDUARDO deCASTRO, an individual,<br><br>        Defendants. | Case No. 14-cv-00087-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST REMAINING DEFENDANTS** |

Plaintiff Pete Morici, by his undersigned counsel and pursuant to FED. R. CIV. P. 41(a)(1), hereby files this Notice of Voluntary Dismissal of claims against HashFast Technologies LLC and HashFast LLC (the "Entity Defendants"). The Entity Defendants did not file an answer or motion for summary judgment. Plaintiff voluntarily dismisses those claims without prejudice under Rule 41(a)(1)(A)(i).  The Clerk shall close this file.

Dated: February 2, 2016        Respectfully submitted,

                                        FOCAL PLLC
                                      By: *s/Venkat Balasubramani*
                                        Venkat Balasubramani, SBN 189192
                                        Attorney for Plaintiff PETE MORICI

## CERTIFICATE OF SERVICE

I certify that on February 2, 2016, I filed the foregoing **PLAINTIFF PETE MORICI'S NOTICE OF VOLUNTARY DISMISSAL** using the Court's CM/ECF system which will send notification of such filing to all counsel of record.

DATED: February 2, 2016.

*s/ Venkat Balasubramani*
Venkat Balasubramani, SBN 189192